# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1067**                      **September Term, 2022**

FAA-01/10/23 ROD

Filed On: March 15, 2023 [1990279]

Marin Audubon Society, et al.,

        Petitioners

    v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

        Respondents

## N O T I C E

       This case was docketed on March 13, 2023. The Federal Aviation Administration is hereby notified that the attached is a true copy of the petition for review, which was filed on March 13, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

       The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                              BY:    /s/
                                         Emily K. Campbell
                                         Deputy Clerk

Attachment:
       Certified Copy of Petition for Review