# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1067**  **September Term, 2022**

FAA-01/10/23 ROD

Filed On: March 15, 2023 [1990280]

Marin Audubon Society, et al.,

    Petitioners

  v.

Federal Aviation Administration, U.S.
Department of Transportation and National
Park Service, U.S. Department of the
Interior,

    Respondents

## O R D E R

The petition for review in this case was filed and docketed on March 13, 2023, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 14, 2023 |
| Docketing Statement Form | April 14, 2023 |
| Procedural Motions, if any | April 14, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 14, 2023 |
| Statement of Issues to be Raised | April 14, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | April 14, 2023 |
| Dispositive Motions, if any | May 1, 2023 |

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1067**                                                                    **September Term, 2022**

It is

    **FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

| | |
|---|---:|
| Entry of Appearance Form | April 14, 2023 |
| Procedural Motions, if any | April 14, 2023 |
| Certified Index to the Record | May 1, 2023 |
| Dispositive Motions, if any | May 1, 2023 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Emily K. Campbell
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases