# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

Marin Audubon Society; Watershed Alliance of Marin; Public Employees for Environmental Responsibility (PEER); and Laura Chariton,

    Petitioners

v.                          Case Number **23-1067**

U.S. Department of Transportation, Federal Aviation Administration; and U.S. Department of the Interior, National Park Service,

    Respondents

## CERTIFICATE OF SERVICE OF PETITION FOR REVIEW

    I, Peter Jenkins, attorney for Petitioners, declare that I served the Petition for Review in this matter and the underlying Record of Decision (ROD) in which the Respondents approved the Air Tour Management Plan for Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore, on the following Respondents: U.S. Department of Transportation, Federal Aviation Administration, and U.S. Department of the Interior, National Park Service.

    Service was accomplished by placing the Petition dated March 13th, 2023, together with a copy of the ROD, into the U.S. mail with first class postage addressed separately to:

        Billy Nolen, Acting Administrator
        Federal Aviation Administration
        U.S. Department of Transportation
        800 Independence Avenue, SW
        Washington, DC 20591

Charles Sams, Director
National Park Service
U.S. Department of the Interior
Main Interior Building
1849 C. St. NW
Washington, DC 20240

DATED this 14th day of March, 2023, at Silver Spring, Maryland.

_____
Peter T. Jenkins
D.C. Bar No. 477229
(tel.) 202.265.4189
pienkins@peer.org

Public Employees for Environmental
Responsibility 962 Wayne Ave., Suite 610
Silver Spring, MD 20910