# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 23-1067                             September Term, 2022

FAA-01/10/23 ROD

Filed On: March 21, 2023

Marin Audubon Society, et al.,

       Petitioners

    v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

       Respondents

**CORPORATE DISCLOSURE STATEMENT - MARIN AUDUBON SOCIETY**

       As required by Circuit Rule 26.1, Petitioner Marin Audubon Society, by its undersigned counsel of record, files this Disclosure Statement. Marin Audubon Society is a non-profit, tax-exempt corporation incorporated headquartered in Mill Valley, California. Its purpose is to conserve and restore natural ecosystems in Marin County, focusing on birds, other wildlife, and their habitats, for the benefit of humanity and the Earth's biological diversity. Marin Audubon Society has no parent companies and no publicly owned company has a 10% or greater ownership interest in it.

       DATED this 21st day of March, 2023.

1

_(signature)_

Peter T. Jenkins
D.C. Bar No. 477229
(tel.) 202.265.4189
pienkins@peer.org

Public Employees for Environmental
Responsibility 962 Wayne Ave., Suite 610
Silver Spring, MD 20910

2