# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 23-1067                                     September Term, 2022

FAA-01/10/23 ROD

Filed On: March 21, 2023

Marin Audubon Society, et al.,

        Petitioners

    v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

        Respondents

### CORPORATE DISCLOSURE STATEMENT – PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY

As required by Circuit Rule 26.1 Petitioner, Public Employees for Environmental Responsibility (PEER), by its undersigned counsel of record, files this Disclosure Statement. PEER is a non-profit, tax-exempt corporation incorporated in the District of Columbia and headquartered in Silver Spring, MD. PEER works nationwide with government scientists, land managers, environmental law enforcement agents, rangers, and other resource professionals committed to responsible management of America's public resources, including National Parks and other public lands. PEER has no parent companies and no publicly owned company has a 10% or greater ownership interest in PEER.

      DATED this 21st day of March, 2023.

_____
Peter T. Jenkins
D.C. Bar No. 477229
(tel.) 202.265.4189
pienkins@peer.org

Public Employees for Environmental
Responsibility 962 Wayne Ave., Suite 610
Silver Spring, MD 20910