# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 23-1067                                                           September Term, 2022

FAA-01/10/23 ROD

Filed On: March 21, 2023

Marin Audubon Society, et al.,

        Petitioners

    v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

        Respondents

**CORPORATE DISCLOSURE STATEMENT – WATERSHED ALLIANCE OF MARIN**

As required by Circuit Rule 26.1, Petitioner Watershed Alliance of Marin, by its undersigned counsel of record, files this Disclosure Statement. Watershed Alliance of Marin is a 501(c)(3) nonprofit, tax-exempt corporation headquartered in Mill Valley, California. The Alliance's purposes include protecting the streams, watersheds, and wildlife of Marin County. Watershed Alliance of Marin has no parent companies and no publicly owned company has a 10% or greater ownership interest in it.

DATED this 21st day of March, 2023.

_____

Peter T. Jenkins
D.C. Bar No. 477229
(tel.) 202.265.4189
pienkins@peer.org

Public Employees for Environmental
Responsibility 962 Wayne Ave., Suite 610
Silver Spring, MD 20910

2