# THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| MARIN AUDUBON SOCIETY, et al. | ) |
| *Petitioners*, | ) |
| v. | ) Case No. 23-1067 |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | ) |
| *Respondents*. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Justin D. Heminger as counsel in the above-captioned case on behalf of Respondents. Mr. Heminger is registered to use the Court's ECF system and may be served electronically using that system. If necessary, notices, orders, or other papers may be sent to Mr. Heminger at the following address:

U.S. Department of Justice
Environment and Natural Resources Division
Appellate Section
P.O. Box 7415
Washington, D.C. 20044

Respectfully submitted,

*/s/ Justin D. Heminger*
JUSTIN D. HEMINGER
Senior Litigation Counsel
Appellate Section

        Environment and Natural Resources Division
        U.S. Department of Justice
        (202) 514-5442
        justin.heminger@usdoj.gov

        *Counsel for Respondents*

March 23, 2023
DJ 90-13-1-17046