# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1067**                                    **September Term, 2022**

**FAA-01/10/23 ROD**

**Filed On: April 13, 2023**

Marin Audubon Society, et al.,

        Petitioners

    v.

Federal Aviation Administration, U.S.
Department of Transportation and National
Park Service, U.S. Department of the
Interior,

        Respondents

## Certificate as to Parties, Rulings, Related Cases, and Underlying Decision from Which Petition Arises

**Parties**: Petitioners: Marin Audubon Society; Watershed Alliance of Marin; Public Employees for Environmental Responsibility (PEER); and Laura Chariton. None of the Petitioners has any other corporate ownership nor does any publicly-held company have a 10% or greater ownership interest in them.

Respondents: U.S. Department of Transportation, Federal Aviation Administration; and U.S. Department of the Interior, National Park Service

**Related case**: *In Re Public Employees for Environmental Responsibility* (Writ of Mandamus), Case No. 19-1044, U.S. Court of Appeals for the DC Circuit.

**Rulings under Review and Underlying Decision from which Petition Arises:** unnumbered final order of the Respondents, issuing the Record of Decision approving the Air Tour Management Plan for Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore, dated January 10, 2023, but released on January 17, 2023, **appended hereto**. No Federal Register citation exists.

DATED this 13th day of April, 2023.

_____
Peter T. Jenkins
D.C. Bar No. 477229
pjenkins@peer.org
Paula Dinerstein
D.C. Bar No. 333971
pdinerstein@peer.org
(tel.) 202.265.4189
Public Employees for Environmental
Responsibility 962 Wayne Ave., Suite 610
Silver Spring, MD 20910

Attachment