**U.S. DEPARTMENT OF TRANSPORTATION,**
**FEDERAL AVIATION ADMINISTRATION, AND**
**U.S. DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE**

**RECORD OF DECISION**

**Air Tour Management Plan for Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore**

## INTRODUCTION

This Record of Decision (ROD) provides the Federal Aviation Administration's (FAA's) and the National Park Service's (NPS's) (together, the agencies) final determination to implement the Air Tour Management Plan (ATMP) for Golden Gate National Recreation Area (Golden Gate), Muir Woods National Monument (Muir Woods), San Francisco Maritime National Historical Park (San Francisco Maritime), and Point Reyes National Seashore (Point Reyes) (collectively, the Parks), in accordance with the National Parks Air Tour Management Act (NPATMA), as amended, its implementing regulations (14 CFR Part 136), and all other applicable laws and policies. This ROD includes a summary of the applicable background, the objective of the action taken, a description of the action taken, a summary of consultation/compliance processes for the ATMP, an identification of substantive changes to the final ATMP from the draft ATMP to the final ATMP, and an explanation of the basis and justification for measures taken in the ATMP.

## BACKGROUND

The ATMP provides relevant background information regarding the Parks and their resources, as well as relevant NPS management objectives for each of the Parks.

### The National Parks Air Tour Management Act

NPATMA requires that all commercial air tour operators conducting or intending to conduct a commercial air tour operation over a unit of the National Park System apply to the FAA for authority to undertake such activity. 49 U.S.C. § 40128(a)(2)(A). NPATMA, as amended, further requires the FAA, in cooperation with the NPS, to establish an ATMP or voluntary agreement for each park that did not have such a plan or agreement in place at the time the applications were made, unless a park has been otherwise exempted from this requirement. *Id.* § 40128(b)(1)(A). The objective of an ATMP is to "develop acceptable and effective measures to mitigate or prevent the significant adverse impacts, if any, of commercial air tour operations upon the natural and cultural resources, visitor experiences, and tribal lands." *Id.* § 40128(b)(1)(B). An ATMP "may prohibit" commercial air tour operations over a park in whole or in part, or "may establish" conditions for the conduct of commercial air tour operations over a park. *Id.* § 40128(b)(3)(A)-(B). The need for implementation of any measures taken in an ATMP

1

must be justified and documented in the ATMP and within a record of decision. *Id.* § 40128(b)(3)(F).

As a threshold matter, the agencies needed to define what constitutes a commercial air tour so that they could implement NPATMA's requirements. As relevant here, FAA regulations define a commercial air tour as:

> [A]ny flight, conducted for compensation or hire in a powered aircraft where a purpose of the flight is sightseeing over a national park, within ½ mile outside the boundary of any national park, or over tribal lands during which the aircraft flies:
>> (i) Below 5,000 feet above ground level (except for the purpose of takeoff or landing, or as necessary for the safe operation of an aircraft as determined under the rules and regulations of the Federal Aviation Administration requiring the pilot-in-command to take action to ensure the safe operation of the aircraft); [or]
>> (ii) Less than 1 mile laterally from any geographic feature within the park (unless more than ½ mile outside the boundary)…

14 CFR § 136.33(d).

Because Congress understood that developing ATMPs that meet NPATMA's requirements could take some time, NPATMA provided that prior to the establishment of an ATMP, the FAA "shall grant interim operating authority" to existing air tour operators that apply for prospective operating authority. 49 U.S.C. § 40128(c)(1); H.R. Rep. No. 106-167, at 96. The interim operating authority (IOA) issued was required to be the greater of the number of commercial air tour flights over the park during the 12-month period prior to the enactment of NPATMA or the average number of commercial air tour flights within the 36-month period prior to the enactment of NPATMA. 49 U.S.C. § 40128(c)(2).

NPATMA was substantively amended in 2012. In addition to authorizing the agencies to enter into voluntary agreements with air tour operators in lieu of developing ATMPs, 49 U.S.C. § 40128(b)(7)(A), the 2012 amendments added reporting requirements for operators conducting commercial air tour operations over National Park System units. *Id.* § 40128(d). The amendments also exempted parks with 50 or fewer commercial air tours from the requirement to prepare an ATMP or voluntary agreement, unless this exemption was withdrawn by the NPS. *Id.* § 40128(a)(5).

**Past Efforts to Complete an ATMP for the Parks**

In 2010, the agencies initiated an ATMP planning process for the Parks. In 2011, the FAA published a notice of the agencies' intent to prepare an environmental assessment for that ATMP. Notice of Intent To Prepare an Environmental Assessment, Notice of Public Meetings, and Notice To Request Public Scoping Comments for the Air Tour Management Plan Program at Golden Gate National Recreation Area, San Francisco Maritime National Historical Park and Point Reyes National Seashore 76 Fed. Reg. 45,312 (July 28, 2011). However, work on this planning process was ultimately paused due to the passage of the 2012 amendments to

2

NPATMA which, as discussed above, included new operator reporting requirements and provided an exemption from the requirement to prepare an ATMP or voluntary agreement for parks with 50 or fewer commercial air tours per year. The planning process was formally terminated via a September 3, 2020 Federal Register notice. Termination of Previously Initiated Processes for the Development of Air Tour Management Plans and Environmental Assessments/Environmental Impact Statements for Various National Park Units and Notice of Intent to Complete Air Tour Management Plans at 23 National Park Units, 85 Fed. Reg. 55,060 (Sept. 3, 2020).

### The Compliance Plan

In February 2019, a petition for a writ of mandamus was filed in the U.S. Court of Appeals for the District of Columbia in which the petitioners requested an order directing the NPS and FAA to establish ATMPs or voluntary agreements under NPATMA for seven specified National Park System units, including Muir Woods National Monument, within two years of such order. *In Re: Public Employees for Environmental Responsibility (PEER)*, 957 F.3d 267, 271 (D.C. Cir. 2020). On May 1, 2020, the Court granted the petition, holding that the agencies had a mandatory duty to establish ATMPs or voluntary agreements for eligible parks under NPATMA and that mandamus relief was warranted based on delay in performance of this duty and consideration of the relevant factors. *Id.* at 273; Per Curiam Order, May 1, 2020 (Mandamus Order). The Mandamus Order directed the agencies to submit, by August 31, 2020, a proposed plan for bringing all 23 eligible parks within the National Park System into compliance with NPATMA, by completing an ATMP or voluntary agreement for those parks, within two years— or to offer "specific, concrete reasons" why it will take longer than two years. *Id.* The Court retained jurisdiction to approve the agencies' plan and monitor their progress and directed the agencies to submit quarterly progress updates.

Consistent with the Court's order, agencies submitted a proposed plan and schedule (Compliance Plan). In general, the Compliance Plan contemplated initiating and moving forward with process to implement ATMPs at all eligible parks concurrently as part of a coordinated, omnibus effort. San Francisco Maritime, Point Reyes and Golden Gate were identified as requiring an ATMP or voluntary agreement under NPATMA, and were included in the Compliance Plan which was subsequently approved by the D.C. Circuit. Based on the agencies' representations that no air tours had been conducted over Muir Woods since 2013 and that Muir Woods was thus exempt from NPATMA, the Court recognized that NPATMA did not require an ATMP or voluntary agreement to be prepared for that park. *In Re: PEER,* 957 F.3d at 271 n.1. As further detailed below, the NPS subsequently withdrew the exemption for Muir Woods and it is included in the ATMP.

On June 21, 2022, the Court ordered the agencies to file a joint supplemental report and propose firm deadlines for bringing each of the parks included in the Compliance Plan into compliance with NPATMA. On July 21, 2022, the agencies filed their report and provided a deadline of January 31, 2023 to complete the ATMP for the Parks.

**The Planning Process and Public Engagement**

As no ATMP had previously been implemented for any park at the time the agencies submitted their Compliance Plan to the Court, as an initial step in this process, the agencies worked collaboratively to determine the contents of and process for completing an ATMP that would be consistent with NPATMA. Together, they developed a template which could then be modified and tailored to meet the specific needs and address the unique circumstances of each park included in the planning process. Further, because air tours have been occurring over parks for decades, the agencies had institutional experience and data to draw upon in developing the ATMP template and in determining how to regulate commercial air tours over parks. Given the amount of time that had elapsed since the initiation of the prior ATMP process for the Parks, the FAA and the NPS terminated that ATMP process, as noted above, to start the development of ATMPs and associated environmental compliance documents consistent with the Compliance Plan. *See* 85 Fed. Reg. 55,060.

Near the beginning of the planning process, the agencies agreed to prepare a single combined ATMP for Golden Gate, Point Reyes, and San Francisco Maritime due to: the close proximity of the parks, including shared borders; the fact that the same operators conducted air tours over the three parks; and, the fact that the operators' routes overflew multiple parks. Though Muir Woods was exempt from the requirement to prepare an ATMP or voluntary agreement, the NPS withdrew that exemption on March 4, 2021 in order to protect the park's resources and values and visitor experience and to preserve the park's primeval character and ecological integrity of its old-growth redwood forest. The NPS's letter also noted the park's natural soundscape is a highly valued part of the visitor experience.

The agencies also worked to identify the existing condition of commercial air tours over the Parks and outside the Parks but within ½ mile of their boundaries (referred to as the ATMP boundary), i.e., the average number of commercial air tours conducted per year and the general operating parameters of those tours. Currently, two air tour operators, San Francisco Helicopters, LLC (S.F. Helicopters) and San Francisco Seaplane Tours, Inc. (S.F. Seaplane Tours) hold IOA for a combined total of 5,090 commercial air tours each year over each of the four Parks. S.F. Helicopters holds IOA for 2,900 commercial air tours each year over each of the Parks and S.F. Seaplane Tours holds IOA for 2,190 commercial air tours each year over each of the Parks. IOA includes only an annual cap on the number of commercial air tours that may be conducted by an operator but does not represent the actual number of air tours conducted and does not designate the route(s), time-of-day, altitude(s), or other conditions for such tours.

The agencies decided to use a three-year average of operator-reported air tours to identify the existing condition, rather than reports from a single year. In order to identify the three-year average, the agencies decided to use reported air tours from 2017, 2018, and 2019. These years were selected because they reflected relatively current air tour conditions, represented reliable operator reporting of air tours, accounted for variations across multiple years, and excluded 2020 which was atypical due to the COVID-19 pandemic. The agencies also decided against using 2021 data due to continued abnormalities associated with the COVID-19 pandemic and the unavailability of reporting data for 2021 during most of the planning effort. The charts below depict available reporting information regarding the number of commercial air tours conducted

4

on an annual basis over Golden Gate and San Francisco Maritime and over Point Reyes. Though S.F. Seaplane Tours previously reported conducting commercial air tours over Muir Woods, the agencies determined that this was an error and that no commercial air tours over Muir Woods have been conducted since 2013, the year the agencies first received reporting data from operators.

**Golden Gate and San Francisco Maritime**

|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020[1] |
|---|---|---|---|---|---|---|---|---|
| S.F. Helicopters | 1,406 | 1,354 | 1,436 | 1,166 | 1,291 | 1,280 | 1,270 | 275 |
| S.F. Seaplane Tours | 514 | 649 | 836 | 1,084 | 1,297 | 1,270 | 1,236 | 302 |

**Point Reyes**

|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020[2] |
|---|---|---|---|---|---|---|---|---|
| S.F. Seaplane Tours | 11 | 54 | 82 | 83 | 124 | 151 | 154 | 55 |

In order to identify the general operating parameters of the air tours conducted, the FAA reached out to the current operators to identify current air tour routes and other operating conditions. The operators conduct commercial air tours on 11 different routes within the ATMP boundary. All routes pass over or within ½ mile of both Golden Gate and San Francisco Maritime during the same tour. A subset of the commercial air tours conducted by S.F. Seaplane Tours also fly over Point Reyes. S.F. Helicopters conducts commercial air tours using BHT-407-407 and BHT-427-427 aircraft (rotorcraft). S.F. Seaplane Tours conducts commercial air tours using DHC-2-MKI aircraft (fixed-wing). Commercial air tours are conducted at altitudes ranging between 1,000 feet (ft.) and 2,500 ft. above ground level (AGL) depending on location within the ATMP boundary. Altitude expressed in AGL units is a measurement of the distance between the ground surface and the aircraft. Commercial air tours of Golden Gate and San Francisco Maritime are typically conducted between the hours of 9:00 AM and 6:00 PM and occur year-round. S.F. Seaplane Tours offers a sunset tour of San Francisco Maritime and Golden Gate. Commercial air tours of Point Reyes are typically conducted between the hours of 12:00 PM and 5:00 PM and occur year-round.

Based on the three-year average of reporting data from 2017 to 2019, the operators conduct an average of 2,548 commercial air tours over Golden Gate and San Francisco Maritime each year. S.F. Helicopters conducts an average of 1,280 commercial air tours over Golden Gate and San Francisco Maritime each year. S.F. Seaplane Tours conducts an average of 1,268 commercial air tours over Golden Gate and San Francisco Maritime each year. Of the commercial air tours conducted by S.F. Seaplanes, 143 also fly over Point Reyes, or outside the park but within ½ mile of its boundary.

---

[1] Based on unpublished reporting data.
[2] Based on unpublished reporting data.

The air tour routes provided by the operators in 2020 were then modeled to predict noise effects using the FAA's Aviation Environmental Design Tool, a software system that models aircraft performance in space and time to estimate fuel consumption, emissions, noise, and air quality. This information was then considered, in addition to acoustic monitoring information, and analyzed by subject matter experts from the NPS's Natural Sounds and Night Skies Division, the NPS's Environmental Quality Division, the NPS Regional Office - Interior Regions 8, 9, 10, and 12, and the Parks. The interdisciplinary team which included biologists, Golden Gate's chief of natural resource management and science, cultural resource program managers, park planning and NEPA specialists, management assistants/analysts, and natural resource specialists, conducted a series of biweekly meetings to identify a proposed action. In these meetings the subject matter experts considered the routes and operations, the Parks' noise sensitive resources, and the Parks' existing and natural acoustic environment, visitor experience, and potential mitigation or protective measures that could be included in an ATMP. In developing a proposed action, the interdisciplinary planning team modified the operator-provided routes so that they would not fly over sensitive areas, including historic districts, or interfere with Parks' interpretive programs. Other mitigations (changes from the existing condition) were included, including imposing a minimum altitude for all commercial air tours.

The proposed action identified by the NPS and justifications for restrictions on commercial air tours were reviewed by the FAA, including the FAA's local Flight Standards District Office, for any aviation safety concerns. During this time, the agencies also conducted preliminary environmental analysis to identify the appropriate NEPA pathway for a draft ATMP implementing the proposed action; initiated consultation pursuant to Section 106 of the National Historic Preservation Act, including tribal consultation; and began preliminary analysis for potential effects on listed species and critical habitat consistent with Section 7 of the Endangered Species Act.

NPATMA requires that the agencies publish notification of the availability of a draft ATMP in the Federal Register for public comment and to hold at least one public meeting for each draft ATMP. The FAA published a notice of availability of the draft ATMP for the Parks on October 15, 2021. Public Meeting/Notice of Availability for Proposed Air Tour Management Plan at Golden Gate National Recreation Area; Muir Woods National Monument; San Francisco Maritime National Historical Park; and Point Reyes National Seashore, 86 Fed. Reg. 57, 471 (Oct. 15, 2021). The agencies held the public meeting for the ATMP for the Parks on October 26, 2021 and accepted public comments on this ATMP between October 15 and November 14, 2021. The agencies received 149 comment letters on the draft ATMP. The agencies' review and analysis of the public comments, including comments regarding draft ATMPs for other parks that were generally applicable to the ATMP, were used to inform this ROD, the final ATMP, and the attached environmental compliance documentation.

**OBJECTIVE**

The objective of the ATMP is to implement "acceptable and effective measures to mitigate or prevent the significant adverse impacts, if any, of commercial air tour operations

6

upon the natural and cultural resources, visitor experiences, and tribal lands." 49 U.S.C. § 40128(b)(1)(B).

The ATMP is necessary for the following reasons:

- NPATMA requires the agencies to implement an ATMP or voluntary agreement for Golden Gate, Muir Woods, San Francisco Maritime, and Point Reyes. The agencies have chosen to satisfy this requirement by implementing an ATMP that covers all four of these parks.
- Currently, commercial air tours are operating under IOA which does not include mitigation measures that the NPS believes are necessary to protect the resources and values of the Parks, consistent with the NPS's obligations under the National Park Service Organic Act and the 2006 Management Policies, and to achieve NPS management objectives for the Parks.

## DESCRIPTION OF ACTION

The agencies will implement the ATMP for Golden Gate, Muir Woods, San Francisco Maritime and Point Reyes, and the FAA will update the operations specifications (OpSpecs)[3] of all air tour operators with IOA for the Parks to incorporate the terms and conditions of the ATMP. The ATMP authorizes the existing condition of commercial air tour operations for current operators with measures designed to mitigate impacts on the Parks' resources and visitor experience as a result of commercial air tour operations. It also includes additional measures required by NPATMA. In general, the ATMP:

- Authorizes up to 2,548 total commercial air tours per year over Golden Gate and San Francisco Maritime. Of these 2,548 air tours only 143 air tours per year may be conducted on the designated route over Golden Gate, San Francisco Maritime, and Point Reyes.
- Does not authorize any commercial air tours over Muir Woods or within ½ mile of its boundary.
- Sets daily air tour allocations applicable to air tours over Point Reyes under which one tour per day may be conducted on Standard Days while two tours per day may be conducted on up to five Flex Days per year.
- Sets minimum altitudes depending on location within the ATMP boundary with limited exceptions for takeoff, landing, and emergency situations.
- Designates air tour routes specific to each operator as depicted on an included map (see Figures 2-5 in the ATMP, Appendix A to this ROD).
- Requires aircraft to laterally avoid certain areas for the protection of nesting seabird colonies, peregrine falcon nests, and/or marine mammals.
- Authorizes specific types of aircraft to be used on the tours, specifies that any new or replacement aircraft must not be noisier than the authorized aircraft.

---

[3] OpSpecs are issued by the FAA to each operator and prescribe the authorizations, limitations, and procedures under which air tour operations must be conducted and require certain other procedures under which each class and size of aircraft is to be operated.

- Provides that no commercial air tours over Point Reyes may be conducted via helicopter.
- Provides that, unless a quiet technology incentive applies, commercial air tours of Golden Gate and San Francisco Maritime may operate from 9:00 AM until 30 minutes after sunset. Air tours that also overfly Point Reyes may operate from 12:00 PM to 5:00 PM, unless they qualify for the quiet technology incentive, in which case they may operate from 11:00 AM to 5:00 PM. Air tours of Golden Gate and San Francisco Maritime conducted on aircraft that qualify for the quiet technology incentive may begin one hour after sunrise.
- Provides for the establishment of no-fly periods by the NPS for management of one or more of the Parks or special events at one or more of the Parks, including tribal events, with advance notice to the operators.
- Provides for operator training and education.
- Requires annual meetings between the FAA Flight Standards District Office, Park staff, and the operators for the first five years after it is signed, after which time this annual meeting will be required if requested by either of the agencies.
- Requires operators to install and use flight monitoring technology on all authorized commercial air tours, and to include flight monitoring data in their semi-annual reports to the agencies, along with the number of commercial air tours conducted.
- Requires reporting of any bird strikes during commercial air tours.
- Includes safety requirements relating to in-flight communications.
- Allows for minor modifications to the ATMP through adaptive management, so long as the impacts of such changes have already been analyzed in previous environmental compliance.
- Outlines a process for amending the ATMP.
- Provides information regarding the process for operators to apply for operating authority as a new entrant.
- Sets forth a general process for conducting competitive bidding for air tour allocations, where appropriate.
- Explains that compliance with terms of the ATMP will be mandatory, and IOA for all of the Parks will be terminated, as of the effective date of the ATMP (the date the revised or updated OpSpecs are issued to implement the ATMP) which will be on or before 90 days from the date the ATMP is signed.

## CONSULTATION AND COMPLIANCE

- **National Environmental Policy Act:** The NPS applied a documented categorical exclusion to the ATMP. The categorical exclusion that the NPS applied is set forth in the Department of the Interior, Departmental Manual at 516 DM 12.5 A(1), and is reproduced in the NPS NEPA Handbook at categorical exclusion 3.3.A.1. It applies to "[c]hanges or amendments to an approved action when such changes would cause no or only minimal environmental impacts." Here, the "approved action" is the interim operating authority issued by the FAA consistent with NPATMA, which was a non-discretionary authorization directed by Congress. The agencies used the NPS environmental screening form to document that there are no or minimal impacts from the

8

ATMP. The NPS separately analyzed the impacts of the ATMP on each of the four parks and documented the impacts on an environmental screening form for each park. The NPS evaluated the extraordinary circumstances in 43 CFR § 46.215 and determined that no extraordinary circumstances apply and the ATMP will not result in significant impacts. The documentation for the NPS's application of the categorical exclusion to the ATMP is documented in a single categorical exclusion documentation form for all four parks, as well as the four environmental screening forms. The FAA performed its own extraordinary circumstances analysis and analysis under Section 4(f) of the Department of Transportation Act, codified at 49 U.S.C. § 303(c), and adopted the NPS's categorical exclusion determination pursuant to 40 CFR § 1506.3(d). *See* Appendices B, C, and D.

- **Endangered Species Act and Marine Mammal Protection Act:** The agencies analyzed potential impacts for marine mammals and all threatened or endangered species with suitable habitat within the Parks with a focus on noise sensitive species. The agencies contacted both the U.S. Fish and Wildlife Service and the National Marine Fisheries Service for technical assistance on the impacts to marine mammals and threatened and endangered species from the ATMP. The mitigations in the ATMP, including the minimum altitudes, routes and time of day restrictions will result in the authorized commercial air tours having no effect on these species or on other listed species that may be present in the project area. Thus, in accordance with the Marine Mammal Protection Act and Section 7 of the Endangered Species Act, the agencies determined that the ATMP would have no effect on marine mammals or threatened and endangered species or their critical habitats. *See* No Effect Determination and Evaluation of Other Species of Concern, Appendix E.

- **Coastal Zone Management Act:** Some airspace regulated by the ATMP is above areas that are designated coastal zone areas under the jurisdiction of the California Coastal Commission or the San Francisco Bay Conservation and Development Commission. The agencies analyzed the ATMP's consistency with the provisions of the California Coastal Act and determined that it is consistent to the maximum extent practicable with the enforceable policies of the California Coastal Management Program. The agencies transmitted their finding to the California Coastal Commission via letter signed on August 16, 2022. The agencies granted the California Coastal Commission's request to extend the Commission's sixty-day review period for their consistency determination until November 18, 2022. On November 17, 2022, the California Coastal Commission concurred with the agencies' consistency determination finding the ATMP to be consistent with the California Coastal Management Program. *See* Appendix I.

The agencies also analyzed the ATMP's consistency with the enforceable provisions of the McAteer-Petris Act and the policies set forth in the San Francisco Bay Plan. The agencies transmitted their finding to the San Francisco Bay Conservation and Development Commission via letter signed on August 16, 2022. Via letter dated August 30, 2022, the San Francisco Bay Conservation and Development Commission notified the agencies that additional information was needed in support of their initial consistency determination. The agencies provided the information required by 36 CFR § 930.39(a) and additional information requested by the San Francisco Bay Conservation and

9

Development Commission via letter dated, and received by Commission on, September 29, 2022. This same information was also provided to the California Coastal Commission on September 29, 2022. On October 13, 2022, the San Francisco Bay Conservation and Development Commission notified the agencies that it was invoking its right to a fifteen-day extension of its review period under 15 CFR § 930.41(b) and that it would complete its consistency review by December 13, 2022. On December 12, 2022, the Commission requested an additional extension of its review period until at least January 6, 2023. The agencies were unable to grant the requested extension as it would jeopardize their ability to meet their January 31, 2023 deadline to complete the ATMP. Under 15 CFR § 930.41(a), the San Francisco Bay Conservation and Development Commission is presumed to concur with the agencies' consistency determination. *See* Appendix I.

- **National Historic Preservation Act:** The agencies complied with Section 106 of the National Historic Preservation Act and completed the Section 106 consultation process with respect to this undertaking—implementing an ATMP for the Parks. Via letter dated April 12, 2021, the FAA, acting as lead agency for the Section 106 process, initiated consultation under Section 106 with the Federated Indians of Graton Rancheria, a federally recognized tribe. In the same letter, the agencies also invited the Federated Indians of Graton Rancheria to engage in government-to-government consultation under Executive Order 13175. On May 18, 2022, the agencies met with the tribe on a government-to-government level. The Federated Indians of Graton Rancheria agreed to proceed forward and review the finding of effect correspondence with the understanding that tribal consultation would be initiated if the routes changed from those identified in the proposed ATMP.

The FAA initiated consultation via letter to the California State Historic Preservation Officer (SHPO) on March 29, 2021 and all other identified Section 106 consulting parties on September 17, 2021.

Via the same and/or subsequent letters the FAA identified the area potentially affected by the undertaking, requested information regarding historic properties within the area of potential effects and proposed a finding of no adverse effect to historic properties as a result of the undertaking to consulting parties. The undertaking was defined consistent with the proposed action in the Categorical Exclusion Form, Appendix C, and is discussed above. The Federated Indians of Graton Rancheria received all relevant regarding Section 106 consultation.

During the consultation process, the agencies conducted additional outreach to consulting parties for this undertaking and for other ATMPs included in the current planning process via webinar. The agencies conducted webinars on April 28, May 4, and May 6, 2021, for SHPOs, tribes, and other identified consulting parties to introduce key agency participants and the air tour management planning process, and to discuss next steps in the Section 106 process. The FAA also held a webinar for commercial air tour operators currently conducting air tours over any of the parks included in the planning process on November 19, 2021, to introduce them to the Section 106 consultation process. In addition, the FAA conducted further outreach efforts to the Federated Indians of Graton Rancheria, which is detailed in Appendix F.

Public involvement for this undertaking was integrated with the public involvement required under NPATMA, discussed *supra*. During the public comment period for the draft ATMP, the agencies did not receive any comments related to historic properties or the undertaking's potential effect on them.

Via letter dated August 30, 2022, the FAA proposed a finding of no adverse effect to the SHPO. *See* Appendix F. The FAA received an automatic reply that the submission was received by the SHPO and processed on August 30, 2022. On September 22, 2022 the agencies reached out to the SHPO who then confirmed the project had been received and logged. The FAA did not receive any responses or objections to its finding.

- **Aviation Safety:** The draft ATMP, in particular the routes and altitudes included in the draft ATMP, was reviewed by the FAA's Flight Standards District Office (FSDO)[4] with jurisdiction, to identify and address any safety concerns associated with the draft ATMP. The FAA's FSDO also reviewed all public comments received on the draft ATMP that raised safety concerns as well as the routes and altitudes included in the final ATMP.

## CHANGES FROM THE DRAFT ATMP

In addition to minor, editorial changes made for clarity, the final ATMP includes the following substantive changes from the draft ATMP made in response to public comments on this or other draft ATMPs,[5] or based on further agency review, as follows:

- **Section 3.2 Commercial Air Tour Routes and Altitudes**

The organization of this section was substantially revised to provide greater specificity regarding minimum altitude requirements and to include information on lateral offsets noted on the included route maps. The three routes designated for fixed-wing aircraft (the Blue Route, the Green Route, and the Red Route) are individually described, as are the altitude and offset requirements for commercial air tours on those routes. These routes are depicted in Figures 2, 4, and 5 in the ATMP. In response to comments, the lateral avoidance required for Ranch Core Area B was changed from 2,000 ft. to 1,000 ft. to be consistent with other resource offsets. Text was added to clarify that the minimum altitude required for all aircraft when within the ATMP boundary (defined as the area subject to regulation by the ATMP) around Angel Island State Park is 1,000 ft. AGL. The minimum altitudes and lateral offsets required for the eight routes designated for helicopter tours, are generally described in the ATMP and depicted with particularity in Figure 3 in the ATMP. The minimum altitude for helicopter tours around Alcatraz Island was raised from 1,000 ft. AGL in the draft ATMP to 1,500 ft. AGL in the final ATMP for the protection of nesting shorebirds. All aircraft are required to maintain a minimum altitude of 1,500 ft. AGL when within the ATMP boundary around Alcatraz Island.

---

[4] A FSDO is a local FAA field field office that deals with various aviation issues including airmen and aircraft certifications, accident investigations, and enforcement and investigation issues.

[5] In August and September of 2021, the agencies released eleven draft ATMPs covering eleven other parks for public review and comment.

Modifications were also made to some of the included maps, though the designated routes themselves were not changed, except for the minor modifications noted above, which are also reflected in the maps. Figures 2 and 5 were revised to identify features for which lateral avoidance was required. The helicopter route maps in Figure 3 were modified to focus on the area within the ATMP boundary and to add labels where 1,500 ft. AGL is required over park lands in Marin County. Additionally, a note was included on Figures 2, 3 and 4 to clarify that the Commodore Center heliport and seaplane base is located outside of the ATMP boundary.

- **Section 3.6 Required Reporting**

This section was split into two subsections, because a new subsection was added in response to public comments that requires operators to report all bird strikes that occur during commercial air tours within the ATMP boundary per FAA Advisory Circular 150/5200-32B, Reporting Wildlife Aircraft Strikes. The new subsection, 3.6B Bird Aircraft Strike Reporting, requires the operators to include information regarding bird strikes in their semi-annual reports to the agencies required by Section 3.6A Air Tour Reporting

- **Section 3.7B Annual Meeting**

Having considered the recommendation made by the Advisory Council on Historic Preservation regarding the ATMP for Great Smoky Mountains National Park, the agencies decided to make the annual meeting in Section 3.7B mandatory for the first five years after the ATMP is signed. After the first five years, an annual meeting will be held if requested by either the NPS or the FAA.

- **Section 3.7D Additional Requirements**

In response to public comments, the frequency operators are required to use when conducting commercial air tours authorized by the ATMP was changed to 124.3 Common Traffic Advisory Frequency as local FSDO concurred that this frequency is more appropriate than the frequency included in the draft ATMP. A new section 3.7E was added to prohibit hovering aircraft in place.

- **Section 3.7F Non-transferability of Allocations:**

In response to comments questioning the transferability of air tour operations allocated under this or other ATMPs, the agencies included a new section. Section 3.7F Non-transferability of Allocations makes clear that allocations of annual air tour operations are not transferable between operators. But a successor purchaser may assume an operator's allocation of annual air tour operations by acquiring an entity holding allocations under this ATMP in its entirety. In order to avoid a break in service and to afford the agencies the necessary time to consult regarding modifications to operations specifications, the ATMP requires that the prospective purchaser notify the agencies as early as possible of its intention to purchase the entity holding allocations and to certify that it will comply with the terms of the ATMP.

- **Section 3.8 Quiet Technology Incentives:**

The agencies revised the language in Section 3.8 regarding the quiet technology incentive required by NPTMA in response to comments on this and other draft ATMPs requesting a definition of the term "quiet technology" or suggesting a definition for such term. The agencies have not included a definition of quiet technology in the ATMP. Instead, the ATMP provides for a consultation with operators regarding which of their aircraft qualify for the incentive at the time this ATMP is implemented. Subsequently, should operators wish to purchase new aircraft or make appropriate modifications to existing aircraft, they are encouraged to consult with the agencies prior to making such investment to determine whether the aircraft would qualify for the incentive. In response to comments regarding whether the incentive should or should not be applied retroactively to aircraft that may already qualify for the incentives, the agencies revised the language in the ATMP to make clear that the incentive may apply to operators that have already converted to quiet technology aircraft, if the agencies determine that they qualify for the incentive. To do otherwise, would unfairly penalize operators that were early adopters of quiet technology. The language in this section was also modified to make clear that not only will the effectiveness of the quiet technology incentive be monitored, but the effects of this incentive on the Parks' resources and visitor experiences will be monitored by the NPS. If unanticipated effects are observed, the agencies may need to amend the ATMP to modify this or other sections. A quiet technology incentive for Point Reyes was added to the final ATMP. Commercial air tours of Point Reyes using aircraft that qualify for the quiet technology incentive will be permitted to begin at 11:00 AM on all days that flights are authorized. The quiet technology incentive for air tours of Golden Gate and San Francisco Maritime— allowing quiet technology aircraft to conduct commercial air tours beginning one hour after sunrise on all days that flights are authorized—did not change from the draft ATMP to the final ATMP.

- **Section 5.0 Justification for Measures Taken**

This section was Section 4.0 in the draft ATMP. It was moved as a result of comments expressing the opinion that the monitoring and compliance measures included in one or more of the draft ATMPs were not justified or explained. In order to include a justification for these requirements in the same section as the explanations for the other requirements included in the ATMP, the agencies thought it made more logical sense to move Section 5.0, *Compliance*, as well as Section 5.1, *Aircraft Monitoring Technology*, forward in the ATMP, and they are Sections 4.0 and 4.1, respectively, in the final ATMP. Text was edited to reflect the minor modifications to lateral avoidances and minimum altitudes described above, in particular to explain the provisions of the ATMP that protect sensitive wildlife on Alcatraz Island. Text was added to explain the reasons for including the requirement that operators report bird strikes and the restriction on hovering, as the draft ATMP had not included these conditions. Additional changes to this section better align the justification for the annual operator training with purpose of the training and the justification for the annual meeting with the purpose of this meeting. Though these requirements may be combined, they are separate requirements with slightly different justifications.

- **Section 4.0 Compliance, Section 10.0 Conformance with Operations Specifications, and Section 11.0 Effective date.**

These sections were revised to make clear that the effective date of the ATMP is the date on which the operators' updated OpSpecs implementing the ATMP are issued by the appropriate FSDO. Because OpSpecs are used to inform the operators of the conditions under which they must operate and will be relied on by the FAA to enforce the terms and conditions of the ATMP, if necessary, it made sense for the effective date of the ATMP to be tied to the date that OpSpecs are modified and reissued to the operator and not to some other date. Section 4.0 of the ATMP (Section 5.0 in the draft ATMP) was revised to delete language that incorrectly assumed that there would be a difference between the effective date of the ATMP and modification of OpSpecs. Section 10.0 of the ATMP was revised to make clear that the FAA will issue new OpSpecs that incorporate the ATMP's operating parameters within 90 days of the date the ATMP is signed. Section 11.0 of the ATMP was revised to make clear that the effective date is the date new OpSpecs are issued, not some other date. In response to public comments, Section 4.0 Compliance was also revised to make clear that the public may report allegations of noncompliance and that the appropriate FSDO will investigate written reports of noncompliance consistent with FAA policy.

- **Additional changes**

In addition to the above changes, the draft ATMP was edited to clarify that the restrictions imposed by the ATMP apply not only when the operator is flying over lands or waters within the boundaries of the Parks but also when the operator is flying over lands or waters outside of the Parks' boundaries that are within ½ mile of the boundary of any of the Parks. Further edits were made to explain that the restrictions in the ATMP are protective of tribal use of the Parks and that adaptive management measures could be taken in response to tribal input.

Appendix A to the ATMP was revised to expressly state that all IOA for the Parks terminates on the effective date of the ATMP. Given that the operators will be required to fly consistent with the reissued OpSpecs, it would be inconsistent with the terms of the ATMP for IOA to remain after the ATMP is implemented. Though NPATMA provides that IOA "shall terminate 180 days" after the establishment of an ATMP, the agencies do not interpret this provision as precluding an earlier termination consistent with the terms and conditions of an ATMP. *See* 49 U.S.C. § 40128(c)(2)(E).

## BASIS AND JUSTIFICATION FOR DECISION

- **Annual and daily commercial air tour limits**

The ATMP generally implements the existing condition, based on operator provided data, with respect to the total number of authorized air tours per year over each of the Parks. The agencies decided to implement the existing condition because the impacts associated with the existing condition, together with reasonable mitigation measures included in the ATMP, would not result in significant adverse impacts of commercial air tour operations upon the natural and cultural resources of any of the Parks or visitor experience in any of the Parks.

Consistent with current operations, the ATMP authorizes up to 2,548 commercial air tours over Golden Gate and San Francisco Maritime each year. The ATMP allocates 1,280 of these air tours to S.F. Helicopters and 1,268 to S.F. Seaplane Tours. The ATMP does not set a daily limit for the number of commercial air tours that may be conducted over Golden Gate and San Francisco Maritime, which is consistent with current operations.

Of the 1,268 tours that are allocated to S.F. Seaplane Tours, only 143 commercial air tours may also fly over Point Reyes, none of which may be flown using helicopters. No commercial air tours are authorized over Muir Woods or within ½ mile of its boundary. S.F. Seaplane Tours is the only operator that currently conducts commercial air tours over Point Reyes. In addition to the limit of 143 commercial air tours per year, the ATMP includes daily limits for commercial air tours over Point Reyes. The ATMP distinguishes between more restrictive "Standard Days" and less restrictive "Flex Days." On Standard Days, only one tour per day may be conducted over Point Reyes. Each year there will be five Flex Days on which the operator may conduct up to two flights per day over Point Reyes. The operator's use of Standard Days and Flex Days is limited by the 143 commercial air tours authorized per year. After the annual allocation of air tours are exhausted, there will be no further Standard Days or Flex Days until the next calendar year.

The agencies decided to implement the existing condition, with the daily flight limitations described above, because the NPS determined that the impacts associated with the existing condition, together with the reasonable mitigation measures included in the ATMP, would not result in significant adverse impacts of commercial air tour operations upon the natural and cultural resources or visitor experiences of any of the Parks.

Some commenters opposed the annual limits on commercial air tours included in the ATMP, characterizing it as a reduction from IOA and a limitation on growth opportunities. The agencies did not use IOA as the number of air tour operations authorized under the ATMP because IOA was based on numbers reported by operators more than 20 years ago, does not represent the most current or reliable operational data, and is not verifiable by the agencies. As demonstrated by available reporting data, actual tours flown have been substantially below IOA since NPATMA's reporting requirement was implemented until the COVID-19 pandemic. The agencies also declined to increase the number of air tours authorized per year above the existing condition (the three-year average from 2017-2019) for the following reasons. First, at the outset of this planning process the agencies used available reporting data, operator provided routes, and other available information in order to identify the existing condition and the impacts of the ATMP including proposed mitigations. The agencies could not, and should not be required to, continually shift their planning efforts, and expend further resources, to account for and model continually shifting data and also complete an ATMP for the Parks consistent with the Compliance Plan. Second, the ATMP includes mitigation measures necessary to mitigate the impacts of current commercial air tour operations on the Parks' resources, visitor experience, and tribal use and to meet NPS management objectives for the Parks. Further increases in the annual limit of commercial air tours have not yet been analyzed and may have impacts to these resources that could prevent the NPS from achieving its management objectives. Third, the ATMP amendment process could allow for an increase in the number of commercial air tours authorized per year and would permit the agencies to evaluate the potential impacts of any

additional air tours in the context of a concrete proposal from the operator that includes sufficient information for the agencies to assess the effects of such a proposal on the Parks' resources.

Although some commentors suggested that the ATMP should include a permanent cap on the number of air tours, the agencies declined to do so because they found the terms of the ATMP, which provides that any increase in the number of air tours authorized per year would require a plan amendment, to be sufficiently protective of the Parks' resources. A plan amendment would require additional public involvement and further environmental compliance, both of which also provide opportunities for further protection of the Parks' resources and visitor experience. A plan amendment could also provide for a reduction in air tour authorizations.

Some commenters advocated for the elimination of air tours, consideration of a no air tours alternative, weekly no fly days, consideration of a reduced air tour alternative, and a phased decrease in the number of air tours permitted, and reduction of air tours through operator attrition. While NPATMA does state that an ATMP may ban air tours, it also contemplates that air tours may be an appropriate use over parks subject to restrictions that prevent or mitigate significant impacts on park resources and visitor experience. The agencies believe that the operating parameters and other conditions in the ATMP provide appropriate restrictions and that there are no significant impacts to the Parks' resources and visitor experience.

- **Designated routes and minimum altitudes**

The ATMP includes designated routes for each operator and aircraft type. The designated routes are based on operator reported routes but include lateral offsets to avoid impacts to noise sensitive resources. In particular, the ATMP includes the following required lateral avoidances: 1,000 ft. from Alcatraz Island; 1,000 ft. north of Ranch Core Area B; ¾ miles offshore from Double Point; and, ½ mile offshore from Duxbury Reef. The ATMP also sets minimum altitudes, depending on location within the ATMP boundary that also protect NPS resources in the parks overflown. Aircraft are also required to maintain at least 1,000 ft. lateral avoidance of nesting shorebird colonies, peregrine falcon nests or marine mammal haul outs. Because these resources are sensitive, their locations are not depicted on the maps included in the ATMP. However, the NPS reviewed the routes designated in the final ATMP to ensure that they achieved the required 1,000 ft. lateral avoidance of these sensitive resources. If new nesting or marine mammal haul out locations are established within 1,000 ft. of a designated route, the required lateral avoidance will be accomplished through adaptive management measures or plan amendments.

Eight helicopter routes are authorized as depicted in Figure 3 in the ATMP. These routes are only authorized over Golden Gate and San Francisco Maritime. The helicopter routes are required to be flown at a minimum of 1,000 ft. AGL within the ATMP boundary, except that aircraft are required to maintain a minimum altitude of 1,500 ft. AGL within the ATMP boundary around Alcatraz Island and a minimum of 1,500 ft. AGL over park land in Marin County.

The ATMP authorizes three routes for fixed-wing aircraft: the Green Route, the Blue Route, and the Red Route. The Green Route and Red Route pass within the ATMP boundary over Golden Gate and San Francisco Maritime. Air tours conducted via the Green Route are required to maintain a minimum altitude of 1,500 ft. AGL within the ATMP boundary, except

that they may fly at 1,000 ft. AGL within the ATMP boundary around Angel Island State Park. The minimum altitudes required for air tours conducted on the Blue Route are generally required to maintain a minimum altitude of 1,500 ft. AGL, except that they are required to maintain a minimum altitude of 2,500 ft. AGL for a portion of the route over Golden Gate and a minimum of 1,000 ft. AGL when flying within the ATMP boundary around Angel Island State Park. These altitudes are depicted in detail in Figure 4 in the ATMP.

The Red Route is the only designated route that passes within the ATMP boundary over Point Reyes. For the portion of the Red Route that passes within the ATMP boundary over Point Reyes, the ATMP sets minimum altitudes that range from 2,500 ft. AGL to 1,500 ft. AGL, depending on location. The Red Route is the only designated air tour route that passes over designated wilderness and aircraft on that route are required to maintain a minimum altitude of 2,000 ft. AGL over land-based wilderness in Point Reyes. These altitudes are depicted in detail in Figure 5 in the ATMP. The portions of the Red Route that pass within the ATMP boundary over Golden Gate and San Francisco Maritime are subject to the same minimum altitudes as required on the Blue Route and depicted in Figure 4 in the ATMP.

Commenters suggested changes to the routes and increases to the minimum altitudes. The NPS considered the routes and operating parameters included in the ATMP and whether further modifications were needed to protect the Parks' resources and values. Having considered the routes and altitudes in the ATMP, together with the other restrictions and mitigation measures in the ATMP, the NPS found they were sufficient to protect the Parks' natural and cultural resources and visitor experience.

One commenter noted that the requirement for aircraft to fly more than 1,500 ft. AGL over certain areas would require entry into Class B airspace and that it's unreasonable for air tour operators to request Class B clearances several times a day for a three-to-five-minute transition. [6] However, the routes and altitudes in the ATMP were reviewed for safety by the FSDO with jurisdiction. Aircraft flying on the designated routes and at the minimum altitudes required by the ATMP would not enter Class B airspace. If operators chose to fly higher than the required minimum altitudes, they may enter Class B airspace in which event they will need to adhere to applicable regulations for entering and operating in Class B airspace to ensure safe operation of the aircraft.

- **Hours of operation**

The ATMP restricts the hours during which commercial air tours may be held over Golden Gate, San Francisco Maritime and Point Reyes, a mitigation measure that offers resource

---

[6] Generally, Class B airspace is airspace from the surface to 10,000 ft. above mean sea level surrounding the nation's busiest airports. The configuration of each Class B airspace area is individually tailored and consists of a surface area and two or more layers (some Class B airspace areas resemble upside-down wedding cakes), and is designed to contain all published instrument procedures once an aircraft enters the airspace. An air traffic controller's clearance is required for all aircraft to operate in Class B airspace, and all aircraft that are so cleared receive separation services within the airspace.

protection during these times of day which are important to wildlife and visitor experience. Unless they are flown using aircraft that qualify for the quiet technology incentive, commercial air tours over Golden Gate and San Francisco Maritime may operate beginning at 9:00 AM and must end 30 minutes after sunset. Unless they qualify for the quiet technology incentive, commercial air tours over Point Reyes may be conducted between noon and 5PM. Though commenters requested changes further restricting the hours during which commercial air tours are permitted to operate, the agencies declined to change these operating parameters because the NPS found the hours of operation in the ATMP, together with the designated routes, altitude restrictions, and other conditions in the ATMP to be sufficiently protective of Parks' the natural and cultural resources and visitor experience.

- **Annual meetings and annual training**

The ATMP requires operators to attend an annual meeting for the first five years after the ATMP is signed after which time it requires operators to attend an annual meeting at the request of either agency. As noted above, this change was made after considering a recommendation from the Advisory Council on Historic Preservation regarding the ATMP for Great Smoky Mountains National Park. Commenters requested other changes to these provisions including making the meetings public and requiring that the operators distribute certain materials to passengers. The agencies declined to change these provisions of the ATMP. It is important to allow staff of the Parks the flexibility to tailor meetings to meet the needs of their park and incorporate new information as management needs change. It is not necessary, at this point, to prescribe the format for information to be provided to the operators and would be burdensome on operators and staff at the Parks to require operators to provide specific printed material to air tour patrons. The agencies also declined to make operator meetings public as it would not serve the communication and coordination purposes of these meetings. The NPS needs to be able to meet with the operators as it does with other commercial service providers that operate within Park boundaries. However, other avenues remain available for other stakeholders to provide the agencies with their input regarding commercial air tour operations. For example, the National Parks Overflights Advisory Group meets every year to discuss various aspects of air tour management throughout the National Park System and those meetings are open to the public.

The ATMP also requires operators to attend a training course at least once per year when it is made available by the NPS. The training will include information that the operators can use to further their own understanding of the Park management priorities or objectives as well as enhance the interpretive narrative for air tour clients.

- **Monitoring and Compliance.**

In order to successfully implement the ATMP, the agencies determined that it should include provisions to allow the agencies to adequately monitor and ensure compliance with its conditions. To this end, Section 4.1 of the final ATMP requires that operators equip aircraft used for air tours with flight monitoring technology, to use such technology when conducting air tours, and to include flight monitoring data in their semi-annual reports. The NPS consulted with the National Parks Overflights Advisory Group regarding the cost of various flight following technologies and found that there are relatively inexpensive off the shelf options that could meet the requirements of the ATMP. Though the agencies received comments suggesting alternative

monitoring methodologies, including requiring equipping and using automatic dependent surveillance-broadcast (ADS-B) systems (which is a system that periodically transmits location data information in real-time) or providing for monitoring by the public, the agencies declined to include such options in the ATMP. As long as the tracking technology selected by the operator meets the performance requirements in the ATMP, the agencies did not find it necessary to require operators to install and use a specific technology. As to public monitoring, the agencies do not have the resources to stand up and staff a compliance response line and, given the monitoring measures included in the ATMP, such a line would be unnecessary. Further, given that commercial air tours are not the only flights conducted within the ATMP boundary, information from a public tip line would likely be less reliable as the public would likely have difficulty distinguishing between, for example, a commercial air tour flight and a general aviation flight. However, the ATMP acknowledges that the public may report allegations of noncompliance to the appropriate FSDO. Written reports of noncompliance will be investigated by the relevant FSDO consistent with FAA policy.

- **Adaptive Management**

     The provisions in Section 8.0 are included to allow minor modifications to the authorized operating parameters (for example, slight deviations in routes) to avoid adverse impacts to the Parks' resources, values, or visitor experiences; address safety concerns; or address new information or changed circumstances. Such modifications could only be made through adaptive management if the impacts to the Parks' resources are within the scope of impacts already analyzed under NEPA, the Endangered Species Act, and Section 106 of the National Historic Preservation Act. This process was designed to ensure that actions that are potentially more impactful to resources would only be made through the amendment process, which requires public participation, after further environmental compliance. At least one commenter expressed concern that adaptive management would be used to remove, or lessen, measures designed to mitigate impacts on the Parks' resources and visitor experience or increase the number of commercial air tours allowed, but the agencies believe that the provisions of Section 8.0 are clear that adaptive management could not be used in this way. Authorization of additional air tours, beyond the those authorized in the ATMP including an increase of commercial air tour operations authorized annually on designated routes or an increase or daily commercial air tour operations, would require an amendment to the ATMP, which requires public notice and comment as well as environmental compliance.

- **Competitive bidding**

     NPATMA requires that where an ATMP limits the number of authorized commercial air tours within a specific time frame, the agencies must develop an open and competitive process for evaluating competing proposals to conduct commercial air tours. 49 U.S.C. § 40128(a)(2)(B). At present, because the ATMP implements the existing condition of commercial air tour operations and restricts operators to designated routes that overfly different areas of the Parks, the agencies do not plan to conduct a competitive bidding process. However, this does not preclude the agencies from holding a competitive bidding process in the future, consistent with NPATMA. The ATMP identifies conditions under which a competitive bidding process may be appropriate.

- **Quiet Technology Incentive**

The ATMP includes quiet technology incentives. Aircraft utilizing quiet technology may fly commercial air tours over Golden Gate and San Francisco Maritime that begin one hour after sunrise whereas non-quiet technology aircraft would not be able to conduct tours over Golden Gate and San Francisco Maritime prior to 9:00 AM. Aircraft utilizing quiet technology may fly commercial air tours over Point Reyes that begin at 11:00 AM, whereas non-quiet technology aircraft would not be able to begin tours over Point Reyes prior to 12:00 PM. Though many commenters on this and other draft ATMPs requested a definition for quiet technology, the agencies found that creating a definition for quiet technology in this ATMP was not practicable because aviation technology continues to evolve and advance and because the FAA periodically updates its noise certification standards. An aircraft that may qualify as quiet technology today may be out of date 10 years from now. One commenter suggested that a specific aircraft be used for commercial air tours, but this suggestion was not adopted because it would be unnecessarily onerous on operators who often use a single aircraft for multiple purposes.

The agencies also declined to extend the definition of quiet technology established for commercial air tours over Grand Canyon National Park to the ATMPs developed under NPATMA. The standard for Grand Canyon National Park was developed pursuant to legislation specific to that park through a rulemaking process that was completed in 2005. That standard applies only to Grand Canyon National Park and was based on narrow site-specific noise requirements. In addition, quiet aircraft technology has advanced substantially since that time. The aircraft used to conduct air tours over Grand Canyon National Park are much larger and heavier than the aircraft used to conduct tours of the Parks, and since noise certification standards are based on the size and weight of the aircraft, the noise standards used to support the Grand Canyon quiet technology definition would not be appropriate for aircraft conducting tours within the ATMP boundary.

As noted above, the ATMP provides for a consultation with operators regarding which of their aircraft qualify for the incentive at the time this ATMP is implemented. Though some commenters requested that the incentive only apply to future aircraft purchases, the agencies included current aircraft in the incentive so as not to penalize early adopters of quiet technology. In the future, should operators wish to purchase new aircraft, the ATMP allows for consultation with the agencies before the operator makes the investment in a new aircraft to determine whether such aircraft would qualify for the incentive.

- **Analysis of Impacts**

Many commenters noted the lack of impact analysis in the ATMP. However, impact analysis is not required content in an ATMP. The impacts of the ATMP were evaluated using Environmental Screening Forms to determine the applicability of a categorical exclusion and whether any extraordinary circumstances were present that would preclude the application of a categorical exclusion, consistent with NPS practice. Likewise, the FAA conducted an analysis of potential effects under Section 4(f) of the Department of Transportation Act and analyzed whether there were any extraordinary circumstances under FAA Order 1050.1F, Paragraph 5-2

and subsequently adopted the NPS's categorical exclusion determination under 40 CFR § 1506.3(d). The agencies acknowledge that no previous NEPA analysis of IOA occurred because the issuance of IOA for commercial air tours of the Parks was a nondiscretionary action directed by Congress. Because of this, the agencies considered the impacts of air tours on the Parks' resources and visitor experience. There are numerous ways to measure the potential impacts of noise from commercial air tours on the acoustic environment of a park including intensity, duration, and spatial footprint of the noise. Several metrics were modeled and considered. The NPS considered maximum sound level ($L_{Amax}$) and the amount of time that aircraft from commercial air tour operations were above specific sound levels that relate to different Park management objectives (e.g., 35 and 52 decibels). The FAA used the average sound level over 12 hours ($L_{Aeq}$) in order to compute their standard noise metric of Day-Night Average Sound Level (DNL). The agencies used their respective modeling results to compare the acoustic environment at the Parks with existing air tour operations to the predicted changes due to the mitigation measures under the ATMP.

The agencies evaluated the noise impacts of the air tours authorized by the ATMP on the resources of each of the Parks, including the Parks' acoustic resources, visitor experience, wildlife, cultural resources and the aesthetic scene. *See* Environmental Screening Forms, Appendix B. The impact analysis provided in the four park-specific Environmental Screening Forms prepared for this ATMP demonstrates that the ATMP does not result in significant impacts when considering the change from existing conditions for each of the four Parks. The analysis also discloses the impacts associated with the use itself; the analysis evaluates the impacts of the number of commercial air tours authorized on designated routes. Park resources and values impacted from air tours, including the acoustic environment, will continue to exist in a condition that will allow the American people to have present and future opportunities to enjoy them. *See* 2006 NPS Management Policies § 1.4.4.

The number of air tours authorized by the ATMP is the same as the number of tours the operators currently conduct, based on the three-year average of tours reported from 2017-2019, with mitigations to protect the resources of the Parks and visitor experience. Thus, the agencies did not find that a study of economic impacts was warranted and do not expect the ATMP to impact visitor spending on air tours or economic activity in the local communities. *See* Environmental Screening Forms, Appendix B.

- **Wildlife**

As noted above, the agencies found that the ATMP would have no effect on federally listed threatened or endangered species and evaluated the impacts of the ATMP on other species of concern protected under the Migratory Bird Treaty Act and the Marine Mammal Protection Act. *See* Appendix E. However, many commenters expressed concerns regarding the effects of commercial air tours on other wildlife species that may be found in one or more of the Parks, or that migrate through the Parks. In particular, many commenters expressed concern regarding impacts on marine mammals and migrating birds. The agencies considered the potential impacts of the ATMP on the Parks' wildlife, including marine mammals and migrating birds. Commercial air tours are expected to have limited to no impacts on wildlife species or their habitat when compared to current conditions due to the proposed commercial air tour routes,

minimum flight altitudes, lateral avoidances of marine mammal haul outs and sensitive nesting areas, time of day restrictions, type of aircraft, and limit on the maximum annual number of flights that will be permitted under the ATMP.

The operating parameters included in the ATMP were developed based on the technical advice provided by the U.S. Fish and Wildlife Service and the National Marine Fisheries Service in consideration of management objectives for each of the Parks including protection of wildlife. The minimum altitudes and lateral avoidance requirements in the ATMP are consistent with recommended protections for marine mammal haul outs, peregrine falcons, nesting shore birds, and other noise sensitive species. The specific locations of these wildlife resources are not called out on the maps included in the ATMP for the protection of these species. The ATMP boundary overlaps with some portions of the Greater Farallones National Marine Sanctuary. Under applicable regulations, flying motorized aircraft at less than 1,000 ft. above the water over Special Wildlife Protection Zones is prohibited, and the failure to maintain a minimum altitude of 1,000 ft. AGL "is presumed to disturb marine mammals or seabirds." The minimum altitudes required by the ATMP are at least as protective as those in place for Greater Farallones National Marine Sanctuary and provide more protection in many areas.

The ATMP also includes lateral offsets and minimum flight altitudes specifically to protect wildlife on Alcatraz Island which is a regionally significant site for an estimated 10,000 nesting seabirds and waterbirds, as well as a pair of peregrine falcons. The ATMP will minimize the potential for aircraft disturbances of this sensitive site, and increase the likelihood of successful breeding and retention of these nesting colonies, by requiring aircraft to maintain an altitude of 1,500 ft. AGL within the ATMP boundary around Alcatraz Island and requiring a 1,000 ft. lateral avoidance of the Island.

The Parks protect a high diversity of migratory birds, including both native resident and migratory species. Although the agencies are not aware of migratory bird strike issues associated with existing commercial air tour operations within the ATMP boundary, in response to comments expressing concern regarding migratory birds and potential bird strikes, the agencies included a requirement that operators use the FAA Wildlife Strike Database to report any bird strikes that occur within the ATMP boundary and also include information regarding any such bird strikes in their semi-annual reports to the agencies. If this reporting does indicate that bird strikes as a result of commercial air tours are an issue, the ATMP provides for adaptive management measures that could be used to address these and other unanticipated effects to wildlife. The ATMP's adaptive management provision is addressed below.

- **Wilderness**

Many commenters noted concerns related to the protection of the Phillip Burton Wilderness in Point Reyes, with some commenters taking the position that the Wilderness Act prohibits commercial air tours. Neither the 2006 NPS Management Policies nor the Wilderness Act prohibit overflights. No commercial air tours are permitted to land in the Parks, including within the Phillip Burton Wilderness. Though NPATMA does not require the ATMP to include analysis of impacts to wilderness, consistent with the requirements of NEPA, the agencies evaluated the impacts of the commercial air tours authorized by the ATMP on the qualities of

wilderness character in the development of the ATMP, including impacts on the opportunity for solitude, impacts to the natural quality of wilderness, and impacts to other features of value. This is documented in the Environmental Screening Form for Point Reyes, Appendix B. Further, the ATMP includes limitations that are protective of wilderness character. It authorizes only 143 air tours per year over Point Reyes which are restricted to a single designated route. While the route does cross segments of the Phillip Burton Wilderness, it spends only limited time over the wilderness, leaving the vast majority of the wilderness unimpacted by air tours year-round. Though the analysis in the Environmental Screening Form for Point Reyes demonstrates that noise and visual intrusions from air tours may temporarily disrupt the opportunity for solitude in those parts of the Philip Burton Wilderness overflown by air tours, because of the low limited number of flights, the limited duration of noise, the route used, and the limited duration of potential exposure of air tours make it unlikely that the majority of visitors will encounter noise from air tours within wilderness. If a visitor in wilderness does hear noise from an air tour, it is unlikely, because of the limited number of tours, and the route, that the visitor will hear more than one per day and the noise exposure will be for a very short duration of time. Accordingly, the NPS found that the ATMP is protective of wilderness character and is consistent with Point Reyes' enabling legislation, the NPS 2006 Management Policies and the requirements of NPATMA.

- **Interim Operating Authority**

Two commercial air tour operators hold IOA for a combined total of 5,090 commercial air tours per year over each of the Parks. The ATMP provides that the FAA, through the appropriate FSDO, will update the OpSpecs of all operators with IOA for the Parks to incorporate the terms of the ATMP within 90 days of the date on which the ATMP is fully signed (meaning 90 days from the date on which the ATMP and this ROD have been signed by all required signatories). The operators' OpSpecs currently allow them to overfly the Parks in accordance with their IOA. Once the OpSpecs are modified, only those operators that hold allocations of operations under the ATMP will be permitted to conduct commercial air tours within the ATMP boundary and then all commercial air tours conducted will be required to comply with the ATMP in all respects (except that operators have 180 days from the effective date of the ATMP to equip their aircraft with flight monitoring technology). No air tours will be permitted to be conducted over Muir Woods.

An operator with IOA for the Parks opposed the number of commercial air tours authorized by the ATMP arguing that the annual limits did not allow for growth and that it reduced the number of flights available to operators under IOA. IOA is not property. *See* Notice of Final Opinion on the Transferability of Interim Operating Authority Under the National Parks Air Tour Management Act, 72 Fed. Reg. 6,802 (Feb. 13, 2007). Nor was IOA intended to last indefinitely. It was intended by Congress to be a stopgap measure to preserve the status quo until an ATMP for the Parks could be established. NPATMA specifically provides that IOA terminates a maximum of 180 days after the establishment of an ATMP for a park, 54 U.S.C. § 40128(c)(2)(E), though the agencies determined that because the modification of OpSpecs was required to implement the ATMP, IOA for all of the Parks would terminate when the OpSpecs were modified, and not at some later date. The issuance of IOA was based on operator reported tours conducted either in the year prior to NPATMA's enactment in 2000, or the three-year

average of flights conducted in the three years prior to NPATMA's enactment, whichever was higher. 49 U.S.C. § 40128(c)(2)(A). As noted above, IOA is not based on the most current or reliable operational data and is not verifiable by the agencies. The ATMP allocations are based on current operator reported information.

- **Providing access for individuals with disabilities**

    Some commenters requested expanded air tours in order to accommodate or expand access to individuals with disabilities, older persons, or those with mobility issues. However, air tours are not the only way for a person with disabilities or mobility issues to experience the Parks. The NPS works to ensure that people with disabilities can participate in the same programs, activities, and opportunities available to those without disabilities in the most integrated setting possible. The NPS has a full team dedicated to breaking physical and programmatic barriers to make parks more inclusive for people with sensory, physical, and cognitive disabilities including a full accessibility program with accessibility coordinators in all 12 NPS regions. The accessibility coordinators ensure that NPS staff have the tools and training necessary to provide accessible and inclusive outdoor recreation and interpretation opportunities for park visitors. Specific information regarding accessibility at each of the Parks is available at:

    - o Muir Woods: https://www.nps.gov/muwo/planyourvisit/accessibility.htm
    - o Golden Gate: https://www.nps.gov/goga/planyourvisit/accessibility.htm#:~:text=The%20NPS%20Golden%20Gate%20App,for%20free%20before%20you%20arrive.
    - o Point Reyes: https://www.nps.gov/pore/planyourvisit/accessibility.htm#:~:text=Call%20415%2D669%2D1534%20or,the%20Point%20Reyes%20Lighthouse%20page.
    - o San Francisco Maritime: https://www.nps.gov/safr/planyourvisit/accessibility.htm

- **NEPA compliance**

    Commenters in general noted concerns that an environmental analysis was not released for public review and comment and either advocated for the consideration of various alternatives or criticized that consideration and analysis of alternatives was required under NEPA. Consistent with the Council on Environmental Quality Regulations for Implementing the Procedural Provisions of NEPA, agencies may, but are not required to, develop a range of alternatives to the proposed action when using a categorical exclusion to comply with NEPA. *See* 40 CFR §§ 1501.4, 1502.14. Actions covered by categorical exclusions by definition do not have significant impacts and therefore are not subject to the requirement to develop alternatives to reduce significant impacts. In this case, the agencies evaluated the potential impacts of the proposed action (ATMP) when compared to current conditions, and determined that the proposed ATMP would not result in significant impacts to the Parks' resources and that no significant impacts from air tours have been observed at the Parks in the past. The agencies considered actions to reduce impacts to the Parks' resources and included those in the ATMP, e.g. altitude and route restrictions. Public review of categorical exclusions is not required. Public scoping is also not required where a categorical exclusion is applied. Though NPATMA provides that both agencies must "sign the environmental decision document required by section 102 of [NEPA] which may include a finding of no significant impact, an environmental assessment, or an environmental

impact statement and the record of decision" the agencies do not interpret NPATMA to preclude the application of a categorical exclusion for an ATMP. *See* 49 U.S.C. § 40128(b)(2).

- **Tribal consultation**

The tribal consultation conducted by the agencies prior to the signing of this ROD is described above in the section that discusses the agencies' compliance with the National Historic Preservation Act. The agencies remain committed to engaging in tribal consultation after the ATMP is implemented to address ongoing tribal concerns as needed. Further, the ATMP itself includes mechanisms that could be used to address tribal concerns post-implementation. The Federated Indians of Graton Rancheria may be invited to the annual meeting provided for in Section 3.7A of the ATMP to discuss their concerns directly with both the operators and the agencies. Section 3.5 of the ATMP authorizes the NPS to set temporary no-fly periods for special events, including tribal events, ceremonies, or other practices, with advance notice to the operators. Section 8.0 of the ATMP provides for adaptive management measures to be taken as a result of tribal input or information received through tribal consultation, without a formal plan amendment if the impacts of any changes are within the impacts already analyzed by the agencies in their compliance documentation for the ATMP. If tribal concerns cannot be addressed through adaptive management, the agencies may consider amending the ATMP consistent with the process outlined in Section 9.0 of the ATMP. In addition, the aircraft monitoring technology that operators are required to install and use (Section 4.0), coupled with the ATMP's reporting requirements (Section 3.6), will not only aid the agencies in ensuring compliance with the terms and conditions of the ATMP, but will also aid in determining whether overflights that may be concerning to the Federated Indians of Graton Rancheria are commercial air tours, or some other type of overflight not subject to the requirements of NPATMA.

- **Compliance with NPS-specific laws and policies**

In managing National Park System units, the NPS is bound by the Organic Act of 1916, 54 U.S.C. §§ 100101 et *seq.*, which requires the NPS to manage parks to "conserve the scenery, natural and historic objects, and wild life in the System units and to provide for the enjoyment of the same in such manner and by such means as will leave them unimpaired for the enjoyment of future generations." In addition, NPS management of System units is guided by the 2006 NPS Management Policies and other policy and guidance documents that do not apply to the FAA. The Statements of Compliance for Golden Gate, Point Reyes and San Francisco Maritime, Appendix G, detail the NPS's compliance with its Organic Act, as well as NPS policy documents.

**DECISION**

The undersigned have carefully considered the agencies' common and respective goals in relation to the issuance of an Air Tour Management Plan for Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore including the environmental impacts of their decision, the mitigation measures available to preserve the Parks' resources, visitor experience and tribal lands, and aviation safety. Based on the record of this proposed Federal action, and under the authority delegated to the undersigned by the Administrator of the FAA and the Director of the

NPS, the undersigned find that the issuance of the Air Tour Management Plan for Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore is reasonably supported. The undersigned hereby direct that action be taken, together with the necessary related and collateral actions, to carry out the agency decisions as detailed in this ROD including the issuance of an Air Tour Management Plan Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore and issuance or modification of applicable operations specifications.

Approved by:

*Frank W Lands*    FRANK LANDS
                    2023.01.10 10:13:46 -08'00'
_____
Frank W. Lands                              Date
Regional Director
Interior Regions 8, 9, 10 & 12
National Park Service

ERIK AMEND    Digitally signed by ERIK AMEND
              Date: 2023.01.09 15:48:35 -08'00'
_____
Erik Amend                                  Date
Regional Administrator (Acting)
Western-Pacific Region
Federal Aviation Administration

RAYMOND        Digitally signed by RAYMOND
               SAUVAJOT
SAUVAJOT       Date: 2023.01.10 08:54:43 -05'00'
_____
Raymond M. Sauvajot                         Date
Associate Director
Natural Resource Stewardship and
Science Directorate
National Park Service

KEVIN W. WELSH    Digitally signed by KEVIN W.
                  WELSH
                  Date: 2023.01.09 10:29:24 -05'00'
_____
Kevin Welsh                                 Date
Executive Director
Office of Environment &
Energy
Federal Aviation
Administration

**RIGHT OF APPEAL**

This Record of Decision constitutes a final order of the FAA Administrator and is subject to exclusive judicial review under 49 U.S.C. § 46110 by the U.S. Circuit Court of Appeals for the District of Columbia or the U.S. Circuit Court of Appeals for the circuit in which the person contesting the decision resides or has its principal place of business. Any party having substantial interest in this order may apply for review of the decision by filing a petition for review in the appropriate U.S. Court of Appeals no later than 60 days after the order is issued in accordance with the provisions of 49 U.S.C. § 46110.

**Appendices**

A.     Air Tour Management Plan for Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore

B.     Environmental Screening Forms for Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore

C.     Categorical Exclusion Documentation Form

D.     FAA Categorical Exclusion Adoption

E.     Section 7 Endangered Species Act No Effect Determination and Evaluation of Other Species of Concern

F.     National Historic Preservation Act: Section 106 Compliance Documentation

G.     NPS Statement of Compliance

H.     Summary of Public Comments and Comment Analysis on the Draft Air Tour Management Plan for Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore

I.      Coastal Zone Management Act Compliance Documentation (without voluminous attachments)

# APPENDIX A

Final Air Tour Management Plan for
Golden Gate National Recreation Area,
Muir Woods National Monument,
San Francisco Maritime National Historical
Park, and Point Reyes National Seashore

**FINAL AIR TOUR**
**MANAGEMENT PLAN**
**GOLDEN GATE NATIONAL RECREATION AREA**
**MUIR WOODS NATIONAL MONUMENT**
**SAN FRANCISCO MARITIME NATIONAL HISTORICAL PARK**
**POINT REYES NATIONAL SEASHORE**

**SUMMARY**

This Air Tour Management Plan (ATMP) provides the terms and conditions for commercial air tours conducted over Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore (Parks) pursuant to the National Parks Air Tour Management Act (Act) of 2000.

**1.0 INTRODUCTION**

The Act requires that commercial air tour operators conducting or intending to conduct commercial air tours over a unit of the National Park System apply to the Federal Aviation Administration (FAA) for authority before engaging in that activity. The Act further requires that the FAA in cooperation with the National Park Service (NPS) establish an ATMP for each National Park System unit for which one or more applications has been submitted, unless that unit is exempt from this requirement.[1] On March 4, 2021, the NPS notified the FAA that an air tour management plan was necessary to protect Muir Woods National Monument's resources and values and withdrew the exemption for that park.

The objective of this ATMP is to develop acceptable and effective measures to mitigate or prevent the significant adverse impacts, if any, of commercial air tours on natural and cultural resources, visitor experiences and tribal lands.

**2.0 APPLICABILITY**

This ATMP applies to all commercial air tours over the Parks and commercial air tours within ½ mile outside the boundary of the Parks, as depicted in Figure 1 below. A commercial air tour subject to this ATMP is any flight, conducted for compensation or hire in a powered aircraft where a purpose of the flight is sightseeing over the Parks, or within ½ mile of the boundary of the Parks, during which the aircraft flies:

(1) Below 5,000 feet above ground level (except solely for the purposes of takeoff or landing, or necessary for safe operation of an aircraft as determined under the

---

[1] The Act provides an exemption to the ATMP requirement for parks with 50 or fewer commercial air tour operations each year unless the exemption is withdrawn by the Director of NPS. *See* 49 U.S.C. § 40128(a)(5). As an alternative to an ATMP, the agencies also have the option to execute voluntary agreements with all operators operating at any of the parks.

1

rules and regulations of the FAA requiring the pilot-in-command to take action to ensure the safe operation of the aircraft); or

(2) Less than one mile laterally from any geographic feature within the Parks (unless more than ½-mile outside the boundary of the Parks).

*See* 14 CFR § 136.33(d).  The area subject to the ATMP is also referred to as the area within the ATMP boundary.



**Figure 1.** Map of area subject to the ATMP.  Appendix B includes an enlarged version of this map.

2.1 Overview of the Parks

**Golden Gate National Recreation Area** is composed of more than 80,000 acres of land spread across numerous park sites, many of which are in urban San Francisco and includes tidal and submerged lands to 0.25 miles offshore in portions of Marin and San Francisco Counties.  The park shares a marine boundary with the Greater Farallones National Marine Sanctuary.  The park contains a variety of cultural and natural features for visitors to enjoy, including Alcatraz Island and Crissy Field.  Its historic and cultural assets chronicle centuries of overlapping history, with themes such as California Indian culture, the frontier of the Spanish empire, the California Gold Rush, the evolution of American coastal fortifications, World War II, Buffalo Soldiers, and the growth of modern-day San Francisco.

2

The park protects 19 separate ecosystems and numerous watersheds. It is also home to more than 1,250 plant and animal species, including 37 threatened and endangered species such as the threatened northern spotted owl (*Strix occidentalis caurina*). It provides sanctuary for nesting seabirds such as Brandt's cormorants (*Phalacrocorax penicillatus*) and common murres (*Uria aalge*), as well as peregrine falcons (*Falco peregrinus*) which are gradually recovering in the San Francisco Bay Area. It also provides protection for marine mammals under the Marine Mammal Protection Act.

The purpose of Golden Gate National Recreation Area is to offer national park experiences to a large and diverse urban population while preserving and interpreting the outstanding natural, historic, scenic, and recreational values of the park lands.

**Muir Woods National Monument** is in Marin County, California, just a few miles north of San Francisco. The 558-acre monument preserves one of the last remaining ancient redwood forests in the Bay Area. Some of the redwoods are nearly 1,000 years old and reach heights of more than 250 feet. Today, Muir Woods National Monument is home to more than 380 different plants and animals. Redwood Creek, the principal stream in the monument, runs clean and clear beneath the towering trees. Its waters are home to federally endangered coho salmon and threatened steelhead trout—keystone species in many Pacific ecosystems. More than 1 million visitors per year come to enjoy the monument and marvel at the redwood forest and its wildlife. Its natural soundscape is a highly valued part of the visitor experience.

The purpose of Muir Woods National Monument is to preserve the primeval character and ecological integrity of the old-growth redwood forest for scientific values and inspiration.

**San Francisco Maritime National Historical Park** was established to preserve and interpret the history and achievements of seafaring Americans and the nation's maritime heritage, especially on the Pacific coast. The 50-acre park maintains the largest and most diverse collection of national historic landmark ships in the United States, representing a pivotal period of maritime commerce on the West Coast as the industry shifted from sail to mechanical power. Through preservation and interpretation of historic ships, extensive museum collections, traditional maritime skills, and its San Francisco Bay setting, San Francisco Maritime National Historical Park promotes the understanding and enjoyment of the nation's West Coast maritime heritage. The park's ships and small craft provide visitors a rare opportunity to experience the sights, sounds, smells, and feel of the maritime environment, both at the pier and on the bay. People can hear the sounds of water, wildlife and maritime activities.

At Hyde Street Pier, which features a number of historic vessels, maritime structures, and exhibits, visitors can enjoy the national historic landmark ships and watch maritime skills in action in the Shipwright and Boat Shops. The pathways of the Aquatic Park National Historic Landmark District lead to the Maritime Museum, a striking, Streamline Moderne building filled with 1930s Works Progress Administration artwork. Outside the bathhouse, the Aquatic Park cove and beach are protected by the curved Municipal Recreational Pier. The park's extensive collection of artifacts, books, oral histories,

photographs, vessel plans, documents, and other archival materials are located at the Maritime Research Center.

**Point Reyes National Seashore** encompasses more than 71,000 acres of beaches, coastal cliffs and headlands, marine terraces, coastal uplands, and forests and includes all tide and submerged lands to 0.25 miles offshore.  An additional 15,000 acres of the North District of Golden Gate National Recreation Area, including all NPS lands north of Bolinas-Fairfax Road, are managed by park staff under a regional management directive.  Two no-take state marine reserves, three special closure areas, and three state marine conservation areas are also located within the park's legislated boundary.  The park shares a marine boundary with the Greater Farallones National Marine Sanctuary and the Cordell Bank National Marine Sanctuary is located further offshore.

Twenty-eight threatened and endangered species are present within the park's boundary, including the threatened northern spotted owl.  The park provides sanctuary for marine mammals such as the harbor seal, supports more than 900 plant species, about 17% of the California flora, and more than 490 species of birds have been recorded in the park, representing 52% of the species of avian fauna of North America.

The human history of the Point Reyes peninsula extends to more than 5,000 years ago and includes the long history of the Coast Miwok people, a relationship which continues to this day.  More than 120 archeological sites representing Coast Miwok history and culture have been identified within the park and have yielded some of the most significant information on California Indian history in the San Francisco Bay region.  The park has about 400 historic structures including the historic Point Reyes Lighthouse built in 1870 and two national historic landmarks— the Point Reyes Lifeboat Station and the Drakes Bay Historic and Archaeological District.

Approximately 18,000 acres of Point Reyes National Seashore is currently under agricultural production within the pastoral zone.  In the North District of Golden Gate National Recreation Area an additional 10,000 acres is currently used for grazing.  The park also includes two ranching historic districts, listed in the National Register – the Olema Valley Dairy Ranches Historic District and the Point Reyes Peninsula Dairy Ranches Historic District.

The almost 33,000-acre Phillip Burton Wilderness offers an extraordinary opportunity for solitude and unconfined recreation in untrammeled terrestrial and marine environments and includes one of only two marine wilderness areas in the national park system.

Point Reyes National Seashore was established for public benefit and inspiration, and protects a rugged and wild coastal peninsula and surrounding waters, connecting native ecosystems, enduring human history and recreational, scientific, and educational opportunities.

**Management objectives.** The following management objectives for the Parks relate to the development of this ATMP:

- Golden Gate National Recreation Area, San Francisco Maritime National Historical Park, and Muir Woods National Monument: Protect wildlife and

4

wildlife habitat, including known nesting areas and marine mammal haul outs and protect soundscapes.

- Point Reyes National Seashore: Protect wilderness character; protect wildlife and wildlife habitat, including known nesting areas and marine mammal haul outs.

## 3.0 CONDITIONS FOR THE MANAGEMENT OF COMMERCIAL AIR TOUR OPERATIONS

### 3.1 Commercial Air Tours Authorized

Under this ATMP 2,548 commercial air tours per year are authorized. Of these, up to 143 commercial air tours per year may fly over Point Reyes National Seashore. No commercial air tours over Point Reyes National Seashore may be flown using helicopters. No commercial air tours are authorized over Muir Woods National Monument.

Appendix A identifies the operators authorized to conduct commercial air tours and annual flight allocations.

### 3.2 Commercial Air Tour Routes and Altitudes

Commercial air tours authorized under this ATMP shall be conducted on the routes and altitudes in Figures 2 through 5 below for each operator and aircraft type (Appendix C contains enlarged Figures 2 through 5). Altitude expressed in units above ground level (AGL) is a measurement of the distance between the ground surface and the aircraft. Due to the location and proximity of Golden Gate National Recreation Area and San Francisco Maritime National Historical Park (the two parks share a boundary), all air tour routes authorized by this ATMP fly over both parks. The only authorized air tour route that flies over Point Reyes National Seashore also flies over Golden Gate National Recreation Area and San Francisco Maritime National Historical Park.

All commercial air tours must maintain a 1,000 ft. lateral avoidance of nesting waterbird colonies, peregrine falcon nests and marine mammal haul outs. The routes described below and depicted in Figures 2, 3, 4, and 5 maintain these avoidance distances of currently known nesting waterbird colonies, peregrine falcon nests and marine mammal haul outs. All commercial air tours must also maintain a lateral avoidance of at least 1,000 ft. from Alcatraz Island and a minimum altitude of 1,500 ft AGL within the ATMP boundary around Alcatraz Island.

Air tours conducted with fixed-wing aircraft will fly no lower than 1,000 to 2,500 feet (ft.) AGL, depending on location as depicted in Figures 2, 4, and 5, but will fly no lower than 2,000 ft. AGL over land-based wilderness in Point Reyes National Seashore (Figures 2 and 5). Air tours conducted via fixed-wing aircraft are restricted to three routes.

- Blue Route: Air tours conducted via the Blue Route will enter the ATMP boundary at the location shown by flight procedure callout #1 in Figures 2, 4, and 5, at a minimum altitude 2,500 ft. AGL. Aircraft must maintain this altitude until they reach the location identified by flight procedure callout #2 in Figures 2, 4 and 5, at which time they may begin descent to 1,500 ft. AGL. Aircraft will maintain 1,500 ft. AGL when flying over the area within the ATMP boundary for

5

the remainder of the air tour, except that they may fly at 1,000 ft. AGL over the area within the ATMP boundary around Angel Island State Park. Aircraft must maintain a lateral avoidance of at least 1,000 ft. from Alcatraz Island.

- <u>Red Route</u>: Air tours conducted via the Red Route will enter the ATMP boundary at the location shown by flight procedure callout #3 in Figures 2, 4, and 5, at a minimum altitude of 2,500 ft. AGL at the entrance to the ATMP boundary. Aircraft must maintain 2,500 ft. AGL over Bolinas Ridge and Inverness Ridge, depicted as flight procedure callout #4 in Figures 2 and 5. Air tours begin descent to 1,500 ft. AGL at the location identified by flight procedure callout #5 in Figures 2 and 5. Air tours then exit the ATMP boundary as depicted in Figures 2 and 5 and reenter the ATMP boundary at the location shown by flight procedure callout #6, and must maintain a minimum altitude of 1,500 ft. AGL. Air tours must laterally avoid Ranch Core Area B by flying 1,000 ft. to the north of this area as depicted in Figures 2 and 5. Air tours exit the ATMP boundary at the location identified by flight procedure callout #7 in Figures 2 and 5 at a minimum altitude of 1,500 ft. AGL. Air tours on the Red Route must remain outside the ATMP boundary until they reach the location identified by flight procedure callout #9 in Figures 2 and 5. Aircraft will maintain 1,500 ft. AGL when flying over the area within the ATMP boundary for the remainder of the air tour, except that they may fly at 1,000 ft. AGL over the area within the ATMP boundary around Angel Island State Park. Aircraft must maintain a lateral avoidance of at least ¾ mile offshore from Double Point, a lateral avoidance of ½ mile offshore from Duxbury Reef, and a lateral avoidance of least 1,000 ft. from Alcatraz Island.
- <u>Green Route</u>: Air tours conducted via the Green Route will maintain a minimum altitude of 1,500 ft. AGL within the ATMP boundary, except that they may fly at 1,000 ft. AGL within the ATMP boundary around Angel Island State Park. Aircraft must maintain a lateral avoidance of at least 1,000 ft. from Alcatraz Island

Eight routes are authorized for helicopter tours over Golden Gate National Recreation Area and San Francisco Maritime National Historical Park as depicted in Figure 3 below. Air tours conducted with helicopters will fly no lower than 1,000 to 1,500 ft. AGL, depending on location, as depicted in Figure 3. Commercial air tours on these routes must maintain a minimum altitude of 1,000 ft. AGL, except that a minimum altitude of 1,500 ft. AGL is required when flying over the area within the ATMP boundary around Alcatraz Island and while flying over lands within the boundary of Golden Gate National Recreation Area in Marin County. Commercial air tours must also maintain a lateral avoidance at least 1,000 ft. from Alcatraz Island.

Except when necessary for takeoff or landing, or in an emergency or to avoid unsafe conditions, or unless otherwise authorized for a specified purpose, operators may not deviate from these designated routes and altitudes.

6



**Figure 2.** All commercial air tour routes over Golden Gate National Recreation Area, San Francisco Maritime National Historical Park, and Point Reyes National Seashore



**Figure 3.** Commercial air tour routes for helicopters over Golden Gate National Recreation Area and San Francisco Maritime National Historical Park

8



**Figure 4.** Commercial air tour routes for fixed-wing aircraft over Golden Gate National Recreation Area and San Francisco Maritime National Historical Park



**Figure 5.** Commercial air tour route over Point Reyes National Seashore

### 3.3 Aircraft Type

The aircraft types authorized to be used for commercial air tours are identified in Appendix A. Any new or replacement aircraft must not exceed the noise level produced by the aircraft being replaced. In addition to any other applicable notification requirements, operators will notify the FAA and the NPS in writing of any prospective new or replacement aircraft and obtain concurrence before initiating air tours with the new or replacement aircraft.

### 3.4 Day/Time

Except as provided in Section 3.8, "Quiet Technology Incentives," air tours of Golden Gate National Recreation Area and San Francisco Maritime National Historical Park may operate from 9:00 AM until 30 minutes after sunset, as defined by the National Oceanic and Atmospheric Administration (NOAA).[2] Air tours of Point Reyes National Seashore may operate from 12:00 PM to 5:00 PM. Air tours may operate any day of the year, except under circumstances provided in Section 3.5 "Restrictions for Particular Events."

---

[2] Sunrise and sunset data are available from the NOAA Solar Calculator, https://www.esrl.noaa.gov/gmd/grad/solcalc/

3.5 Restrictions for Particular Events

The NPS can establish temporary no-fly periods that apply to air tours for special events or planned park management. Absent exigent circumstances or emergency operations, the NPS will provide a minimum of 15 days written notice to the operator for any restrictions that temporarily restrict certain areas or certain times of day, or 60 days written notice to the operator for any full day restrictions. Events may include tribal ceremonies or other similar events.

3.6 Required Reporting

3.6A Air Tour Reporting: Operators will submit to the FAA and the NPS semi-annual reports regarding the number of commercial air tours within the ATMP boundary that are conducted by the operators. These reports will also include the flight monitoring data required under Section 4.1 of this ATMP and such other information as the FAA and the NPS may request. Reports are due to both the FAA and the NPS no later than 30 days after the close of each reporting period. Reporting periods are January 1 through June 30 and July 1 through December 31. Operators shall adhere to the requirements of any reporting template provided by the agencies.

3.6B Bird Aircraft Strike Reporting: Operators will report all bird strikes that occur during commercial air tours within the ATMP boundary per FAA Advisory Circular 150/5200-32B, Reporting Wildlife Aircraft Strikes, using OMB approved form No. 2120-0045, and include these reports in the semi-annual reports required by section 3.6A.

3.7 Additional Requirements

3.7A Operator Training and Education: When made available by park staff, operators/pilots will take at least one training course per year conducted by the NPS. The training will include park information that the operators can use to further their own understanding of park priorities and management objectives as well as enhance the interpretive narrative for air tour clients and increase understanding of parks by air tour clients. For example, trainings may include natural resources, cultural resources, or visitor use specific topics.

3.7B Annual Meeting: For the first five years after the signing of the ATMP, park staff, the local FAA Flight Standards District Office (FSDO), and the operators will meet once per year to discuss the implementation of this ATMP and any amendments or other changes to the ATMP. Thereafter, this annual meeting will occur if requested by either of the agencies. This annual meeting could be conducted in conjunction with any required annual training.

3.7C In-Flight Communication: For situational awareness when conducting tours of the Parks, the operators will utilize frequency 124.3 Common Traffic Advisory Frequency and report when they enter and depart a route. The pilots should identify their company, aircraft, and route to make any other aircraft in the vicinity aware of their position.

11

3.7D Daily Air Tour Allocations: This ATMP includes restrictions on the number of air tours that may be conducted each day on the route authorized over Point Reyes National Seashore (Red Route). On Standard Days, one commercial air tour may be conducted per day. Up to five Flex Days are permitted per year on which two commercial air tours may be conducted per day. These restrictions are also identified in the Table 1 included in Appendix A.

3.7E Hovering: Aircraft hovering in place is prohibited.

3.7F Non-transferability of Allocations: Annual operations under this ATMP are non-transferable. An allocation of annual operations may be assumed by a successor purchaser that acquires an entity holding allocations under this ATMP in its entirety. In such case, the prospective purchaser shall notify the FAA and NPS of its intention to purchase the operator at the earliest possible opportunity to avoid any potential interruption in the authority to conduct commercial air tours under this ATMP. This notification must include a certification that the prospective purchaser has read and will comply with the terms and conditions in the ATMP. The FAA will consult with the NPS before issuing new or modified operations specifications (OpSpecs)or taking other formal steps to memorialize the change in ownership.

3.8 Quiet Technology Incentives

This ATMP incentivizes the use of quiet technology aircraft by commercial air tour operators. Operators that have converted to quiet technology aircraft, or are considering converting to quiet technology aircraft, may request to be allowed to conduct air tours of Golden Gate National Recreation Area and San Francisco Maritime National Historical Park beginning one hour after sunrise, as defined by NOAA, on all days that flights are authorized,[3] and the operator with allocations for Point Reyes National Seashore may request to conduct tours of Point Reyes National Seashore beginning at 11:00 AM on all days that flights are authorized. Because aviation technology continues to evolve and advance and the FAA updates its noise certification standards periodically, the aircraft eligible for this incentive will be analyzed on a case-by-case basis at the time of the operator's request to be considered for this incentive. The NPS will periodically monitor conditions of the Parks and coordinate with the FAA to assess the effectiveness of this incentive. If implementation of this incentive results in unanticipated effects on the Parks' resources or visitor experience, further agency action may be required to ensure the protection of the Parks' resources and visitor experience.

**4.0 COMPLIANCE**

On the effective date of this ATMP, all commercial air tours within the ATMP boundary must comply with the terms of this ATMP in all respects, except as provided in Section 4.1 below. The NPS and the FAA are both responsible for the monitoring and oversight of the ATMP. If the NPS identifies instances of non-compliance, the NPS will report

---

[3] Sunrise data are available from the NOAA Solar Calculator, https://www.esrl.noaa.gov/gmd/grad/solcalc/

12

such findings to the FAA's FSDO with geographic oversight of the Parks. The public may also report allegations of non-compliance with this ATMP to the FSDO. The FSDO will investigate and respond to all written reports consistent with applicable FAA guidance.

Investigative determination of non-compliance may result in partial or total loss of authorization to conduct commercial air tours authorized by this ATMP. Any violation of OpSpecs shall be treated in accordance with FAA Order 2150.3, *FAA Compliance and Enforcement Program*.

## 4.1 Aircraft Monitoring Technology

Operators are required to equip all aircraft used for air tours with flight monitoring technology, to use flight monitoring technology during all air tours under this ATMP, and to report flight monitoring data as an attachment to the operator's semi-annual reports. The required flight monitoring data shall be provided in a file format approved by the agencies, such as a .csv or .xlsx format. Data must include the following information for each row of data (i.e., each ping):

- Unique flight identifier
- Latitude
- Longitude
- Geometric altitude
- Tail number
- Date
- Time stamp
- Operator and Doing Business As (DBA), if different
- Aircraft type
- Aircraft model

The ping rate should be set to a maximum of 15 seconds. Operators already using aircraft equipped with flight monitoring technology shall ensure it meets the performance standards listed above or acquire and install acceptable flight monitoring technology within 180 days of the effective date of this ATMP. For aircraft not already equipped with flight monitoring technology, within 180 days of the effective date of this ATMP, operators shall equip those aircraft with suitable flight monitoring technology.

## 5.0 JUSTIFICATION FOR MEASURES TAKEN

The provisions and conditions in this ATMP are designed to protect the Parks' resources and visitor experience from the effects of commercial air tours, and support NPS management objectives for the Parks.

Under the Act, the FAA was required to grant Interim Operating Authority (IOA) for commercial air tours over the Parks or outside the Parks but within ½ mile of their boundaries. IOA does not provide any operating conditions (e.g., routes, altitudes, time of day, etc.) for air tours other than an annual limit.

13

The total number of air tours authorized under this ATMP is consistent with the existing air tours reported over the Parks. It is based on the 3-year average of the total air tours reported in 2017, 2018 and 2019. The annual flight limits in this ATMP are intended to protect visitor experience and wildlife throughout the Parks, tribal use of the Parks, and Phillip Burton Wilderness in Point Reyes National Seashore by limiting the number of potential disturbances caused by commercial air tours. The ATMP does not authorize any air tours over Muir Woods National Monument which maintains the current level of air tour activity (zero tours per year) based on operator reporting, and preserves the park's natural soundscapes.

The condition that commercial air tours fly at least 1,000 ft. laterally and 1,500 ft vertically from Alcatraz Island and 1,000 ft. vertically and laterally of other areas within Golden Gate National Recreation Area and San Francisco Maritime National Historical Park is intended to protect nesting seabird colonies, peregrine falcon nests, or marine mammal haul outs. Brandt's cormorants (*Phalacrocorax penicillatus*) and common murres (*Uria aalge*) are colonial nesting seabirds that are known to be sensitive to visual and noise disturbance and are protected under the Migratory Bird Treaty Act. Disturbance from overflights can cause agitation or flushing, and even lead to nest failures. Studies of aircraft disturbance to both Brandt's cormorants and common murres support a 1,000 ft. AGL buffer to prevent flushing, with greater distance to prevent all forms of disturbance.[4,5,6,7]

Furthermore, Alcatraz Island is a regionally significant site for an estimated 10,000 nesting seabirds and waterbirds, as well as a pair of peregrine falcons. Because of its standing as one of the most sensitive wildlife locations in the Golden Gate National Recreation Area, the agencies established a minimum altitude of 1,500 ft. AGL around Alcatraz to further minimize disturbance to the sensitive waterbird nesting colonies. Minimizing the potential for aircraft disturbances by maintaining 1,500 ft. AGL over Alcatraz and a 1,000 ft. lateral avoidance of the island will increase the likelihood of successful breeding and retention of these waterbird colonies for future conservation.

Harbor seals (*Phoca vitulina*) have a significant haul out and pupping area in Bonita Cove, just adjacent to Point Bonita. Harbor seals are sensitive to visual and noise disturbance and are protected under the Marine Mammal Protection Act. Disturbance at

[4] Fuller, A. R., McChesney, G.J. & R.T. Golightly. (2007). Aircraft Disturbance to Common Murres (Uria aalge) at a Breeding Colony in Central California, USA. Waterbirds, 41(3):257-267.

[5] Capitolo, P.J., McChesney, G.J., Carter, H.R., Parker, M.W., Eigner, L.E. & Golightly, R.T. (2014). Changes in breeding population sizes of Brandt's Cormorants Phalacrocorax penicillatus in the Gulf of the Farallones, California, 1979–2006. Marine Ornithology 42: 35–48.

[6] Rojek, N.A., Parker, M.W., Carter, H.R. & McChesney, G.J. (2007). Aircraft and vessel disturbances to Common Murres Uria aalge at breeding colonies in central California, 1997–1999. Marine Ornithology 35: 67–75.

[7] Fuller, A. R., G.J. McChesney, and R.T. Golightly. (2018). Aircraft disturbance to Common Murres (Uria aalge) at a breeding colony in central California, USA. Waterbirds 41:257-267.

haul out sites causes seals to flush into the water, expending extra energy. NOAA set a minimum altitude of 1,000 ft. AGL by regulation for aircraft flying over haul out sites in the Greater Farallones National Marine Sanctuary in order to prevent disturbances to harbor seals.[8] Though the ATMP does not depict the location of marine mammal haul outs, due to the sensitivity of these resources, the designated routes and minimum altitudes in ATMP require operators to maintain minimum altitude of 1,500 ft. AGL when commercial air tours fly over or near these areas. This minimum altitude was set because it will provide greater protection for this sensitive species.

The condition that in certain locations the commercial air tours fly no lower than 1,500 ft. AGL over Point Reyes National Seashore and those areas of Golden Gate National Recreation Area that contain northern spotted owl habitat is consistent with avoidance recommendations for northern spotted owls. Noise from a fixed-wing aircraft at 1,500 ft. AGL (DHC- 2 Beaver floatplane, 70 decibels (dB) $L_{max}$) is below the sound-only injury threshold of 92 dB for northern spotted owls.[9]

Minimum altitudes required over land-based wilderness in Point Reyes National Seashore will improve preservation of wilderness character and visitor experiences on the ground by reducing the intensity of air tour noise to visitors on the ground. Additionally, these minimum altitudes are also more consistent with the guidance provided by FAA Advisory Circular 91-36D, Visual Flight Rules (VFR) Flight Near Noise-Sensitive Areas.

The vertical and lateral avoidance of the Core Ranch Area B and other Core Ranch Areas at Point Reyes National Seashore are intended to limit sound impacts and minimize disturbances to permitted dairy ranch operations and associated residential uses in the Point Reyes Peninsula Dairy Ranches Historic District.

Sunrise and sunset are important times of the day for wildlife and visitor use and experience. Biologically important behaviors for many species occur during this time, such as the dawn chorus for songbirds, foraging, and communication. Wildlife viewing is often conducted during this time of day as well. Day/time restrictions have been included in this ATMP to create quiet periods of the day during which noise from commercial air tours would not impede these critical wildlife behaviors. These restrictions also allow for opportunities for visitors to enjoy natural sounds at all of these parks and align with park management objectives for wilderness areas in Point Reyes National Seashore. Restrictions for particular events are intended to prevent noise interruptions of NPS events or tribal practices.

The condition that operators report bird strikes is included since the Parks protect a high diversity of migratory birds along the Pacific Flyway, including both native resident and migratory species. While the agencies are not aware of migratory bird strike issues associated with air tours over the Parks, if reporting indicates that air tour bird strikes are

---

[8] 15 CFR § 922.82(a)(11).
[9] Estimating the Effects of Auditory and Visual Disturbance to Northern Spotted Owls and Marbled Murrelets in Northwestern California, Arcata Fish and Wildlife Office, Arcata, CA, July 26, 2006, and Revised Northern Spotted Owl and Marbled Murrelet Disturbance Disruption Tables, August 9, 2012.

an issue, the agencies will work to remedy this problem with the operators through measures that could involve adjusting air tour routes and hours of operation, temporary no fly periods, or utilizing new technologies.

Operator training and education will provide opportunities to enhance the interpretive narrative for air tour clients and increase understanding of parks by air tour companies and their clients. The annual meeting will facilitate effective implementation of the ATMP because it will be used to review and discuss implementation of this ATMP between Park staff, local FAA FSDO, and all operators. It will thus serve to ensure that air tour operators remain informed regarding the terms and conditions of this ATMP, including any adaptive management measures or amendments, and are made aware of new or reoccurring concerns regarding the Parks' resources.

The condition that commercial air tours may not hover in place is intended to minimize disturbances to noise sensitive wildlife and visitor experience.

The requirements to equip aircraft with flight monitoring technology, to use flight monitoring technology during all air tours under this ATMP, and to report flight monitoring data as an attachment to the operator's semi-annual reports are necessary to enable the agencies to appropriately monitor operations and ensure compliance with this ATMP.

## 6.0 NEW ENTRANTS

For the purposes of this ATMP, a "new entrant" is a commercial air tour operator that has not been granted any operations under this ATMP or that no longer holds operations under this ATMP at the time of the application. New entrants must apply for and be granted operating authority before conducting commercial air tours over the lands and waters covered by this ATMP.

The FAA and the NPS will publish additional information for interested parties about the form and required content of a new entrant application. The FAA and the NPS will jointly consider new entrant applications and determine whether to approve such applications. Review of applications submitted prior to the effective date of this ATMP will commence within six months of the effective date. Applications submitted after that time will be considered no less frequently than every three years from the effective date of this ATMP.

If any new entrant is granted operating authority under this ATMP, the FAA will issue OpSpecs (and, if necessary, will revise OpSpecs of operators whose allocation of operating authority changes due to accommodation of a new entrant) within 90 days of the publication of an amended ATMP or of the effective date of ATMP changes implemented through the adaptive management process.

## 7.0 COMPETITIVE BIDDING

When appropriate, the FAA and the NPS will conduct a competitive bidding process pursuant to the criteria set forth in 49 U.S.C. § 40128(a)(2)(B) and other criteria

16

developed by the agencies. Competitive bidding may be appropriate to address: a new entrant application; a request by an existing operator for additional operating authority; consideration by the agencies of park-specific resources, impacts, or safety concerns; or for other reasons.

The agencies will request information necessary for them to undertake the competitive bidding process from operators. Operators who do not provide information in a timely manner may be disqualified from further consideration in the competitive bidding process.

Competitive bidding may necessitate an amendment to this ATMP, additional environmental review, and/or the issuance of new or revised OpSpecs. If updated OpSpecs are required, they will be issued within 90 days.

## 8.0 ADAPTIVE MANAGEMENT

Adaptive management allows for minor modifications to this ATMP without a formal ATMP amendment if the impacts of such changes are within the impacts already analyzed by the agencies under the National Environmental Policy Act, the National Historic Preservation Act, the Coastal Zone Management Act, and the Endangered Species Act. Adjustments to the number of commercial air tours allocated to individual operators as a result of the competitive bidding process and minor changes to routes, altitudes, or other operating parameters are examples of adaptive management measures that may not require a formal ATMP Amendment. Such modifications may be made if: 1) the NPS determines that they are necessary to avoid adverse impacts to park resources, values, or visitor experiences; 2) the FAA determines the need for such changes due to safety concerns; or 3) the agencies determine that appropriate, minor changes to this ATMP are necessary to address new information (including information received through tribal input and/or consultation) or changed circumstances.

## 9.0 AMENDMENT

This ATMP may be amended at any time: if the NPS, by notification to the FAA and the operators, determines that the ATMP is not adequately protecting park resources and/or visitor enjoyment; if the FAA, by notification to the NPS and the operators, determines that the ATMP is adversely affecting aviation safety and/or the national aviation system; or, if the agencies determine that appropriate changes to this ATMP are necessary to address new information or changed circumstances that cannot be addressed through adaptive management.

The FAA and the NPS will jointly consider requests to amend this ATMP from interested parties. Requests must be made in writing and submitted to both the FAA and the NPS. Requests must also include justification that includes information regarding how the requested amendment: is consistent with the objectives of this ATMP with respect to protecting park resources, or visitor use and enjoyment; and would not adversely affect aviation safety or the national aviation system. The FAA and the NPS will publish

17

USCA Case #23-1067     Document #1994640     Filed: 04/13/2023     Page 46 of 56

additional information for interested parties about the form and manner for submitting a request.

Increases to the total number of air tours authorized per year under this ATMP resulting from accommodation of a new entrant application or a request by an existing operator will require an amendment to this ATMP and additional environmental review.  Notice of all amendments to this ATMP will be published in the Federal Register for notice and comment.

## 10.0 CONFORMANCE OF OPERATIONS SPECIFICATIONS

New OpSpecs that incorporate the operating parameters set forth in this ATMP will be issued within 90 days of the date of signature on this ATMP.

18

USCA Case #23-1067    Document #1994640    Filed: 04/13/2023    Page 47 of 56

# APPENDIX A

## 1.0 COMMERCIAL AIR TOUR ALLOCATIONS

Table 1 provides allocations of the annual operations along with authorized aircraft type by operator.  IOA previously issued for the Parks terminates on the effective date of this ATMP.

**Table 1.** Air Tour Operations and Aircraft Type by Operator

| Air Tour Operator | Annual Operations | Daily Operations | Aircraft Type |
|---|---|---|---|
| San Francisco Helicopters, LLC | For routes that fly over Golden Gate National Recreation Area and San Francisco Maritime National Historical Park: 1,280 | No set limit | BHT-407-407, BHT-427-427 |
| San Francisco Seaplane Tours, Inc. | For routes that fly over Golden Gate National Recreation Area and San Francisco Maritime National Historical Park: 1,125<br><br>For the route that flies over Golden Gate National Recreation Area, San Francisco Maritime National Historical Park, and Point Reyes National Seashore: 143 | Golden Gate National Recreation Area and San Francisco Maritime National Historical Park: No set limit<br><br>Point Reyes National Seashore: 1 tour per day on Standard Days, with 5 Flex Days per year on which 2 tours per day may be conducted. | DHC-2-MKI |

20

## 2.0 DAY/TIME RESTRICTIONS

Table 2 lists the time-of-day and day-of-week operating parameters.

**Table 2.** Air Tour Time-of-Day and Day-of-Week Restrictions by Operator

| Air Tour Operator | Time-of-Day | Day-of-Week |
|---|---|---|
| San Francisco Helicopters, LLC | Golden Gate National Recreation Area and San Francisco Maritime National Historical Park: Tours may operate from 9:00 AM until 30 minutes after sunset. | The NPS can establish temporary no-fly periods that applies to air tours for special events or planned park management. |
| San Francisco Seaplane Tours, Inc. | Golden Gate National Recreation Area and San Francisco Maritime National Historical Park: Tours may operate from 9:00 AM until 30 minutes after sunset.<br><br>Point Reyes National Seashore: 12:00 PM to 5:00 PM | The NPS can establish temporary no-fly periods that applies to air tours for special events or planned park management. |

21

**APPENDIX B**

Enlarged Figure 1

USCA Case #23-1067     Document #1994640     Filed: 04/13/2023     Page 50 of 56

Filed: 04/13/2023

Document ID: 1637640

USCA Case #23-1067



Kenneth C Patrick
Visitor Center

Philip Burton
Wilderness

Bear Valley
Visitor Center

Inverness Ridge
(elevation 1,180')

Bolinas Ridge
(elevation 2,070')

Lighthouse
Visitor Center

Muir Woods
Visitor Center

Marin Headlands
Visitor Center

Alcatraz Island

San Francisco
Maritime Visitor Center

Golden Gate
Bridge Pavillion

Land's End
Lookout Visitor Center

Presidio Visitor Center

Golden Gate
NRA Headquarters

Alcatraz
Island

San Francisco
Maritime National
Historical Park

Document Name: GOGA-MUWO-SAFR-PORE-ATMP-Figure1v5
Date Saved: 10/4/22 11:52:27 AM

Note: The Commodore Center heliport and seaplane
base is outside of the ATMP boundary.

Airport

Heliport and Seaplane Base

Visitor Center

State Park

Wilderness Area

San Francisco Maritime Park Unit Boundary

Muir Woods Park Unit Boundary

Point Reyes Park Unit Boundary

Golden Gate Park Unit Boundary

1/2 Mile Park Unit Boundary Buffer

N

0        5        10
Miles

0        0.75        1.5
Miles

**APPENDIX C**

Enlarged Figures 2-5

USCA Case #23-1067    Document #1994640    Filed: 04/13/2023    Page 52 of 56

**Notes:**
1. Dashed lines represent the portion of the route outside of the 1/2 mile Park Unit Boundary Buffer.
2. Arrows on routes indicate direction of flight.
3. The San Francisco Seaplane Tours, Inc. routes will be flown according to the Flight Procedures. See Figure 3 for S.F. Helicopters route information. See Figures 4 and 5 for San Francisco Seaplane Tours, Inc. route information at Golden Gate, San Francisco Maritime, and Point Reyes.
4. The Commodore Center heliport and seaplane base is outside of the ATMP boundary.

Document Name: GOGA-MUWO-SAFR-PORE-ATMP-Figure2v6
Date Saved: 10/4/22 11:58:46 AM

Map labels:
- Kenneth C Patrick Visitor Center
- Bear Valley Visitor Center
- Ranch Core Area B
- Philip Burton Wilderness
- Inverness Ridge (elevation 1,180')
- Bolinas Ridge (elevation 2,070')
- Muir Woods Visitor Center
- NCT
- Lighthouse Visitor Center
- Mount Tamalpais State Park
- Commodore Center
- Angel Island State Park
- Double Point
- BAT
- Duxbury Reef
- GGT
- Alcatraz Island
- Marin Headlands Visitor Center
- Golden Gate Bridge Pavillion
- San Francisco Maritime Visitor Center
- Land's End Lookout Visitor Center
- Golden Gate NRA Headquarters
- Presidio Visitor Center
- S.F. Helicopters

Legend:
- Heliport and Seaplane Base
- Airport
- Visitor Center
- Ranch Core Areas
- State Park
- Wilderness Area
- BAT - San Francisco Seaplane Tours, Inc.
- GGT - San Francisco Seaplane Tours, Inc.
- NCT - San Francisco Seaplane Tours, Inc.
- S.F. Helicopters (See seperate map for routes altitudes)
- San Francisco Maritime Park Unit Boundary
- Muir Woods Park Unit Boundary
- Point Reyes Park Unit Boundary
- Golden Gate Park Unit Boundary
- 1/2 Mile Park Unit Boundary Buffer

| Flight Procedure Notes for San Francisco Seaplane Tours, Inc. Routes | |
|---|---|
| 1 | Minimum 2500 ft. AGL at entrance to ATMP boundary. |
| 2 | Begin descent to 1500 ft. AGL. |
| 3 | Minimum 2500 ft. AGL at entrance to ATMP boundary. |
| 4 | Maintain 2500 ft. AGL over Bolinas Ridge and Inverness Ridge. |
| 5 | Begin descent to 1500 ft. AGL. |
| 6 | Enter Point Reyes ATMP boundary at 1500 ft. AGL. Laterally avoid Ranch Core Area B by 1,000 ft. to the north. |
| 7 | Exit Point Reyes ATMP Boundary at 1500 ft. AGL. |
| 8 | No Air tours within ATMP boundary (3/4 mile offshore). |
| 9 | Maintain 3/4 mile offshore from Double Point and 1,500 ft. AGL when along the ATMP boundary near Double Point. |
| 10 | Maintain 1/2 mile offshore and 1,500 ft. AGL when near Duxbury Reef. |
| 11 | For all routes, seaplane maintains 1,500 ft. AGL within Golden Gate until outside ATMP boundary, except that 1,000 ft. AGL is permitted within the ATMP boundary around Angel Island State Park. |

0  2.5  5  Miles

N

Filed 04/11/2023
USCA11 Document 16 994640



V1 S-S Route
0 1 2 Miles

V1 S-C Route
0 1 2 Miles

VG1 S-S Route
0 1.5 3 Miles

VG1 S-C Route
0 1.5 3 Miles

N

V2 C-C Route
0 1.5 3 Miles

V2 C-S Route
0 1.5 3 Miles

VG2 C-C Route
0 1.5 3 Miles

VG2 C-S Route
0 1.5 3 Miles

Heliport and Seaplane Base — S.F. Helicopters
Airport — 1/2 Mile Park Unit Boundary Buffer
Visitor Center — San Francisco Maritime Park Unit Boundary
Alcatraz Island — Muir Woods Park Unit Boundary
State Park — Point Reyes Park Unit Boundary

Notes:
1. Dashed lines represent the portion of the route outside of the 1/2 mile Park Unit Boundary Buffer.
2. Arrows on routes indicate direction of flight.
3. The routes will be flown at a minimum 1,000 ft. AGL within Golden Gate and San Francisco Maritime, except that a minimum 1,500 ft. AGL is required within the ATMP boundary around Alcatraz Island, and a minimum 1,500 ft. AGL while flying over park lands in Marin County.
4. All commercial tours maintain at least 1,000 ft. lateral avoidance of Alcatraz Island and 1,500 ft. AGL.
5. The Commodore Center heliport and seaplane base is outside of the ATMP boundary.

Date Saved: 10/4/22 12:08:59 PM
Document Name: GOGA-MUWO-SAFR-PORE-ATMP-Figure3v7



Filed: 04/13/2023    Page 55 of 56

Document #1994640

USCA Case #23-1067

Filed: 04/13/2023

Document #1994640

USCA Case #23-1067

Notes:
1. Dashed lines represent the portion of the route outside of the 1/2 mile Park Unit Boundary Buffer.
2. Arrows on routes indicate direction of flight.
3. The routes will be flown at a minimum AGL of 1,500 ft. for seaplanes over Golden Gate, San Francisco Maritime, and State park lands.

Document Name: GOGA-MUWO-SAFR-PORE-ATMP-Figure5v4
Date Saved: 2022-09-27 1:14:18 PM

Kenneth C Patrick Visitor Center

Bear Valley Visitor Center

Ranch Core Area B

Phillip Burton Wilderness

Pacific Ocean

Inverness Ridge (elevation 1,180')

Bolinas Ridge (elevation 2,070')

Lighthouse Visitor Center

Double Point

NCT

Duxbury Reef

BAT

**Legend**

- Heliport and Seaplane Base
- Visitor Center
- Ranch Core Areas
- State Park
- Wilderness
- NCT - San Francisco Seaplane Tours, Inc.
- BAT - San Francisco Seaplane Tours, Inc.
- Point Reyes Park Unit Boundary
- Golden Gate Park Unit Boundary
- 1/2 Mile Park Unit Boundary Buffer

N

**Flight Procedure Notes for San Francisco Seaplane Tours, Inc. Routes**

| # | Note |
|---|---|
| 1 | Minimum 2500 ft. AGL at entrance to ATMP boundary. |
| 2 | Begin descent to 1500 ft. AGL. |
| 3 | Minimum 2500 ft. AGL at entrance to ATMP boundary. |
| 4 | Maintain 2500 ft. AGL over Bolinas Ridge and Inverness Ridge. |
| 5 | Begin descent to 1500 ft. AGL. |
| 6 | Enter Point Reyes ATMP boundary at 1500 ft. AGL. Laterally avoid Ranch Core Area B by 1,000 ft. to the north. |
| 7 | Exit Point Reyes ATMP Boundary at 1500 ft. AGL. |
| 8 | No Air tours within ATMP boundary (3/4 mile offshore). |
| 9 | Maintain 3/4 mile offshore from Double Point and 1,500 ft. AGL when along the ATMP boundary near Double Point. |
| 10 | Maintain 1/2 mile offshore and 1,500 ft. AGL when near Duxbury Reef. |

0 1 2 3 4 5 Miles