# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 23-1067    2. DATE DOCKETED: Mar. 13, 2023
3. CASE NAME (lead parties only) Marin Audubon Society et al. v. U.S. Dep't of Transportation et al.
4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: Federal Aviation Administration and Nat'l Park Serv.
   b. Give agency docket or order number(s): unnumbered Record of Decision re SF Air Tour Mgmt Plan
   c. Give date(s) of order(s): Jan. 10, 2023
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled?    By whom?
      Has the agency acted? ☐ Yes ☐ No  If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioners are directly impacted by the approval of the SF Air Tour Management Plan and they filed comments opposing it in the docket. See standing statement and declarations, filed herewith.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No  If YES, identify case name(s), docket number(s), and court(s)
      In Re Public Emp. for Env. Responsibility, (Writ of Mandamus) No. 19-1044 USCA DC Circuit
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes ☒ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:

7. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No  If YES, provide program name and participation dates.

Signature [signed]    Date Apr. 13, 2023
Name of Counsel for Appellant/Petitioner Peter T. Jenkins and Paula Dinerstein
Address Public Employees for Env. Responsibility, 960 Wayne Ave., # 610, Silver Spring, MD 20910
E-Mail pjenkins@peer.org, pdinerstein@peer.org  Phone ( 202 ) 265-4189  Fax (    ) -

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)