# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 23-1067                                                           September Term, 2022

FAA-01/10/23 ROD

Filed On: April 13, 2023

Marin Audubon Society, et al.,

       Petitioners

   v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

       Respondents

## STANDING STATEMENT

Pursuant to Circuit Rule 15(C)(2), Petitioners submit this brief statement of their standing to accompany their Docketing Statement. Each of the Petitioners, the Marin Audubon Society, Watershed Alliance of Marin, Public Employees for Environmental Responsibility (PEER), and Laura Chariton, are directly impacted by the approval of the San Francisco area Air Tour Management Plan, dated January 10, 2023, by the Federal Aviation Administration and the National Park Service. Each Petitioner (except PEER) filed comments opposing that proposed Plan into the official docket for it. They frequent the impacted National Park units and their enjoyment is diminished by the overflights the Respondents permitted. Their standing showings are set forth

in the attached Declarations of Barbara Salzman (Marin Audubon Society), Nik Bertulis (Watershed Alliance of Marin), Timothy Whitehouse (PEER), and Laura Chariton.

DATED this 13th day of April, 2023.

Peter T. Jenkins
D.C. Bar No. 477229
pienkins@peer.org
Paula Dinerstein
D.C. Bar No. 333971
pdinerstein@peer.org
(tel.) 202.265.4189

Attachments