## STANDING DECLARATION OF WATERSHED ALLIANCE OF MARIN

I, Nik Bertulis, declare the following, pursuant to 28 U.S.C. 1746, based on my personal knowledge and to which I am competent to testify:

1. I reside in Bolinas, CA, and I am a member of and on the Steering Committee of Watershed Alliance of Marin. I earned a Bachelor of Arts degree in Ecological Design from Colorado College. I was a Professor at Merritt College, teaching Environmental Services for five years. For the past ten years, I have been a consultant on green infrastructure. I specialize in ecological sanitation, integrated water systems, regenerative design, natural building, green building, graywater recycling and permaculture, restoration of degraded land, and permaculture education.

2. Watershed Alliance of Marin is a 501(c)(3) nonprofit, tax-exempt corporation headquartered in Mill Valley, California. The Alliance's purposes include protecting the streams, watersheds, and wildlife of Marin County.

3. I often visit Point Reyes National Seashore. While in this green space, I enjoy hiking, birdwatching, kayaking, and observing the natural systems and wildlife. I visit approximately twice a week, and I plan to continue doing so.

4. Overflights threaten our national, iconic lands. From my own experience, I know that overflights cause loud noise and disturb the quiet. I come to these spaces for peace and quiet. We are personally harmed by overflights and cannot enjoy these areas like we used to.

5. Additionally, we have observed how overflights impact wildlife. We have seen songbirds rely on quiet to make alarm calls when there's a predator present, such as a hawk or an eagle. Their ability to warn others is impaired by the loud noise of the overflights.

6. My colleague, Laura Chariton, who also is a member of Watershed Alliance of Marin, commented the following, in sum and substance, into the docket on behalf of the Alliance: "I go to all of our parks to get away from the every day and night noise and light pollution that is increasing everywhere. I do not want to hear tour airplanes of any sort when I am at a park. These are our refuges, they are not air tourist sites...I assume someone is making money with these tours. That should not be allowed either. These parks belong to the people and should absolutely not be open for financial exploitation."

7. The Alliance's opportunity to fully comment on the environmental impacts of the proposal was harmed by the failure of NPS and FAA to circulate a draft Environmental Assessment (EA) or Environmental Impact Statement (EIS) for me to comment on. In other words, the agencies' reliance on a Categorical Exclusion under the National Environmental Policy Act (NEPA) harmed us by denying us a voice in a major regulatory change.

8. The final Air Tour Management Plan (ATMP) continues to harm the Alliance. The number of flights allowed combined with the failure to impose an adequate altitude requirement above which planes can fly disturbs the peace and quiet of these areas.

9. We plan to return to these sites, and we will suffer future harm unless the injuries we've experienced are corrected. The impacts overflights have on green spaces detract from their therapeutic benefit. People from urban areas come to these public treasures for meditation and contemplation, and the loud noises caused by overflights reduce their quality of recreation.

10. Compelling the agencies to do full NEPA compliance will allow me to comment on a future EA or EIS and will likely result in reduced environmental impacts, such as tighter restrictions on the plane and helicopter flights after more careful analysis. Further, a ruling reversing the ATMP should result in fewer overflights, which will reduce the harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Bolinas, California, on April 12, 2023.
Executed at Bolinas, California, on April 12, 2023.

_____ April 12, 2023
Nik Bertulis