# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

No. 23-1067　　　　　　　　　　　　　　　　September Term, 2022

FAA-01/10/23 ROD

Filed On: April 13, 2023

Marin Audubon Society, et al.,

　　　　Petitioners

　v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

　　　　Respondents

## STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Pursuant to FRAP 30(c) and Circuit Rule 30(c), Petitioners intend to utilize a deferred joint appendix. Undersigned counsel conferred with Justin D. Heminger, counsel for the Respondents, who consented by email on April 11, 2023.

DATED this 13th day of April, 2023.

_____

                    Peter T. Jenkins
                    D.C. Bar No. 477229
                    pjenkins@peer.org
                    Paula Dinerstein
                    D.C. Bar No. 333971
                    pdinerstein@peer.org
                    (tel.) 202.265.4189
                    Public Employees for Environmental
                    Responsibility 962 Wayne Ave., Suite 610
                    Silver Spring, MD 20910