# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1067**                                                      **September Term, 2022**

**FAA-01/10/23 ROD**

**Filed On: April 13, 2023**

Marin Audubon Society, et al.,

       Petitioners

    v.

Federal Aviation Administration, U.S.
Department of Transportation and National
Park Service, U.S. Department of the
Interior,

       Respondents

## STATEMENT OF ISSUES TO BE RAISED

Per the Clerk's Order of March 15, 2023, Petitioners state the issues to be raised, while reserving the right to raise additional issues that the Record may reveal:

**Background:** The Respondents Federal Aviation Administration (FAA) and National Park Service (NPS) issued a Record of Decision, dated January 10, 2023, approving the first-ever Air Tour Management Plan for the Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore (hereinafter, collectively the "SF area ATMP"). That ATMP authorized up to 2,548 airplane and helicopter flights per year in the San Francisco, California, area, which are now ongoing.

The Respondents issued the SF area ATMP based on a Categorical Exclusion under the National Environmental Policy Act (NEPA), 42 U.S.C. § 4321, et seq. The justification for the Categorical Exclusion was that the Defendants were using the three-year average number of air tour flights for 2017-2019 as the baseline, thus they argued that the lack of significant additions to the pre-existing number of flights would result in "no or only minimal" additional impacts from approving the new SF area ATMP.

**Issues:**

1.  By relying on a Categorical Exclusion, did the Respondents violate the National Parks Air Tour Management Act of 2020 (NPATMA, 49 USC § 40128(b)(2)) when that law explicitly requires full NEPA compliance in the form of an Environmental Assessment (EA) or Environmental Impact Statement (EIS) before the Respondents could approve the SF area ATMP?

2.  Did the Respondents' reliance on the Categorical Exclusion for the SF area ATMP violate the NPATMA, NEPA, and the Council on Environmental Quality (CEQ) NEPA-implementing regulations because they utilized past-allowed air tour levels, which had never been previously assessed by FAA or the NPS under NEPA, as their assessment baseline to justify use of the Categorical Exclusion?

3.  Did the Respondents violate NEPA and the CEQ NEPA regulations when they issued the ROD while failing to conduct analysis through the required "hard look" of an EA or EIS and failing to consider any alternatives to their Proposed Action and failing to take public comment on a draft EA or EIS; and when their analysis of the Proposed Action was inadequate on key impacts

2

of noise, human disturbance, and animal disturbance, including impacts to threatened and endangered species protected under the Endangered Species Act, (16 U.S.C. § 1531 *et seq.*) as well as to migratory birds protected under the Migratory Bird Treaty Act (16 U.S.C. §§ 703–712), and to species protected under other laws?

4. Did the Respondents violate NEPA and the CEQ NEPA regulations by failing to determine that "extraordinary circumstances" under 43 CFR § 46.215 applied to disqualify the novel, sweepingly impactful, and highly controversial SF area ATMP from approval under a Categorical Exclusion?

5. Was the Respondents' approval of the SF area ATMP arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, under the Administrative Procedure Act, 5 U.S.C. § 706(2)(a), because it was based on misinterpretations of key provisions of the NPATMA and NEPA; failed to consider important aspects of the evidence in the record; and was unsupported by substantial evidence?

DATED this 13th day of April, 2023.

Peter T. Jenkins
D.C. Bar No. 477229
pienkins@peer.org
Paula Dinerstein
D.C. Bar No. 333971
pdinerstein@peer.org
(tel.) 202.265.4189
Public Employees for Environmental
Responsibility 962 Wayne Ave., Suite 610
Silver Spring, MD 20910