NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-1067

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

MARIN AUDOBON SOCIETY, et al.,
*Petitioners*,

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,
*Respondents*.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE CERTIFIED INDEX**

|  |  |
|---|---|
| Of Counsel: | TODD KIM<br>*Assistant Attorney General* |
| PATRICIA DEEM<br>*Attorney*<br>Office of the Chief Counsel<br>Federal Aviation Administration<br><br>SARA PORSIA<br>*Attorney*<br>Office of the Solicitor<br>U.S. Department of the Interior | JUSTIN D. HEMINGER<br>*Attorney*<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>Post Office Box 7415<br>Washington, D.C. 20044<br>(202) 514-5442<br>justin.heminger@usdoj.gov |

Federal Respondents (the agencies) respectfully request an extension of time to file the certified index to the administrative record. Petitioners do not oppose this request.

The Court's March 15, 2023 Order directed the agencies to file the certified index by May 1, 2023. The agencies are compiling the record, but they need additional time to complete that process. Thus, the agencies request that the Court extend the deadline for filing the certified index to June 5, 2023.

Respectfully submitted,

/s/ *Justin D. Heminger*
TODD KIM
*Assistant Attorney General*

JUSTIN D. HEMINGER
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-5442
justin.heminger@usdoj.gov

Of Counsel:

PATRICIA DEEM
*Attorney*
Office of the Chief Counsel
Federal Aviation Administration

SARA PORSIA
*Attorney*
Office of the Solicitor
U.S. Department of the Interior

April 20, 2023
DJ 90-13-8-16882

1

## CERTIFICATE OF COMPLIANCE

1.     This document complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 77 words.

2.     This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Justin D. Heminger*
JUSTIN D. HEMINGER

*Counsel for Respondents*