# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-1067**　　　　　　　　　　　　　　　**September Term, 2022**

**FAA-01/10/23 ROD**

**Filed On: April 21, 2023** [1995937]

Marin Audubon Society, et al.,

      Petitioners

    v.

Federal Aviation Administration, U.S.
Department of Transportation and National
Park Service, U.S. Department of the
Interior,

      Respondents

## O R D E R

Upon consideration of the unopposed motion for extension of time to file the certified index to the record, it is

**ORDERED** that the motion be granted. The certified index to the record is now due June 5, 2023.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                                BY:    /s/
                                              Catherine J. Lavender
                                              Deputy Clerk