IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARIN AUDUBON SOCIETY, et al., ) <br>     Petitioners ) <br> ) <br> v. ) <br> ) <br> FEDERAL AVIATION ADMINISTRATION, ) <br> U.S. DEPARTMENT OF TRANSPORTATION ) <br> And NATIONAL PARK SERVICE, U.S ) <br> DEPARTMENT OF THE INTERIOR, ) <br>     Respondents ) <br> _____) | Case No. 23-1067 |

**CERTIFIED INDEX OF THE MATERIALS COMPRISING THE ADMINISTRATIVE RECORD FOR THE FEDERAL AVIATION ADMINISTRATION AND THE NATIONAL PARK SERVICE ORDER ISSUED JANUARY 10, 2023**

    I, Sandra Fox, am currently employed as an Environmental Protection Specialist in the Office of Environment and Energy of the Federal Aviation Administration. In this capacity, I am responsible for providing support to the Air Tour Management Plan effort. This support includes coordination and communication with Federal Aviation Administration Flight Standards District Offices and Commercial Air Tour Operators on air tour reporting and issues related to the Air Tour Management Plan effort and providing support for National Park Overflight Advisory Group activities in coordination with the National Park Service. This also includes supporting environmental review and public involvement processes related to the Air Tour Management Plan program. In this role, I was involved in the preparation of the categorical exclusion for the Air Tour Management Plan for Golden Gate National Recreation Area, Muir Woods National Monument, San Francisco Maritime National Historical Park, and Point Reyes National Seashore.

    I hereby certify, pursuant to Fed. R. App. P. 17, that the materials described in the attached categorized list constitute the complete administrative record pertaining to the Federal Aviation Administration's and the National Park Service's January 10, 2023 Record of Decision.

I certify to the best of my knowledge and belief that the foregoing is true and correct.

Executed on May 31, 2023 in Bentonville, Arkansas

SANDRA YI FOX
Digitally signed by SANDRA YI FOX
Date: 2023.05.31 14:18:38 -05'00'

Sandra Fox
Environmental Protection Specialist
Federal Aviation Administration

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 1-01 | AR_0000001 | 1/17/2023 | Final Record of Decision | PDF | Record of Decision |
| 1-02 | AR_0000028 | 1/17/2023 | Final Record of Decision | PDF | Appendix A - Air Tour Management Plan |
| 1-03 | AR_0000057 | 1/17/2023 | Final Record of Decision | PDF | Appendix B - Environmental Screening Form |
| 1-04 | AR_0000139 | 1/17/2023 | Final Record of Decision | PDF | Appendix C - Categorical Exclusion Documentation Form |
| 1-05 | AR_0000158 | 1/17/2023 | Final Record of Decision | PDF | Appendix D - FAA Categorical Exclusion Adoption |
| 1-06 | AR_0000758 | 1/17/2023 | Final Record of Decision | PDF | Appendix E - Section 7 Endangered Species Act No Effect determination and Evaluation of Other Species |
| 1-07 | AR_0000774 | 1/17/2023 | Final Record of Decision | PDF | Appendix F - National Historic Preservation Act Section 106 Compliance Document |
| 1-08 | AR_0000827 | 1/17/2023 | Final Record of Decision | PDF | Appendix G - NPS Statement of Compliance |
| 1-09 | AR_0000859 | 1/17/2023 | Final Record of Decision | PDF | Appendix H - Summary of Public Comments and Comment Analysis |
| 1-10 | AR_0000875 | 1/17/2023 | Final Record of Decision | PDF | Appendix I - Coastal Zone Management Act Compliance Document |
| 1-11 | AR_0000915 | 1/17/2023 | Final Record of Decision | PDF | Compiled final Record of Decision document |
| 1-12 | AR_0001829 | 1/17/2023 | Final Air Tour Management Plan | PDF | Air Tour Management Plan |
| 2-01 | AR_0001857 | 10/15/2021 | Draft ATMP | PDF | Draft ATMP for Public Review |
| 2-02 | AR_0001881 | 10/7/2021 | Document | PDF | ATMP cover sheet signed |
| 2-03 | AR_0001882 | 7/15/2021 | Database | Excel file | Golden Gate Muir Woods San Francisco Maritime Proposed Action Matrix |
| 2-04 | AR_0001883 | 7/15/2021 | Document | PDF | Golden Gate Muir Woods San Francisco Maritime Proposed Action Cover Sheet |
| 2-05 | AR_0001884 | 7/15/2021 | Database | Excel file | Point Reyes Proposed Action Matrix |
| 2-06 | AR_0001885 | 7/16/2021 | Document | PDF | Point Reyes Proposed Action Cover Sheet |
| 2-07 | AR_0001886 | 2/8/2022 | Email | PDF | Email from Oakland FSDO on ATMP |
| 3-01 | AR_0001888 | 2021 | Database | Excel file | GOGA+ Excel Spreadsheet of Historic Properties in Marin County for Area of Potential Effect |

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 3-02 | AR_0001889 | 2021 | Database | Excel file | GOGA+ Excel Spreadsheet of Historic Properties in San Francisco County for Area of Potential Effect v2 |
| 3-03 | AR_0001890 | 2021 | Database | Excel file | GOGA+ Excel Spreadsheet of Historic Properties in San Francisco County for Area of Potential Effect |
| 3-04 | AR_0001891 | 2021 | Database | Excel file | GOGA+ Excel Spreadsheet of Historic Properties in San Mateo County for Area of Potential Effect |
| 3-05 | AR_0001892 | 3/29/2021 | Letter | PDF | ATMP CA SHPO Initiation Consultation Letter |
| 3-06 | AR_0001896 | 4/12/2021 | Letter | PDF | Section 106 Letter FIGR |
| 3-07 | AR_0001898 | 9/17/2021 | Letter | PDF | Section 106 Invitation Letter Mount Tamalpais and Angels Island SP |
| 3-08 | AR_0001900 | 9/17/2021 | Letter | PDF | Section 106 Invitation Letter City of San Francisco |
| 3-09 | AR_0001952 | 9/17/2021 | MAP | PDF | San Francisco Area Parks_APE map |
| 3-09a | AR_0001956 | 9/17/2021 | PDF | Letter | Section 106 Invitation Letter Marin County |
| 3-10 | AR_0001958 | 9/17/2021 | Letter | PDF | Section 106 Invitation Letter SeaPlane Adventures |
| 3-11 | AR_0001960 | 9/17/2021 | Letter | PDF | Section 106 Invitation Letter SF Helicopters |
| 3-12 | AR_0001962 | 10/15/2021 | Letter | PDF | Undertaking APE Letters CA SHPO |
| 3-13 | AR_0001972 | 10/15/2021 | Letter | PDF | Undertaking APE Letters CA State Parks |
| 3-14 | AR_0001982 | 10/15/2021 | Letter | PDF | Undertaking APE Letters CA City of San Francisco |
| 3-15 | AR_0001992 | 10/15/2021 | Letter | PDF | Undertaking APE Letters CA Marin County |
| 3-16 | AR_0002002 | 10/15/2021 | Letter | PDF | Undertaking APE Letters CA SeaPlane Adventures |
| 3-17 | AR_0002012 | 10/15/2021 | Letter | PDF | Undertaking APE Letters CA SF Helicopters |
| 3-18 | AR_0002022 | 10/15/2021 | Letter | PDF | Undertaking APE Letters CA FIGR |
| 3-19 | AR_0002032 | 10/15/2021 | Letter | PDF | Undertaking APE Letters CA NTHP |
| 3-20 | AR_0002042 | 3/15/2022 | Letter | PDF | Historic Property Id Letter CA SHPO |
| 3-21 | AR_0002052 | 3/15/2022 | Letter | PDF | Historic Property Id Letter Mount Tamalpais SP |
| 3-22 | AR_0002062 | 3/15/2022 | Letter | PDF | Historic Property Id Letter City of San Francisco |
| 3-23 | AR_0002072 | 3/15/2022 | Letter | PDF | Historic Property Id Letter Marin County |

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 3-24 | AR_0002082 | 3/15/2022 | Letter | PDF | Historic Property Id Letter SeaPlane Adventures |
| 3-25 | AR_0002092 | 3/15/2022 | Letter | PDF | Historic Property Id Letter SF Helicopters |
| 3-26 | AR_0002102 | 3/15/2022 | Letter | PDF | Historic Property Id Letter FIGR |
| 3-27 | AR_0002112 | 3/15/2022 | Letter | PDF | Historic Property Id Letter National Trust for Historic Preservation |
| 3-28 | AR_0002122 | 3/15/2022 | Letter | PDF | Historic Property Id Letter Angel Island State Park |
| 3-29 | AR_0002132 | 5/19/2022 | Summary | PDF | Consultation Meeting with Federated Indians of Graton Rancheria Meeting Summary FINAL |
| 3-30 | AR_0002135 | 5/27/2022 | Email | PDF | Email from NPS to FIGR |
| 3-31 | AR_0002138 | 7/21/2022 | Email | PDF | Email from Keith Lusk to Buffy McQuillen regarding Government to Government Consultation with Federated Indians of Graton Rancheria |
| 3-32 | AR_0002140 | 8/3/2022 | Email | PDF | Email to FAA from FIGR regarding tribal comments |
| 3-33 | AR_0002142 | 8/4/2022 | Summary | PDF | Email to CA SHPO from Volpe regarding identification of historic properties |
| 3-33a | AR_0002143 | 8/4/2022 | Summary | PDF | Phone Memo: CA SHPO and Volpe regarding tribal consultation and historic property identification |
| 3-34 | AR_0002146 | 8/30/2022 | Letter | PDF | Finding of Effect Letter CA SHPO |
| 3-35 | AR_0002198 | 8/30/2022 | Letter | PDF | Finding of Effect Letter Mount Tamalpais SP |
| 3-36 | AR_0002250 | 8/30/2022 | Letter | PDF | Finding of Effect Letter City of San Francisco |
| 3-37 | AR_0002302 | 8/30/2022 | Letter | PDF | Finding of Effect Letter Marin County |
| 3-38 | AR_0002354 | 8/30/2022 | Letter | PDF | Finding of Effect Letter SeaPlane Adventures |
| 3-39 | AR_0002406 | 8/30/2022 | Letter | PDF | Finding of Effect Letter SF Helicopters |
| 3-40 | AR_0002458 | 8/30/2022 | Letter | PDF | Finding of Effect Letter FIGR |
| 3-41 | AR_0002510 | 8/30/2022 | Letter | PDF | Finding of Effect Letter National Trust for Historic Preservation |
| 3-42 | AR_0002562 | 8/30/2022 | Letter | PDF | Finding of Effect Letter Angel Island State Park |
| 3-43 | AR_0002614 | 9/22/2022 | Email | PDF | Email to CA SHPO regarding Section 106 Continuing Consultation |

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 3-44 | AR_0002615 | No Date | Database | PDF | GOGA+ Updated Historic Properties List |
| 3-45 | AR_0002626 | No Date | Shapefile | PDF | ATMP NR Sites ArcGIS data files |
| 4-01 | AR_0002627 | 8/15/2022 | Letter | PDF | CZMA BCDC Letter final-signed |
| 4-02 | AR_0002637 | 8/15/2022 | Letter | PDF | CZMA CCC letter final-signed |
| 4-03 | AR_0002647 | 8/16/2022 | Email | PDF | Email submission BCDC Letter final-signed |
| 4-04 | AR_0002648 | 8/25/2022 | Email | PDF | Email from BCDC to NPS with POC information |
| 4-05 | AR_0002650 | 8/26/2022 | Email | PDF | Email between NPS and BCDC on ATMP |
| 4-06 | AR_0002655 | 8/30/2022 | Letter | PDF | BCDC consistency determination letter 14 day letter |
| 4-06a | AR_0002660 | 8/30/2022 | Letter | PDF | BCDC letter re: Permit Application No. C2022.007.00 |
| 4-06a | AR_0002662 | 8/30/2022 | Letter | PDF | Richardson Bay Environmental Protection Association Letter re: Toxic Lead Pollution |
| 4-07 | AR_0002665 | 8/30/2022 | Email | PDF | Email from BCDC to NPS on permit application |
|  | AR_0002666 |  |  |  |  |
|  | AR_0002671 |  |  |  | Steve Fein to Willis 7:12:22 |
| 4-08 | AR_0002674 | 9/26/2022 | Email | PDF | Email from CCC to NPS acknowledging grant of extension of time |
| 4-09 | AR_0002678 | 9/26/2022 | Email | PDF | Internal email from NPS to CCC |
| 4-10 | AR_0002685 | 9/29/2022 | Letter | PDF | Response to BCDC consistency determination letter |
| 4-10a | AR_0002695 | 9/29/2022 | Attachment | PDF | BCDC consistency determination letter second response Attachment A - Court Orders and Joint Supplemental Report |
| 4-10b | AR_0002723 | 9/29/2022 | Attachment | PDF | BCDC consistency determination letter second response Attachment B - Draft No Effect Determination Memorandum |
| 4-10c | AR_0002739 | 9/29/2022 | Attachment | PDF | BCDC consistency determination letter second response Attachment C - Finding of No Adverse Effect |
| 4-10d | AR_0002792 | 9/29/2022 | Attachment | PDF | BCDC consistency determination letter second response Attachment D - Draft Environmental Screening Form for San Francisco Maritime National Historical Park |

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 4-10e | AR_0002813 | 9/29/2022 | Attachment | PDF | BCDC consistency determination letter second response Attachment E - Draft Environmental Screening Form Golden Gate National Recreation Area |
| 4-10f | AR_0002837 | 9/29/2022 | Attachment | PDF | BCDC consistency determination letter second response Attachment F - Draft Categorical Exclusion Documentation Form |
| 4-10g | AR_0002856 | 9/29/2022 | Attachment | PDF | BCDC consistency determination letter second response Attachment G - Stakeholder Lists |
| 4-10h | AR_0002866 | 9/29/2022 | Attachment | PDF | BCDC consistency determination letter second response Attachment H - Maps |
| 4-11 | AR_0002872 | 9/30/2022 | Email | PDF | Email from NPS to CCC with tribal consultation contact info |
| 4-12 | AR_0002874 | 10/13/2022 | Letter | PDF | BCDC Letter invoking "By-Right" 15 day extension to review determination |
| 4-13 | AR_0002876 | 10/13/2022 | Email | PDF | Email from BCDC to NPS with supplemental info response |
| | AR_0002877 | | | | 14-Day Letter_Application No. C2022.004.00 |
| 4-14 | AR_0002879 | 10/17/2022 | Email | PDF | Email between NPS and CCC regarding coastal zone boundary |
| | AR_0002891 | | | | |
| 4-15 | AR_0002892 | 10/27/2022 | PDF | PDF | CCC Th9a Adopted Findings |
| 4-15a | AR_0002906 | 10/27/2022 | Map | PDF | CCC Th9a Adopted Findings Exhibits |
| 4-16 | AR_0002912 | 10/27/2022 | Email | PDF | Email NPS announcement of CCC agenda item |
| 4-16a | AR_0002915 | 10/27/2022 | Email | PDF | Email NPS announcement of CCC agenda item |
| 4-17 | AR_0002917 | 10/28/2022 | Email | PDF | Email between NPS and CCC on hearing notice confirmation |
| | AR_0002921 | | | | |
| 4-18 | AR_0002922 | 10/31/2022 | Email | PDF | Email to Meyer on CCC website for hearing |
| 4-19 | AR_0002925 | 11/3/2022 | Email | PDF | Email transmittal of GOGA+ ATMP CCC Presentation |
| 4-20 | AR_0002929 | 11/9/2022 | Presentation | PDF | GOGA+ ATMP CCC Presentation |
| 4-21 | AR_0002944 | 11/17/2022 | Meeting Agenda | PDF | CCC meeting agenda showing GOGA concurrence. Recording of live stream of meeting. |

5

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 4-22 | AR_0002949 | 11/17/2022 | Email | PDF | Marin County emails NPS related to CCC hearing |
| 4-23 | AR_0002951 | 11/21/2022 | Letter | PDF | CCC consistency determination letter |
| 4-24 | AR_0002953 | 11/22/2022 | Email | PDF | Email to BCDC re CCC adopted findings (no attachment) |
|  | AR_0002955 |  |  |  | Coastal Commission |
|  | AR_0002957 |  |  |  |  |
|  | AR_0002958 |  |  |  |  |
|  | AR_0002972 |  |  |  |  |
| 4-25 | AR_0002978 | 12/13/2022 | Email | PDF | Email NPS to BCDC extension receipt confirmation |
| 4-26 | AR_0002981 | 12/14/2022 | Email | PDF | NPS denial of BCDC request for extension |
| 4-27 | AR_0002984 | No Date | Shapefile | Zipped Files | Coastal Zone Boundary ArcGIS data files |
| 5-01 | AR_0002985 | 8/31/2021 | Meeting Summary | PDF | Meeting notes on Section 7 process |
| 5-02 | AR_0002987 | 9/10/2021 | Email | PDF | Email from Travis Mast (Volpe) to Olah Ryan, Penny Ruvelas, Jodi Charrier and others |
| 5-02a | AR_0002989 | 9/10/2021 | Attachment | PDF | Email from Travis Mast (Volpe) to Olah Ryan, Penny Ruvelas, Jodi Charrier and others Attachment A |
| 5-02b | AR_0002993 | 9/10/2021 | Attachment | PDF | Email from Travis Mast (Volpe) to Olah Ryan, Penny Ruvelas, Jodi Charrier and others Attachment B |
| 5-02c | AR_0003002 | 9/10/2021 | Attachment | PDF | Email from Travis Mast (Volpe) to Olah Ryan, Penny Ruvelas, Jodi Charrier and others Attachment C |
| 5-02d | AR_0003003 | 9/10/2021 | Attachment | PDF | Email from Travis Mast (Volpe) to Olah Ryan, Penny Ruvelas, Jodi Charrier and others Attachment D |
| 5-02e | AR_0003004 | 9/10/2021 | Attachment | PDF | Email from Travis Mast (Volpe) to Olah Ryan, Penny Ruvelas, Jodi Charrier and others Attachment E |
| 5-02f | AR_0003005 | 9/10/2021 | Attachment | PDF | Email from Travis Mast (Volpe) to Olah Ryan, Penny Ruvelas, Jodi Charrier and others Attachment F |
| 5-02g | AR_0003006 | 9/10/2021 | Attachment | PDF | Email from Travis Mast (Volpe) to Olah Ryan, Penny Ruvelas, Jodi Charrier and others Attachment G |
| 5-03 | AR_0003007 | 2/2/2022 | Map | PDF | GOGA ATMP CE Noise Modeling |
| 5-04 | AR_0003011 | 2/24/2022 | Email | PDF | Email from Jodi Charrier (NOAA) to Michelle Carter and others |

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 5-05 | AR_0003013 | 2/24/2022 | Email | PDF | Email from Jodi Charrier (NOAA) to Michelle Carter and others regardung no further comments |
| 5-06 | AR_0003016 | 3/4/2022 | Email | PDF | Email from Michelle Carter to Alison Forrestel and others |
| 5-07 | AR_0003019 | | | PDF | Email Lignell on Categorical Exclusion Noise Maps v2 |
| | AR_0003020 | | | | PowerPoint Presentation |
| | AR_0003025 | | | | |
| | AR_0003026 | | | | |
| 5-07a | AR_0003027 | No Date | Attachment | PDF | Email Lignell on Categorical Exclusion Noise Maps v2 Attachment A |
| 5-07b | AR_0003033 | No Date | Attachment | PDF | Email Lignell on Categorical Exclusion Noise Maps v2 Attachment B |
| 5-08 | AR_0003034 | No Date | Database | Excel file | Threatened and Endangered Species List |
| 5-09 | AR_0003035 | 3/4/2022 | Email | PDF | Email from Penny Ruvelas to Michelle Carter on NMFS determination |
| | AR_0003038 | | | | |
| 6-01 | AR_0003039 | 8/20/2020 | Map | PDF | GOGA PORE Large Scale Base Map |
| 6-02 | AR_0003040 | 9/18/2020 | Email | PDF | Email to SF Helicopters advance notice route request |
| | AR_0003043 | | | | Proposed Plan and Schedule for Completion of Air Tour Management Plans at Twenty-three Parks |
| 6-03 | AR_0003049 | 9/19/2020 | Email | PDF | Email to SF Seaplanes advance notice route request |
| | AR_0003051 | | | | Proposed Plan and Schedule for Completion of Air Tour Management Plans at Twenty-three Parks |
| 6-04 | AR_0003057 | 9/23/2020 | Letter | PDF | Letter to SF Seaplanes route request |
| 6-05 | AR_0003060 | 9/23/2020 | Letter | PDF | Letter to SF Helicopters route request |
| 6-06 | AR_0003063 | 10/22/2020 | Map | PDF | Letter to SF Helicopters map |
| 6-07 | AR_0003064 | 3/31/2022 | Maps | Excel file | GOGA Noise Modeling Results |
| 6-08 | AR_0003065 | No Date | Shapefile | Zip file | Noise modeling shapefiles |

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 6-09 | AR_0003066 | No Date | Map | PDF | SF Seaplane Map |
| 6-10 | AR_0003067 | No Date | Map | PDF | SF Helicopters Map |
| 7-01 | AR_0003068 | 3/4/2021 | Letter | PDF | NPS to FAA MUWO ATMP withdrawl notification |
| 7-02 | AR_0003070 | 10/15/2021 | Email | PDF | Email notification to partners |
| 7-03 | AR_0003072 | 10/15/2021 | Database | PDF | List of partners |
| 7-04 | AR_0003073 | 10/16/2021 | Email | PDF | Email notification to SF Seaplanes |
| 7-05 | AR_0003074 | 10/16/2021 | Email | PDF | Email notification to SF Helicopters |
| 7-06 | AR_0003075 | 10/18/2021 | Email | PDF | Email notification to stakeholders |
| 7-07 | AR_0003077 | 1/17/2023 | Press Release | PDF | ATMP Completed News Release |
| 7-08 | AR_0003081 | 10/6/2021 | FAQ | PDF | ATMP FAQs on PEPC site |
| 7-09 | AR_0003084 | 10/15/2021 | Federal Register | PDF | Federal Register - Public Meeting/Notice of Availability for Proposed ATMP at Golden Gate National Recreation Area; Muir Woods National Monument; San Francisco Maritime National Historic Park; and Point Reyes National Seashore |
| 7-10 | AR_0003086 | 10/26/2021 | Presentation | PDF | Public Meeting Presentation - Final |
| 7-11 | AR_0003122 | 10/26/2021 | Database | Excel file | GOGA+ Public Meeting Questions Submitted |
| 7-12 | AR_0003123 | No date | Website | PDF | GOGA+ ATMP PEPC page |
| 7-13 | AR_0003125 | 10/15/2021 | Press Release | PDF | Press Release - Public input sought on Draft ATMP |
| 7-14 | AR_0003128 | 10/24/2021 | Letter | PDF | Bay Area ATMP Comment Donegan |
| 7-15 | AR_0003130 | 10/30/2021 | Letter | PDF | Bay Area ATMP Comment Crowell |
| 7-16 | AR_0003131 | 11/1/2021 | Letter | PDF | Bay Area ATMP Comment Louie |
| 7-17 | AR_0003133 | 11/3/2021 | Email | PDF | Bay Area ATMP Comment SF Seaplane |
| 7-18 | AR_0003136 | 11/14/2021 | Letter | PDF | Bay Area ATMP Comment Marin Audubon |
| 7-19 | AR_0003139 | 11/14/2021 | Letter | PDF | Bay Area ATMP Comment Raffa |
| 7-20 | AR_0003141 | 11/15/2021 | Letter | PDF | Bay Area ATMP Comment Richardson |
| 7-21 | AR_0003147 | 11/15/2021 | Email | PDF | Email to NPS comment letter from Greater Farallones National Marine Sanctuary |
| 7-21a | AR_0003149 | 11/15/2021 | Email | PDF | Email to NPS comment letter from Greater Farallones National Marine Sanctuary Attachment |
| 7-22 | AR_0003157 | 11/16/2021 | Email | PDF | Bay Area ATMP Comment Deutsch |
| | AR_0003161 | | | | |
| 7-23 | AR_0003162 | No date | Database | PDF | PEPC Comment report |

8

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 7-24 | AR_0003278 | 10/2/2020 | Email | PDF | Email NPCA to NPS: status of Air Tours at Golden Gate NRA |
| 7-25 | AR_0003280 | 7/21/2021 | Email | PDF | Email from Richardson Bay Environmental Protection Association about FOIA Request NPS-2019_00572 |
| 7-26 | AR_0003285 | 8/3/2021 | Email | PDF | Email from Amy Meyer on upcoming public meeting |
| 7-27 | AR_0003287 | 8/5/2021 | Email | PDF | Email from Congressman Huffman's office about seaplane tours |
| 7-28 | AR_0003289 | 8/12/2021 | Email | PDF | Email about meeting followup with Congressman Huffman's office |
| 7-29 | AR_0003292 | 10/12/2021 | Email | PDF | Email from CA State Parks regarding air tour routes |
| 7-29a | AR_0003293 | 10/15/2021 | Email | PDF | Email to NPS regarding existing conditions |
| 7-30 | AR_0003297 | 10/15/2021 | Email | PDF | Email from NPS to Meyer providing ATMP and comment links |
| 7-31 | AR_0003298 | 10/18/2021 | Email | PDF | Email from public to NPS with air tour concerns |
| 7-32 | AR_0003300 | 10/20/2021 | Email | PDF | Email from public to NPS with air tour concerns |
| 7-33 | AR_0003304 | 10/21/2021 | Email | PDF | Email from NPS to GGNPC with ATMP info |
| 7-34 | AR_0003305 | 10/22/2021 | Email | PDF | Email from public to NPS with air tour concerns |
| 7-35 | AR_0003307 | 11/5/2021 | Email | PDF | Email from public to NPS with air tour concerns |
| 7-36 | AR_0003309 | 11/17/2021 | Letter | PDF | Email from Meyer with air tour concerns |
| 7-37 | AR_0003311 | 11/17/2021 | Email | PDF | Email from Meyer with air tour concerns |
| 7-38 | AR_0003313 | 11/17/2021 | Email | PDF | Email from Meyer with ATMP info |
| 7-39 | AR_0003314 | 1/13/2022 | Email | PDF | Email between NPS and GGNPC on air tour avoidance |
| 7-40 | AR_0003317 | 1/18/2022 | Email | PDF | Email to GGNPC on bird strike language |
| 7-41 | AR_0003318 | 5/12/2022 | Email | PDF | Email to NPS from Meyer on air tour activity |
| 7-42 | AR_0003321 | 5/24/2022 | Email | PDF | Email to NPS from Meyer requesting update on ATMP |
| 7-43 | AR_0003322 | 6/15/2022 | Email | PDF | Email from NPS to FIGR |
| 7-44 | AR_0003323 | 7/5/2022 | Email | PDF | Email from Meyer regarding ATMP delays |

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 7-45 | AR_0003326 | 9/6/2022 | Email | PDF | Email from NPS to Meyer regarding concerns of number of flights |
| 7-46 | AR_0003328 | 10/15/2022 | Email | PDF | Email to NPS reguard MUWO and ATMP |
| 7-47 | AR_0003330 | 11/8/2022 | Email | PDF | Email to NPS from KCBS news radio requesting interview |
| 7-48 | AR_0003332 | 12/5/2022 | Email | PDF | Email to NPS regarding illegal air tours |
| 7-49 | AR_0003336 | 12/5/2022 | Email | PDF | Email from NPS to Meyer related to ATMP communications |
| 8-03 | AR_0003339 | 1998 | NPCA Document | PDF | A National Public Opinion Survey on the National Park System |
| 8-02 | AR_0003359 | 6/23/2005 | Federal Register | PDF | Federal Register - Notice of Interim Operating Authority Granted to Commercial Air Tour Operators Over National Parks and Tribal Lands Within or Abutting National Parks |
| 8-02a | AR_0003367 | 10/7/2005 | Federal Register | PDF | Federal Register - Supplement to Notice of Interim Operating Authority Granted to Commercial Air Tour Operators Over National Parks and Tribal Lands within or Abutting National Parks |
| 8-01 | AR_0003374 | 9/3/2020 | Federal Register | PDF | Federal Register - Notice of Termination of Previously Initiated Processes for the Development of Air Tour Management Plans |
| 9-01 | AR_0003376 | 2015 | DOI Guidance | PDF | NPS NEPA Handbook |
| 9-02 | AR_0003480 | 2/13/2007 | DOI Order | PDF | Department of Interior Director's Order # 12: Conservation Planning, Environmental Impact Analysis, and Decision-Making |
| 9-03 | AR_0003487 | 5/31/2013 | FAA Advisory Circular | PDF | Wildlife Bird Strikes FAA Advisory Circular 150/5200-32B |
| 9-04 | AR_0003498 | 7/16/2015 | FAA Order | PDF | FAA Order 1050.1F |
| 9-05 | AR_0003630 | 1/1/2020 | Guidance | PDF | CEQ Implementing Regulations 2020 Desk Reference |
| 9-06 | AR_0003705 | 2/1/2020 | FAA Order | PDF | FAA Order 1050.1F Desk Reference |
| 9-07 | AR_0003999 | No Date | NPS Document | PDF | Golden Gate National Recreation Area Foundation Document Overview |
| 9-08 | AR_0004007 | 14-Jan | NPS Document | PDF | GOGA MUWO Final General Management Plan / EIS Vol 1 |

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 9-09 | AR_0004368 | 14-Jan | NPS Document | PDF | GOGA MUWO Final General Management Plan / EIS Vol 2 |
| 9-10 | AR_0005093 | No Date | NPS Document | PDF | Muir Woods National Monument Foundation Document Overview |
| 9-10a | AR_0005097 | 17-May | NPS Document | PDF | Muir Woods National Monument Foundation Full Document |
| 9-11 | AR_0005151 | 20-Apr | NPS Document | PDF | Point Reyes National Seashore Foundation Document |
| 9-12 | AR_0005205 | 19-Aug | NPS Document | PDF | Point Reyes General Management Plan Amendment / EIS |
| 9-13 | AR_0005421 | Sep-80 | NPS Document | PDF | Golden Gate Point Reyes General Management Plan / EA |
| 9-14 | AR_0005711 | 16-Mar | NPS Document | PDF | San Francisco Maritime National Historical Park Foundation Document |
| 9-15 | AR_0005775 | 10/6/1997 | NPS Document | PDF | San Francisco Maritime General Management Plan |
|  | AR_0005807 |  |  |  |  |
| 9-16 | AR_0005809 | 2006 | NPS Document | PDF | NPS Management Policies |
| 9-17 | AR_0005989 | 7/14/2011 | Journal Article | PDF | Aircraft noise dose-response relations for national parks |
| 9-18 | AR_0006012 | 1/4/1994 | ANSI Standard | PDF | ANSI S1.1-1994 Acoustical Terminology |
| 9-19 | AR_0006071 | 10/22/2001 | ANSI Standard | PDF | ANSI S1.42-2001 - Design Response of Weighting Networks for Acoustical Measurements |
| 9-20 | AR_0006100 | 6/26/2002 | ANSI Standard | PDF | ANSI S12.60 2002 Acoustical Performance Criteria, Design Requirements and Guidelines for Schools |
| 9-21 | AR_0006145 | 4/3/2018 | Journal Article | PDF | Motorized Recreation Sounds Influence Scene Evaluations: The Role of Attitude Moderators |
| 9-22 | AR_0006157 | 2001 | Journal Article | PDF | The Dynamic, Emergent, and Multi-Phasic Nature of On-Site Wilderness Experiences |
| 9-23 | AR_0006185 | 5/5/2017 | Journal Article | PDF | Noise Pollution is pervasive in U.S. protected areas |
| 9-24 | AR_0006189 | 1/21/2014 | Journal Article | PDF | Changes in Breeding Population Sizes of Brandt's Cormorants Phalacrocorax Penicillatus in the Gulf of the Farallones, California, 1979–2006 |

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 9-25 | AR_0006203 | Jul-95 | DOI Document | PDF | Report on Effects of Aircraft Overflights on the National Park System |
| 9-26 | AR_0006555 | 18-Aug | Dissertation | PDF | Strategies for Managing Natural Sounds for Human Experience and Ecosystem Services |
| 9-27 | AR_0006743 | 3/1/2018 | Journal Article | PDF | Aircraft Disturbance to Common Murres (Uria aalge) at a Breeding Colony in Central California, USA |
| 9-28 | AR_0006755 | 2017 | Journal Article | PDF | Wildland recreation disturbance: broad-scale spatial analysis and management |
| 9-29 | AR_0006767 | 9/1/2023 | NPS Document | PDF | Aircraft Noise Effects on Cultural Resources: Review of Technical Literature |
| 9-30 | AR_0006823 | 1/7/2008 | Journal Article | PDF | Acute effects of night-time noise exposure on blood pressure in populations living near airports |
| 9-31 | AR_0006830 | 2019 | Journal Article | PDF | The effects of anthropogenic noise on animals: A meta-analysis |
| 9-32 | AR_0006845 | 16-Aug | Journal Article | PDF | Aquatic noise pollution: implications for indivudals, populations, and ecosystems |
| 9-33 | AR_0006854 | 15-Oct | USDA Document | PDF | Keeping It Wild 2: An Updated Interagency Strategy to Monitor Trends in Wilderness Character Across the National Wilderness Preservation System |
| 9-34 | AR_0006982 | 13-Mar | NPS Document | PDF | Golden Gate National Recreation Area Acoustical Monitoring 2007/2008 |
| 9-35 | AR_0007078 | 6-Sep | FAA Document | PDF | Point Reyes National Seashore Baseline Ambient Sound Levels 2009 and 2010 |
| 9-36 | AR_0007215 | 4/23/2013 | Journal Article | PDF | Effects of overflights on the national park experience |
| 9-37 | AR_0007225 | Jan-95 | NPS Document | PDF | NPS Aircraft Management Studies |
| 9-38 | AR_0007371 | 11/9/2013 | Journal Article | PDF | Noise Pollution in national parks: Soundscape and economic valuation |
| 9-39 | AR_0007380 | 18-Aug | Journal Article | PDF | Visitor Experiences of Wilderness Soundscapes in Denali National Park and Preserve |

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 9-40 | AR_0007399 | 1992 | National Register Bulletin | PDF | National Register Bulletin 38: Guidelines for Evaluating and Documenting Traditional Cultural Properties |
| 9-41 | AR_0007423 | Dec-00 | DOI Order | PDF | Department of Interior Director's Order # 47: Soundscape Preservation and Noise Management |
| 9-42 | AR_0007430 | 8/16/2002 | NPS Policy | PDF | NPS-28 Cultural Resource Management Guideline |
| 9-43 | AR_0007433 | 16-Sep | FAA Document | PDF | Muir Woods National Monument Baseline Ambient Sound Levels 2009 and 2010 |
| 9-44 | AR_0007570 | 3/13/2018 | NPS Document | PDF | San Francisco Maritime National Historical Park Visitor Use Study, Summer 2017 |
| 9-45 | AR_0007800 | 10/14/2015 | Journal Article | PDF | The relationship between aircraft noise exposure and day-use visitor survey responses in backcountry areas of national parks |
| 9-46 | AR_0007816 | 1997 | Journal Article | PDF | Recommendations for protecting raptors from human disturbance: a review |
| 9-47 | AR_0007821 | 6/5/2007 | Journal Article | PDF | Aircraft and Vessel Disturbances to Common Murres Uria Aalgge at Breeding Colonies in Central California, 1997-1999 |
| 9-48 | AR_0007831 | 6/5/2015 | Journal Article | PDF | A synthesis of two decades of research documenting th eeffects of noise on wildlife |
| 9-49 | AR_0007855 | Mar-74 | EPA Document | PDF | Information on Levels of Environmental Noise Requisite to Protect Public Health and Welfare with an Adequate Margin of Safety |
| 9-50 | AR_0008097 | 7/31/2006 | USFWS Guidance | PDF | USFWS Guidance on Estimating the Effects of Auditory and Visual Disturbance to Northern Spotted Owls and Marbled Murrelets in Northwestern California |
| | AR_0008116 | | | | |
| | AR_0008211 | | | | |
| 9-51 | AR_0008272 | 7-May | USFWS Guidance | PDF | National Bald Eagle Management Guidelines |
| 9-52 | AR_0008297 | 2012 | USFWS Guidance | PDF | USFWS Spotted Owl Disturbance Tables |

| Document Number | Bates Begin Number | Date | Document Type | File Type | Title |
|---|---|---|---|---|---|
| 9-53 | AR_0008300 | 1/23/2014 | Journal Article | PDF | Human Responses to Stimulated Motorized Noise in National Parks |
| 9-54 | AR_0008317 | 11/14/2007 | ANSI Standard | PDF | ANSI S12.9 2007 Quantities and Procedures for Description and Measurement of Environmental Sound Part 5: Sound Level Descriptors for Determination of Compatible Land Use |
| 9-55 | AR_0008337 | 12/1/2021 | NPS Document | PDF | NPS Interim Guidance: Preparing Categorical Exclusion Documentation, Using Programmatic Ces, and Adopting Another Agency's CE |
| 9-56 | AR_0008345 | 9/2/2016 | NPS Document | PDF | Reporting Information for Commercial Air Tour Operations over National Park Units 2013 |
| 9-57 | AR_0008370 | 3/29/2017 | NPS Document | PDF | Reporting Information for Commercial Air Tour Operations over National Park Units 2014 |
| 9-58 | AR_0008380 | 3/29/2017 | NPS Document | PDF | Reporting Information for Commercial Air Tour Operations over National Park Units 2015 |
| 9-59 | AR_0008390 | 11/2/2017 | NPS Document | PDF | Reporting Information for Commercial Air Tour Operations over National Park Units 2016 |
| 9-60 | AR_0008414 | 18-Aug | NPS Document | PDF | Reporting Information for Commercial Air Tour Operations over National Park Units 2017 |
|  | AR_0008458 |  |  |  |  |
| 9-61 | AR_0008460 | 9/27/2018 | NPS Document | PDF | Reporting Information for Commercial Air Tour Operations over National Park Units 2017 Update |
| 9-62 | AR_0008492 | 19-Jul | NPS Document | PDF | Reporting Information for Commercial Air Tour Operations over National Park Units 2018 |
| 9-63 | AR_0008532 | 20-Nov | NPS Document | PDF | Reporting Information for Commercial Air Tour Operations over National Park Units 2019 |
|  | AR_0008572 |  |  |  |  |