NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-1067

_____

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

MARIN AUDOBON SOCIETY, et al.,
*Petitioners*,

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,
*Respondents*.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONDENTS' BRIEF**

_____

Of Counsel:

PATRICIA DEEM
*Attorney*
Office of the Chief Counsel
Federal Aviation Administration

SARA PORSIA
*Attorney*
Office of the Solicitor
U.S. Department of the Interior

TODD KIM
*Assistant Attorney General*

JUSTIN D. HEMINGER
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-5442
justin.heminger@usdoj.gov

Federal Respondents (the agencies) respectfully request an extension of time to their brief. Petitioners do not oppose this request.

Under the June 8, 2023 Order setting an initial briefing schedule in this case, Respondents' Brief is currently due August 17, 2023. Counsel for Respondents needs additional time to draft the brief, for the agencies to review the brief, and for undersigned counsel's management to review and approve the brief. Thus, Respondents request that the Court extend the deadline for Respondents' brief by 33 days, from August 17, 2023, to September 19, 2023.

Respectfully submitted,

/s/ *Justin D. Heminger*
TODD KIM
*Assistant Attorney General*

Of Counsel:

PATRICIA DEEM
*Attorney*
Office of the Chief Counsel
Federal Aviation Administration

SARA PORSIA
*Attorney*
Office of the Solicitor
U.S. Department of the Interior

August 2, 2023
DJ 90-13-8-16882

JUSTIN D. HEMINGER
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-5442
justin.heminger@usdoj.gov

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 92 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Justin D. Heminger*
JUSTIN D. HEMINGER

*Counsel for Respondents*