# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1067**  **September Term, 2022**

FAA-01/10/23 ROD

Filed On: August 3, 2023 [2010905]

Marin Audubon Society, et al.,

    Petitioners

    v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

    Respondents

**O R D E R**

Upon consideration of respondents' unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| Respondents' Brief | September 19, 2023 |
| Petitioners' Reply Brief | October 10, 2023 |
| Deferred Appendix | October 17, 2023 |
| Final Briefs | October 31, 2023 |

                **FOR THE COURT:**
                Mark J. Langer, Clerk

BY:    /s/
           Michael C. McGrail
           Deputy Clerk