NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-1067

---

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

MARIN AUDUBON SOCIETY, et al.,
*Petitioners*,

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,
*Respondents*.

---

**JOINT UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE FINAL BRIEFS**

---

PETER T. JENKINS
PAULA DINERSTEIN
Public Employees for Environmental
Responsibility
962 Wayne Ave., No. 610
Silver Spring, MD 20910
(202) 265-4189
pjenkins@peer.org
pdinerstein@peer.og

TODD KIM
*Assistant Attorney General*

JUSTIN D. HEMINGER
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-5442
justin.heminger@usdoj.gov

Petitioners and Federal Respondents jointly request a 13-day extension of time to file the final briefs in this case, currently due on October 31, 2023, to November 13, 2023.

After Petitioners filed the Deferred Joint Appendix, Federal Respondents identified some potential concerns with its organization. Petitioners have agreed to prepare and file a corrected Deferred Joint Appendix, which they anticipate they will be able to do within about one week. To allow sufficient time for preparing and filing the corrected Deferred Joint Appendix, Petitioners and Federal Respondents respectfully request that the deadline for filing final briefs be extended to November 13, 2023.

Respectfully submitted,

/s/ *Peter T. Jenkins*
PETER T. JENKINS
PAULA DINERSTEIN
Public Employees for Environmental
Responsibility
 962 Wayne Ave., No. 610
Silver Spring, MD 20910
(202) 265-4189
pjenkins@peer.org
pdinerstein@peer.og

*Counsel for Petitioners*

October 26, 2023
DJ 90-13-8-16882

/s/ *Justin D. Heminger*
TODD KIM
*Assistant Attorney General*

JUSTIN D. HEMINGER
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-5442
justin.heminger@usdoj.gov

*Counsel for Federal Respondents*

**CERTIFICATE OF COMPLIANCE**

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 102 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Justin D. Heminger*
JUSTIN D. HEMINGER

*Counsel for Respondents*