# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1067**  September Term, 2023

FAA-01/10/23 ROD

Filed On: October 27, 2023 [2024230]

Marin Audubon Society, et al.,

      Petitioners

    v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

      Respondents

## O R D E R

Upon consideration of the joint unopposed motion for extension of time to file the final briefs, it is

**ORDERED** that the motion be granted. The final briefs are now due on November 13, 2023.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

      BY:    /s/
             Michael C. McGrail
             Deputy Clerk