NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-1067

_____

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

MARIN AUDUBON SOCIETY, et al.,
*Petitioners,*

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,
*Respondents.*

_____

**JOINT UNOPPOSED MOTION FOR LEAVE TO FILE A
SUPPLEMENTAL APPENDIX DOCUMENT**

_____

PETER T. JENKINS
PAULA DINERSTEIN
Public Employees for Environmental
Responsibility
962 Wayne Ave., No. 610
Silver Spring, MD 20910
(202) 265-4189
pjenkins@peer.org
pdinerstein@peer.og

TODD KIM
*Assistant Attorney General*

JUSTIN D. HEMINGER
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-5442
justin.heminger@usdoj.gov

Petitioners and Federal Respondents jointly move for leave to file an additional Appendix document. On November 2, 2023, the parties filed their Corrected Deferred Joint Appendix (CDJA). (Document # 2025130). Counsel for Petitioners began the printing process for its delivery to the Court. However, they then discovered that one document was missing from the CDJA. It was cited in the Petitioners' initial Reply Brief (Document # 2021166), at 24, however it was inadvertently omitted from the CDJA.

That document is the comment letter of the National Oceanographic and Atmospheric Administration (NOAA), dated November 15, 2021, to the National Park Service. Its complete Administrative Record citation is AR 0003149-156. The parties agree that eight-page document should be added as a Supplement to the CDJA. They therefore seek leave to file it as a Supplement Appendix.

Respectfully submitted,

/s/ *Peter T. Jenkins*
PETER T. JENKINS
PAULA DINERSTEIN
Public Employees for Environmental Responsibility
 962 Wayne Ave., No. 610
Silver Spring, MD 20910
(202) 265-4189
pjenkins@peer.org
pdinerstein@peer.og


*Counsel for Petitioners*


November 7, 2023

/s/ *Justin D. Heminger*
TODD KIM
*Assistant Attorney General*

JUSTIN D. HEMINGER
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-5442
justin.heminger@usdoj.gov

*Counsel for Federal Respondents*

## CERTIFICATE OF COMPLIANCE

1.  This document complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 134 words.

2.  This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Peter T. Jenkins*
Peter T. Jenkins

*Counsel for Petitioners*