NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-1067

---

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

MARIN AUDUBON SOCIETY, et al.,
*Petitioners,*

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,
*Respondents.*

---

**SUPPLEMENT TO CORRECTED DEFERRED JOINT APPENDIX**

**Supp JA 1 through Supp JA 8**

**November 9, 2023**

# Supplement to Agency Record Documents – Vol. III

## TABLE OF CONTENTS

| Record Citation | Document - date | JA Page |
|---|---|---|
| AR3149 | comment letter of the National Oceanographic and Atmospheric Administration to the National Park Service - 11/15/2021 | Supp JA 1 |
|  | End | Supp JA 8 |

Respectfully submitted,

/s/ Peter T. Jenkins
Peter T. Jenkins
Paula Dinerstein
Public Employees for Environ-
  mental Responsibility
962 Wayne Ave., No. 610
Silver Spring, MD 20910
(202) 265-4189
pjenkins@peer.org
pdinerstein@peer.org

Attorneys for Petitioners

/s/ Justin D. Heminger
Todd Kim
Assistant Attorney General
Robert P. Stockman
Justin D. Heminger
Attorneys
Environment and Natural Resources
Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-5442
justin.heminger@usdoj.gov

Attorneys for Respondents

USCA Case #23-1067    Document #2026157    Filed: 11/09/2023    Page 4 of 12



UNITED STATES DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
NATIONAL OCEAN SERVICE

Greater Farallones National Marine Sanctuary
991 Marine Dr., The Presidio
San Francisco, CA 94129

November 15, 2021

National Park Service
Natural Sounds and Night Skies Division
San Francisco Bay Area ATMP
1201 Oakridge Dr., Suite 100
Fort Collins, CO 80525

**RE: Draft National Park Service Bay Area Air Tour Management Plan**

Natural Sounds and Night Skies Division:

Greater Farallones National Marine Sanctuary (GFNMS) has reviewed the Draft National Park Service Bay Area Air Tour Management Plan for Golden Gate National Recreation Area, Muir Woods National Monument, Point Reyes National Seashore, and San Francisco Maritime National Historical Park (ATMP). GFNMS manages the waters and submerged lands to the mean high tide, including the tidal waters and submerged lands currently adjacent to and overlapping with two of the four National Parks Service (NPS) areas listed in the ATMP: Golden Gate National Recreation Area (GGNRA), and Point Reyes National Seashore (PRNS). These waters and submerged lands also include northern Monterey Bay National Marine Sanctuary off the coast of Marin County, which is also managed by GFNMS.

## Background

GFNMS participated in the ATMP alternatives scoping process in 2011. Since 2011, GFNMS has continued to implement actions to prevent wildlife disturbance. One of five issue-specific action plans in the GFNMS Management Plan aims to reduce or eliminate impacts on sanctuary marine wildlife and their habitats by encouraging responsible human behavior. We continually evaluate levels and sources of impacts on wildlife and habitats and we address human behavior that is impacting wildlife and habitats. Our recommended changes to the plan are based on achieving these objectives to the maximum extent practicable.

GFNMS also coordinates the Seabird Protection Network, Bodega Head to Point Sur Chapter that overlaps with the ATMP flight paths. The Chapter is guided by a 10-year Action Plan which outlines opportunities for collaborating with agencies, NGOs, boaters, pilots and coastal users to reduce human disturbance to seabirds through outreach informed by formative research and ongoing evaluation, streamlined and coordinated agency management, and robust monitoring. Monitoring of seabirds in this area is overseen by United States Fish and Wildlife Services (USFWS) and includes monitoring the effects of seabirds from human-based disturbance. USFWS monitors the following colonies that overlap with ATMP boundaries: Point Reyes, Point Resistance, and Double Point/Stormy Stack. GFNMS partners with USFWS on reporting this data and can provide ongoing information to PRNS and GGNRA about potential issues related to

aircraft disturbance at these locations and outreach to aircraft operators including the businesses listed in the ATMP.

The primary focus of the Chapter's efforts is the protection and restoration of seabird breeding colonies (aggregations of nesting seabirds) in areas that have experienced high rates of disturbance in the past from low flying aircraft, vessels and close approaching people. The Chapter also aims to reduce impacts of human disturbance to roosting birds (seabirds aggregating at a site to rest), non-colonial seabirds (e.g. Black Oystercatchers) and birds rafting and feeding in the water. This broader focus is to ensure sanctuary wildlife resources are protected on, in and above sanctuary waters.

All comments provided herein aim to strengthen the ATMP to better align with our efforts to implement the management plan and the Seabird Protection Network Bodega Head to Point Sur Chapter Action Plan. We recommend specific changes to the draft ATMP in order to address the potential impacts to ocean wildlife resources.

## Conditions for the Management of Commercial Air Tours at the Park

GFNMS recommends that NPS and FAA ensure pilots adhere to the San Francisco VFR Sectional chart that recommends 2,000' AGL as best management practice to ensure no disturbance to wildlife over sanctuary waters in addition to the required 1,000' AGL in NROZs.

### 3.2 Commercial Air Tour Routes and Altitudes

Because pilots use aeronautical charts for navigation and flight planning, language in San Francisco VFR Sectional Chart is important to consider, especially as it relates to altitude restrictions and requests. The ATMP does an excellent job referencing the NOAA Regulated Overflight Zones (NROZs) as a benchmark for a minimum altitude requirement for aircraft over sensitive wildlife areas at 1000' AGL. NOAA sanctuaries off the West Coast are also included in the San Francisco VFR Sectional Chart as areas where all aircraft are requested to maintain a minimum altitude of 2,000' above the surface (*Figure 1*). Additionally, sanctuaries within the ATMP have regulations that prohibit "take" of any marine mammal, sea turtle, or birds within or above the sanctuaries (*Appendix A*).

*Figure 1. From The San Francisco VFR Sectional Chart: The language in blue applies to areas of the ATMP that overlap with sanctuary boundaries.*

2



The request to maintain 2000' above sanctuaries is incorporated into best practices messages to pilots about preventing "taking" wildlife. For a non-Endangered Species Act species this includes harassing…or injuring, or to attempt to engage in any such conduct from an aircraft. GFNMS and the Seabird Protection Network provide this information on a regular basis to pilots through various mediums including presentations, online resources, trainings, the Monthly Aviator newsletter and an annual mailing. We use the aeronautical charts in our outreach and show pilots where the blue dot and line areas are located. *Figure 2* is a close-up of one of many locations where the 2000' recommendation can be found on the aeronautical charts. It also shows the NROZs, which are depicted as magenta dots and lines.



*Figure 2. From The San Francisco VFR Sectional Chart: A close-up snippet of the coastal/offshore area of the ATMP. The blue line and dots depict sanctuary boundaries.*

3

Since 2010 GFNMS and USFWS have annually sent pilots who fly throughout this region materials showing NROZs and requesting pilots help prevent wildlife disturbance. Aircraft owners listed in the ATMP have received this packet and should be aware of the NROZs and the request to fly 2000' above sanctuaries.

Many California state and federal agencies have been involved in restoring seabird colonies (including NPS). Continued monitoring of three key Central California seabird colonies by USFWS shows that efforts to reduce human disturbances at these colonies have met with some successes, but efforts need to continue to allow full recovery of several Central California seabird colonies. Unfortunately, aircraft disturbances have not changed significantly in monitored locations since monitoring began in 2005 (Bednar et al. 2020). Outreach focused on decreasing the level of low overflights, the enforcement of NROZs and the promotion of best practices by flying at least 2000' above the areas within national marine sanctuaries are all important tactics to help the full recovery of seabirds. To reach that goal, we have specific recommendations regarding the transit of fixed-wing and helicopters conducting air tours over sanctuaries.

### *Altitude Recommendations*

Commercial tours should not fly lower than 2,000 over sanctuaries in order to prevent a "take" as defined by NOAA regulations and to promote best practices while flying over sanctuary waters.

### *Route Recommendations*

Direct flights over offshore areas where sensitive wildlife congregate should be avoided. There are offshore rocks, such as Stormy Stack off of Double Point and Point Resistance, within the route areas. Because of the scale and details on the maps provided in the ATMP it is difficult to see if the flight paths directly overfly these rocks. We recommend the Park plot the ATMP flight paths on NOAA nautical charts as well as on google earth to make sure that the latitudes and longitudes of these two areas are known and shared with commercial air tour operators. We recommend that commercial tours maintain at least 1,000 ft lateral avoidance while on route to fully prevent a "take" as defined by NOAA regulations.

### *Map Recommendations*

Since the San Francisco VFR Sectional Chart has information about recommendations and requirements for flying within national marine sanctuaries off the West Coast, the flight routes shown in Figures 2-5 in the ATMP should be plotted with more information. We understand that the San Francisco VFR Sectional Chart is busy and the ATMP maps are designed to show the routes clearly, but the operators should fully understand how the routes intersect with NROZs and FAA airspace restrictions. We also recommend that Stormy Stack and Point Resistance are included in the final maps to ensure that the final routes maintain at least 1,000 ft lateral avoidance at both locations. GFNMS staff can share our boundary GIS shape files and/or can review maps to ensure an accurate depiction of the areas to avoid and NROZs.

## Justification for Measures Taken

4

As noted several times in the document, the marine biological resources of GGNRA and PRNS overlap with or abut the boundaries of GFNMS. Since the National Parks Air Tour Management Act of 2000 applies to any person who conducts a commercial air tour operation over a unit of the national park system, or over any area within a ½-mile outside a unit of the national park system, marine resources within sanctuaries are an important component of the justification for measures taken.

Thank you for citing studies of aircraft disturbance that support a vertical and lateral buffer around sensitive wildlife to prevent flushing, with greater distance to prevent all forms of disturbance. We recommend that you review the following paper:

> Fuller, A. R., G.J. McChesney, and R.T. Golightly. 2018. Aircraft disturbance to Common Murres (Uria aalge) at a breeding colony in central California, USA. Waterbirds 41:257-267.

This paper can be cited in the following statement on lines 274-276 of the ATMP:

*Studies of aircraft disturbance to both Brandt's cormorants and common murres support a 1,000 ft AGL buffer to 275 prevent flushing, with greater distance to prevent all forms of disturbance.*

In addition to the sources cited, GFNMS compiled low overflight incident reporting data from 2005-2007. This data is not based on year-round observations since most incidents were reported by biologists monitoring specific sites during the peak breeding season (April-July). Of the 334 incidents (below 1000' AGL) reported, 322 (96%) resulted in disturbance. This data also shows that aircraft disturbances are a frequent occurrence in areas that are designated as required 1000' AGL zones as well as areas within the recommended 2000' AGL zones.

### *Justification for 2000' AGL Requirement in Sanctuaries and Avoidance of Offshore Rocks*

Successful breeding is critical for seabirds as they have low reproductive rates and are susceptible to climate variability, prey availability and oceanic conditions. To breed successfully and maintain populations, seabird colonies are located on offshore rocks, isolated sea stacks, islands and steep mainland cliffs, areas that historically were separated from predators.

There are additional justifications AGL requirements related to marine mammals in GFNMS. Thirty-six species of marine mammals have been observed in the GFNMS. This includes six species of pinnipeds (seals and sea lions), twenty-eight species of cetaceans (whales, dolphins, and porpoises), and two species of otter. Many of these mammals occur in large concentrations and are dependent on the productive and secluded habitats for breeding, pupping, hauling out, feeding, and resting during migration. Whales and dolphins have sensitive hearing and whales exhibit avoidance reactions and change behavior in reaction to planes. Circling or multiple passes can be the more disturbing than a single pass and whales that are milling and/or resting at the surface are most sensitive. Seals and sea lions can be frightened into the water causing stress, and during the pupping season the mother and pup can be separated and pups may be trampled to death if there is a stampede into the water.

We recommend that the ATMP cites concerns related to disturbing marine wildlife in the sanctuary as justification for commercial tours to maintain 2000' above sanctuaries and avoid our shared wildlife on Stormy Stack and Point Resistance.

SUPP JA 5
AR_0003153

GFNMS commends the FAA and NPS for the publication of the draft ATMP. We also want to acknowledge and thank the FAA and NPS for including sanctuary information in the draft ATMP. GFNMS appreciates this opportunity to comment and can provide additional information as needed. Please contact Karen Reyna at 415-970-5247 if you have any questions. Thank you.

Sincerely,

*Maria Brown*

MARIA BROWN
Superintendent

*Appendix A: Regulations Relevant to Preventing Wildlife Disturbance from Aircraft*

There are both 2000 ft AGL recommendations and 1000 ft AGL regulations to prevent low overflights above California sanctuary waters. U.S. Fish and Wildlife Service also maintains regulations preventing disturbance to wildlife from aircraft. Below is a summary of these key laws and regulations, in addition to current PRNS and GGNRA regulations, related to aircraft and wildlife disturbance:

- **Airborne Hunting Act** (November 18, 1971, as amended 1972): Department of the Interior; US Fish and Wildlife Service United States, Title 16; Chapter 9; Section 742j-1
  - Prohibited Activities: Any person who— while airborne in an aircraft shoots or attempts to shoot for the purpose of capturing or killing any bird, fish, or other animal; or uses an aircraft to harass any bird, fish, or other animal; or knowingly participates in using an aircraft for any purpose referred to in paragraph (1) or (2).
  - Definitions: "Aircraft" is any contrivance used for flight in the air. Harass means to disturb, worry, molest, rally, concentrate, harry, chase, drive, herd or torment – 50 CFR 19.4.
  - Penalties: Violation is a misdemeanor crime; Person shall be fined not more than $5,000 or imprisoned not more than one year, or both.

- **National Marine Sanctuaries Act** (October 23, 1972, as amended 2000): Office of National Marine Sanctuaries, Title 16; Chapter 32; § 1436
  - Prohibited Activities: It is unlawful for any person to - destroy, cause the loss of, or injure any sanctuary resource managed under law or regulations for that sanctuary;
  - Definitions: "sanctuary resource" means any living or nonliving resource of a national marine sanctuary that contributes to the conservation, recreational, ecological, historical, educational, cultural, archeological, scientific, or aesthetic value of the sanctuary – 16 USC § 1432.
  - Penalties: Civil penalties for violation of regulations, including "take." – 16 USC § 1437.

- **Regulations of Greater Farallones National Marine Sanctuary**, National Oceanic and Atmospheric Administration (NOAA); Office of National Marine Sanctuaries, 15 CFR Subpart H 922.82
  - Prohibited Activities:
    - Taking any marine mammal, sea turtle, or birds within or above the sanctuary, except as authorized by Marine Mammal Protection Act, the Endangered Species Act, and the Migratory Bird Treaty Act.
    - Disturbing marine mammals or seabirds by flying motorized aircraft at less than 1,000 feet over the waters within any of the seven designated Special Wildlife Protection Zones described in appendix D to this subpart, except transiting Zone 6 to transport persons or supplies to or from Southeast Farallon Island authorized by the U.S. Fish and Wildlife Service, Farallon National Wildlife Refuge, or for enforcement purposes. Failure to maintain a minimum altitude of 1,000 feet above ground level over such waters is presumed to disturb marine mammals or seabirds.
  - Definitions: "Take" or "taking" means: (1) For any marine mammal, sea turtle, or bird listed as either endangered or threatened pursuant to the Endangered Species

7

Act, to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, collect or injure, or to attempt to engage in any such conduct; (2) For any other marine mammal, sea turtle, or bird, to harass, hunt, capture, kill, collect or injure, or to attempt to engage in any such conduct. For the purposes of both (1) and (2) of this definition, this includes but is not limited to… operate a vessel or aircraft or to do any other act that results in the disturbance or molestation of any marine mammal, sea turtle or seabird.
- o Penalties: Civil penalties for violation of regulations, including "take." – 16 USC § 1437.

- **Regulations of the Monterey Bay National Marine Sanctuary**   National Oceanic and Atmospheric Administration (NOAA); 15 CFR Subpart M § 922.132; § 922.84(5)
  - o Prohibited Activities:
    - Flying motorized aircraft, except as necessary for valid law enforcement purposes, at less than 1000 feet above any of the four zones (within the Sanctuary described in Appendix C to this subpart) described within the regulations. – 15 CFR Subpart M 922.132.
    - Taking any marine mammal, sea turtle or seabird in or above the Sanctuary, except as permitted by regulations under the Marine Mammal Protection Act, the Endangered Species Act and the Migratory Bird Treaty Act.
  - o Definitions: Same as GFNMS.
  - o Penalties: Same as GFNMS.

8