# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1067**                      **September Term, 2023**

FAA-01/10/23 ROD

Filed On: November 9, 2023 [2026226]

Marin Audubon Society, et al.,

       Petitioners

    v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

       Respondents

## O R D E R

Upon consideration of the joint motion for leave to file a supplemental appendix document, and the lodged supplemental appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental appendix.

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                              BY:     /s/
                                                       Michael C. McGrail
                                                       Deputy Clerk