ORAL ARGUMENT SCHEDULED FOR JANUARY 19, 2024

No. 23-1067

_____

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

MARIN AUDUBON SOCIETY, et al.,
*Petitioners,*

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,
*Respondents.*

---

**FINAL PETITIONERS' SUPPLEMENT TO OPENING BRIEF –
STANDING DECLARATIONS**