# STANDING DECLARATION OF LAURA CHARITON

I, Laura Chariton, declare the following, pursuant to 28 U.S.C. 1746, based on my personal knowledge and to which I am competent to testify:

1. I reside in Mill Valley, CA, and I am President and on the Steering Committee of Watershed Alliance of Marin a public benefit non-profit. I earned a Master of Arts degree in Riparian Restoration and Policy from Sonoma State University, Hutchins Institute and a Permaculture Certificate. I was on the Sierra Club Marin Group Executive Committee for six years, a current member of the Sierra Club Marin Conservation Committee and Federal Lands Committee Bay Chapter, served as a Mill Valley StreamKeepers Board member, and volunteered as a Tule Elk Docent for the National Park Service for four seasons.

2. For thirty years, I have studied biology, cultural resources and wildlife in my area. I have conducted hundreds of surveys on watersheds and presented my findings on watershed health to several local municipalities, including Mill Valley, Sonoma, and San Rafael. My recommendations have informed the Natural Environment section of the 2040 MV General Plan. I also have taught watershed awareness and citizen science field creek survey courses to teens and adults in Marin County.

3. Since 1974, I have been hiking throughout the Muir Woods National Monument, the GGNRA parklands and the Point Reyes National Seashore.  Since 1992, I have lived approximately a quarter of a mile from Muir Woods National Monument, and I often hike there, observing and monitoring the conditions, impacts and wildlife, taking advantage of my proximity to the area. Additionally, I frequently visit the Golden Gate National Recreation Area, Muir Beach to Ft. Cronkite Coastal Trail, Hill 88, and Point

Reyes National Seashore. While in these green spaces, I enjoy hiking, observing flora, the natural systems and wildlife, conducting research as a citizen scientist and naturalist, and appreciating indigenous cultures. I visit these areas approximately three to six times a month, and I plan to continue doing so. I provide information from my observations to land managers and policymakers where appropriate, especially where threats to wildlife occur.

4. Overflights threaten these national, iconic lands. From my own experience, I know that overflights cause loud noise and disturb the quiet. I come to these spaces for peace, quiet, observation and meditation. The loud noises from overflights trigger my PTSD from childhood and cause me great anxiety. I am personally harmed by overflights and cannot enjoy these areas like I used to.

5. Additionally, I have observed how overflights impact wildlife. I have seen birds getting flushed out of trees and shrubs by the noise of overflights. I also recorded the flight decibel levels and concluded they could impact Northern Spotted Owls. From my experience with local ecosystems and witnessing air tour impacts on wildlife, I believe overflights will also impact the migration and nesting seasons of hawks and eagles and flush out birds such as Band-Tailed Pigeons (in decline) and impact rare Tule Elk at Pt. Reyes.

6. I voiced my concerns by writing to the National Park Service (NPS) and Federal Aviation Administration (FAA). I also commented the following, in sum and substance, into the docket: "I go to all of our parks to get away from the every day and night noise and light pollution that is increasing everywhere. I do not want to hear tour airplanes of any sort when I am at a park. These are our refuges, they are not air tourist sites…I assume someone

2

is making money with these tours. That should not be allowed either. These parks belong to the people and should absolutely not be open for financial exploitation."

7. My opportunity to fully comment on the environmental impacts of the proposal was harmed by the failure of NPS and FAA to circulate a draft Environmental Assessment (EA) or Environmental Impact Statement (EIS) for me to comment on. In other words, the agencies' reliance on a Categorical Exclusion under the National Environmental Policy Act (NEPA) harmed me by denying me a voice in a major regulatory change.

8. The final Air Tour Management Plan (ATMP) continues to harm me. The number of flights allowed combined with the failure to impose an adequate altitude requirement above which planes can fly disturbs the peace and quiet of these areas. Moreover, the negative impacts felt by visitors and wildlife are appalling to me and those who work to save wildlife every day.

9. I plan to return to these sites, and I will suffer future harm unless the injuries I've experienced are corrected. Compelling the agencies to do full NEPA compliance will allow me to comment on a future EA or EIS and will likely result in reduced environmental impacts, such as tighter restrictions on the plane and helicopter flights after more careful analysis. Therefore, a ruling reversing the ATMP should result in fewer, stricter overflights, which will reduce the harm.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed at Mill Valley, California, on April 8, 2023.

*Laura Chariton*
_____

3

Laura Chariton