# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1067**                           **September Term, 2023**

FAA-01/10/23 ROD

Filed On: November 21, 2023 [2028249]

Marin Audubon Society, et al.,

        Petitioners

     v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

        Respondents

## **O R D E R**

Upon consideration of petitioners' unopposed motion for extension of time to file a corrected final reply brief, it is

**ORDERED** that the motion be granted. Petitioners' corrected final reply brief is now due November 27, 2023.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                       BY:     /s/
                                             Michael C. McGrail
                                             Deputy Clerk