# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 23-1067 | September Term, 2023 |
| | FAA-01/10/23 ROD |
| | Filed On: January 5, 2024 [2034610] |

Marin Audubon Society, et al.,

    Petitioners

    v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

    Respondents

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for January 19, 2024, at 9:30 A.M.:

    Petitioners    -    10 Minutes

    Respondents    -    10 Minutes

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, Circuit Judge Henderson, and Senior Circuit Judge Randolph.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 9, 2024.

**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk
      BY:    /s/
                Daniel J. Reidy
                Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)