**U.S. Department of Justice**

Environment and Natural Resources Division

90-13-1-17046

*Appellate Section*  *Telephone: (202) 514-5442*
*P.O. Box 7415*  *justin.heminger@usdoj.gov*
*Washington, DC 20044*

January 10, 2024

**VIA CM/ECF**

Mark Langer, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

    Re:  *Marin Audubon Society v. U.S. Department of Transportation*, No. 23-1067

Dear Mr. Langer:

    As the Agencies noted in their brief, the air tour management plan for the San Francisco Bay Area national parks (the Plan) requires air tour operators to equip all aircraft with flight monitoring technology and to submit the flight tracking data to the Agencies in semi-annual compliance reports. Federal Respondents Br. 3, 64 (citing JA040-041). Since filing their brief, the Agencies have identified a law they need to comply with before collecting this data.

    The Paperwork Reduction Act, 44 U.S.C. §§ 3501-3520, requires federal agencies to obtain approval from the Office of Management and Budget (OMB) to collect certain data from the public. Federal Respondents already have OMB approval to collect data from operators on the annual number of flights they fly. 88 Fed. Reg. 68,271-72 (Oct. 3, 2023). But since filing their brief, the Agencies have realized that the flight monitoring data is also a "collection of information" from ten or more members of the public that requires OMB approval. *See* 5 C.F.R. § 1320.3(c).

The Agencies plan to seek OMB approval in 2024. This data will support the Agencies' efforts to monitor air tour operations and ensure compliance with the Plan. JA040-041, JA044.

Meanwhile, the Plan's other requirements remain in effect and are enforceable. Under the Plan, the National Park Service (NPS) and the Federal Aviation Administration (FAA) are both responsible for monitoring and overseeing the air tour operators. JA040-041. If NPS identifies instances of alleged non-compliance, NPS will report such findings to FAA. JA040-041. Similarly, the public may also report allegations of non-compliance with the Plan to FAA. JA041. The Plan also requires air tour operators to report bird strikes. *See* Federal Respondents Br. 66-67 (citing JA039, JA022, JA043-044). The Agencies have determined that they do not need to seek OMB's approval of that data collection, so that data collection will continue. FAA will investigate and respond to all written reports consistent with applicable FAA guidance. JA041. These compliance and enforcement mechanisms remain in place while the Agencies seek OMB approval to collect the flight monitoring data.

        Respectfully submitted,

        *s/ Justin D. Heminger*
        JUSTIN D. HEMINGER
        Environment & Natural Resources Division
        U.S. Department of Justice
        Post Office Box 7415
        Washington, D.C. 20044
        (202) 514-5442
        justin.heminger@usdoj.gov

        Counsel for Federal Respondents

cc: All counsel of record (via CM/ECF)

**CERTIFICATE OF COMPLIANCE**

      This letter complies with the word limitations of Federal Rule of Appellate Procedure 28(j) because, excluding the parts of the document exempted by Rule 32(f), the document contains 340 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook font.

*s/ Justin D. Heminger*
Justin D. Heminger

Counsel for Federal Respondents