# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1067**                                                            **September Term, 2023**

FAA-01/10/23 ROD

Filed On: January 19, 2024 [2036388]

Marin Audubon Society, et al.,

      Petitioners

    v.

Federal Aviation Administration, U.S.
Department of Transportation and National
Park Service, U.S. Department of the
Interior,

      Respondents

    **BEFORE:**    Chief Judge Srinivasan, Circuit Judge Henderson, and Senior Circuit Judge Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, January 19, 2024 at 10:01 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    Peter Jenkins, counsel for Petitioners.

    Justin D. Heminger (DOJ), counsel for Respondents.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

           BY:    /s/
                    Anne A. Rothenberger
                    Deputy Clerk