# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-1067                         September Term, 2024

FILED ON: NOVEMBER 12, 2024

MARIN AUDUBON SOCIETY, ET AL.,
             PETITIONERS

v.

FEDERAL AVIATION ADMINISTRATION, U.S. DEPARTMENT OF TRANSPORTATION AND NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR,
             RESPONDENTS

On Petition for Review of an Order
of the Federal Aviation Administration

Before: SRINIVASAN, *Chief Judge*, HENDERSON, *Circuit Judge*, and RANDOLPH, *Senior Circuit Judge*

## J U D G M E N T

This cause came to be heard on the petition for review of an order of the Federal Aviation Administration and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review be granted; the Federal Aviation Administration's order be vacated; and the case be remanded to the Federal Aviation Administration, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                   BY:     /s/

                                  Daniel J. Reidy
                                  Deputy Clerk

Date: November 12, 2024

Opinion for the court filed Per Curiam with respect to Parts I and III.
Opinion for the court filed by Senior Circuit Judge Randolph with respect to Parts II and IV.
Concurring opinion filed by Senior Circuit Judge Randolph with respect to Part IV.
Dissenting opinion filed by Chief Judge Srinivasan with respect to Parts II and IV.