# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1067**                                                **September Term, 2024**

FAA-01/10/23 ROD

Filed On: November 12, 2024 [2084382]

Marin Audubon Society, et al.,

       Petitioners

    v.

Federal Aviation Administration, U.S. Department of Transportation and National Park Service, U.S. Department of the Interior,

       Respondents

**O R D E R**

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                                 BY:   /s/
                                                 Daniel J. Reidy
                                                 Deputy Clerk