THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
MARIN AUDUBON SOCIETY, et al.       )
                                    )
    *Petitioners*,                   )
                                    )
v.                                  )   Case No. 23-1067
                                    )
U.S. DEPARTMENT OF                  )
TRANSPORTATION, et al.,             )
                                    )
    *Respondents*.                  )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Jacob D. Ecker as counsel in the above-captioned case on behalf of Respondents. Mr. Ecker is registered to use the Court's ECF system and may be served electronically using that system. If necessary, notices, orders, or other papers may be sent to Mr. Ecker at the following address:

    U.S. Department of Justice
    Environment and Natural Resources Division
    Appellate Section
    P.O. Box 7415
    Washington, D.C. 20044

        Respectfully submitted,

        */s/ Jacob D. Ecker*
        JACOB D. ECKER
        Attorney
        Appellate Section

Environment and Natural Resources Division
U.S. Department of Justice
(202) 514-4170
jacob.ecker@usdoj.gov

*Counsel for Respondents*

November 26, 2024
DJ 90-13-1-17046