# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1067**  **September Term, 2024**

**FAA-01/10/23 ROD**

**Filed On:** December 9, 2024

Marin Audubon Society, et al.,

    Petitioners

    v.

Federal Aviation Administration, U.S.
Department of Transportation and National
Park Service, U.S. Department of the Interior,

    Respondents

## O R D E R

Upon consideration of the separate petitions for rehearing en banc filed by petitioners and respondents, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, petitioners and respondents each file a response to the petitions for rehearing en banc. The responses may not exceed 3,900 words. Absent an order of the en banc court, replies to the responses will not be accepted for filing.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

            BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk