No. 23-1067

# United States Court of Appeals for the D.C. Circuit

Marin Audubon Society, et al.,

*Petitioners*,

v.

Federal Aviation Administration, et al.,

*Respondents*.

On Petition for Review of an Order by the
Federal Aviation Administration and National Park Service

**RESPONSE TO PETITION FOR REHEARING EN BANC**

| | |
|---|---|
| Peter T. Jenkins | Kirti Datla |
| Paula Dinerstein | Tosh Sagar |
| Public Employees for | Earthjustice |
| Environmental Responsibility | 1001 G St. NW, Ste. 1000 |
| 962 Wayne Ave., No. 610 | Washington, DC 20001 |
| Silver Spring, MD 20910 | 202.797.5241 |
| | kdatla@earthjustice.org |

Linnet Davis-Stermitz
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104

December 20, 2024                      *Counsel for Petitioners*

Petitioners do not oppose Federal Respondents' petition for rehearing en banc because Respondents' case for rehearing overlaps with Petitioners'.

Like Petitioners, Respondents argue that the panel majority departed from the party presentation principle when it declared in Part II of the panel opinion that the Council on Environmental Quality lacked authority to issue the longstanding regulations that implement the National Environmental Policy Act. *See* Fed. Resps' Petn. 8–14. And like Petitioners, Respondents also explain that this Court can remedy that error by removing Part II from the panel opinion without additional briefing or argument. *See id.* at 14–15.

Unlike Petitioners, Respondents have begun to engage with the merits of the panel majority's discussion of the Council's authority in Section II. *See id.* at 15–20. Petitioners' view continues to be that it is not necessary to address the question of the Council's authority to resolve this case, which is why Petitioners have not taken a position on that question at this time. *See* Petrs' Petn. 1, 7, 10 n.9. Petitioners would of course provide the Court with directed, full briefing on that question if the full Court grants rehearing and "concludes that considering" the issue "is indeed required to resolve the case." *Id.* at 3. Based on Respondents' petition, the parties appear to agree that full briefing would be the appropriate course under those circumstances. *See* Resps' Petn. 15 (stating that if the Court does not excise Part II, "it should consider en banc the issue").

1

| | |
|---|---|
| December 20, 2024 | Respectfully submitted, |
| | /s/ Kirti Datla |
| Paula N. Dinerstein | Kirti Datla |
| Peter T. Jenkins | Tosh Sagar |
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY | EARTHJUSTICE |
| 962 Wayne Ave., Ste. 610 | 1001 G Street NW, Suite 1001 |
| Silver Spring, MD 20910 | Washington, DC 20001 |
| | 202.797.5241 |
| | kdatla@earthjustice.org |
| | |
| | Linnet Davis-Stermitz |
| | EARTHJUSTICE |
| | 810 Third Avenue, Suite 610 |
| | Seattle, WA 98104 |

*Counsel for Petitioners*

2

## CERTIFICATE OF SERVICE

I certify that this response was electronically filed with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on December 20, 2024. I certify that this response was served on counsel for all parties via email and the Court's CM/ECF system.

December 20, 2024                    /s/ Kirti Datla

Kirti Datla
EARTHJUSTICE
1001 G Street NW, Suite 1001
Washington, DC 20001
202.797.5241
kdatla@earthjustice.org

*Counsel for Petitioners*

# CERTIFICATE OF COMPLIANCE

This response brief complies with the type-volume limitation of Federal Rules of Appellate Procedure 35(b)(2)(A), 35(e), and 40(b)(1), and this Court's December 9, 2024 Order because it contains 248 words, excluding the parts of the response exempted by Federal Rules of Appellate Procedure 32(f) and Circuit Rule 32(e)(1).

This petition complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Office Word for Microsoft 365 in Calisto MT 14-point font.

| | |
|---|---|
| December 20, 2024 | /s/ Kirti Datla |
| | Kirti Datla |
| | EARTHJUSTICE |
| | 1001 G Street NW, Suite 1001 |
| | Washington, DC 20001 |
| | 202.797.5241 |
| | kdatla@earthjustice.org |
| | *Counsel for Petitioners* |