**U.S. Department of Justice**

Environment and Natural Resources Division

90-13-1-17046

P.O. Box 7415　　　　　　　　　　　　　　　　　　　　Telephone: (202) 514-4170
Washington, DC  20044　　　　　　　　　　　　　　　　jacob.ecker@usdoj.gov

**[DECIDED NOVEMBER 12, 2024]**

January 23, 2025

**VIA CM/ECF**

Mr. Mark Langer
Clerk of Court
E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Ave., NW
Washington, D.C. 20001

　　Re:　*Marin Audubon Society, et al. v. Federal Aviation Administration, et al.*, No. 23-1067, Notice of Supplemental Authority under Rule 28(j) on Pending Petitions for Rehearing En Banc

Dear Mr. Langer:

　　On January 20, 2025, President Trump issued an Executive Order relevant to one of the two issues presented in our petition for rehearing en banc. *See* White House, Presidential Actions, Unleashing American Energy, Executive Order, *available at* https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/ (issued Jan. 20, 2025). Section 5 of that Order rescinds Executive Order 11,991, issued by President Carter in 1977. We relied on that now-rescinded executive order in our second argument for rehearing en banc. *See* Fed. Resp. Pet. for Rehearing En Banc pp.15-20.

　　We are evaluating the effect of this development on our petition for rehearing en banc and will update the Court. The Court may wish to

await the conclusion of our evaluation before disposing of the pending rehearing petitions.

                              Respectfully submitted,

                              *s/ Jacob D. Ecker*
                              Jacob D. Ecker
                              Attorney for Federal Respondents

cc (via CM/ECF):    All counsel of record

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2025, I electronically filed the foregoing letter with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

s/ *Jacob D. Ecker*
JACOB D. ECKER

Counsel for Federal Respondents