# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1067**  September Term, 2024

FAA-01/10/23 ROD

**Filed On:** January 31, 2025

Marin Audubon Society, et al.,

    Petitioners

    v.

Federal Aviation Administration, U.S.
Department of Transportation and National
Park Service, U.S. Department of the Interior,

    Respondents

**BEFORE:** Srinivasan, Chief Judge; Henderson, Circuit Judge; and Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of petitioners' petition for panel rehearing filed on November 27, 2024, it is

**ORDERED** that the petition be denied.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
              Daniel J. Reidy
              Deputy Clerk