# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1067**　　　　　　　　　　　**September Term, 2024**

**FAA-01/10/23 ROD**

**Filed On:** February 28, 2025

Marin Audubon Society, et al.,

      Petitioners

    v.

Federal Aviation Administration, U.S.
Department of Transportation and National
Park Service, U.S. Department of the Interior,

      Respondents

      **BEFORE:**   Srinivasan, Chief Judge; Henderson, Circuit Judge; and Randolph, Senior Circuit Judge

## **O R D E R**

    Upon consideration of the joint unopposed motion to stay issuance of the mandate, it is

    **ORDERED** that the motion be granted, for the reasons stated in the opinion issued herein this date.

    The parties are directed to file motions to govern further proceedings by February 28, 2026.

### **Per Curiam**

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

               BY:   /s/
                     Daniel J. Reidy
                     Deputy Clerk