ORAL ARGUMENT HELD ON JANUARY 19, 2024
JUDGMENT AND OPINION ISSUED ON NOVEMBER 12, 2024

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Marin Audubon Society, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> Federal Aviation Administration, *et al.*, <br><br> *Respondents*. | No. 23-1067 |

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned counsel, Jacob Ecker, withdraws as counsel for the federal respondents. The federal respondents will continue to be represented by the other listed counsel of record.

Respectfully submitted,

<u>/s/ Jacob D. Ecker</u>

JACOB D. ECKER
Attorneys
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-4170
jacob.ecker@usdoj.gov