# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1067**                                                               **September Term, 2024**

FAA-01/10/23 ROD

**Filed On:** April 7, 2025

Marin Audubon Society, et al.,

       Petitioners

    v.

Federal Aviation Administration, U.S.
Department of Transportation and National
Park Service, U.S. Department of the Interior,

       Respondents

    **BEFORE:**    Srinivasan, Chief Judge; Henderson, Circuit Judge; Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of the petition for award of attorneys' fees under the Equal Access to Justice Act ("Petition"), and the joint motion to hold the Petition in abeyance, it is

**ORDERED** that the motion to hold the Petition in abeyance be granted and that consideration of the Petition be deferred pending further order of the court.

The parties are directed to file a joint motion to govern further proceedings on or before July 7, 2025.

**Per Curiam**

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                                BY:    /s/
                                                  Michael C. McGrail
                                                  Deputy Clerk